UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

SCOTT SPATZ as Special Administrator
of the Estate of Herbert Spatz,

    PLAINTIFF,

v.                                              CASE NO. 16-CV-726

WEYERHAEUSER COMPANY, ET AL.,

    DEFENDANTS.

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Weyerhaeuser Company, Defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Opinion and Order of this Court entered in this case on April 17, 2018 (Dkt. 230), denying Weyerhaeuser's motion to dismiss based, *inter alia*, on the exclusivity provision of Wisconsin's Worker's Compensation Act.

Dated: May 1, 2018

                                      Respectfully submitted,

                                      By: /s/ Tanya D. Ellis
                                      Joshua J. Metcalf (MS Bar No. 100340)
                                      Tanya D. Ellis (MS Bar No. 101525)
                                      Mitch McGuffey (MS Bar No. 104986)
                                      Ruth Maron (MS Bar No. 104709)
                                      T. Benton York (MS Bar No. 104445)
                                      FORMAN WATKINS & KRUTZ LLP
                                      210 East Capitol Street, Suite 2200
                                      Jackson, Mississippi 39201-2375

Phone: (601) 960-8600
Facsimile: (601) 960-8613
Email: Joshua.Metcalf@formanwatkins.com
Email: Tanya.Ellis@formanwatkins.com
Email: Mitch.McGuffey@formanwatkins.com
Email: Ruth.Maron@formanwatkins.com
Email: Benton.York@formanwatkins.com

***Counsel for Weyerhaeuser Company***

## CERTIFICATE OF SERVICE

I certify that on May 1, 2018, these papers were filed with the Clerk of the Court for the United States District Court for the Western District of Wisconsin using the CM/ECF system, which will send notification of such filing upon all parties who have appeared.

/s/ Tanya D. Ellis
Tanya D. Ellis