Page 1

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WISCONSIN

------------------------------------------x

KILTY,

                              Plaintiff,

                 vs.

WEYERHAEUSER COMPANY, et al.,

                              Defendant.

Case No. 3:16-CV-000515

------------------------------------------x

SPATZ,

                              Plaintiff,

                 vs.

WEYERHAEUSER COMPANY, et al.,

                              Defendant.

Case No. 3:16-CV-000726

------------------------------------------x


        DEPOSITION OF PAOLO BOFFETTA, M.D.

             New York, New York

           Tuesday, February 6, 2018



Reported by:   David Henry

Paolo Boffetta, M.D.

```
 1
 2
 3              February 6, 2018
 4              9:15 a.m.
 5
 6
 7       Deposition of PAOLO BOFFETTA, M.D.
 8  held at the offices of Segal McCambridge
 9  Singer & Mahoney, Ltd., 850 Third Avenue,
10  New York, New York, pursuant to Notice,
11  before David Henry, a Certified Court
12  Reporter and Notary Public of the State
13  of New York.
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1  A P P E A R A N C E S:
 2
 3     MOTLEY RICE, LLC
 4     Attorneys for Plaintiffs
 5        401 9th St. NW, Suite 1001
 6        Washington, DC 20004
 7     BY:  NATHAN D. FINCH, ESQ.
 8
 9
10     FORMAN WATKINS & KRUTZ, LLP
11     Attorneys for Defendant Weyerhaeuser
12        210 East Capitol St., Suite 2200
13        Jackson, MS 39201
14     BY:  C. MITCH McGUFFEY, ESQ.
15
16
17     SEGAL McCAMBRIDGE SINGER
18     & MAHONEY, LTD.
19     Attorneys for Defendant 3M Company
20        850 Third Avenue, Suite 1100
21        New York, NY 10022
22     BY:  JENNIFER L. BUDNER, ESQ.
23
24
25
```

```
 1           P A O L O  B O F F E T T A, M.D.,
 2  called as a witness, having first been duly
 3  sworn, was examined and testified as
 4  follows:
 5  EXAMINATION BY MR. FINCH:
 6       Q.  Good morning, Dr. Boffetta.  How
 7  do you pronounce your name in English?
 8       A.  Boffetta.
 9       Q.  Boffetta, okay.  I'll try to
10  remember to do that, but I grew up in
11  Virginia, so I may not get it right.  I'm
12  not Italian.  As you learned off the
13  record, my name is Nate Finch and I
14  represent the Kilty and Spatz families in
15  litigation against Weyerhaeuser and the 3M
16  Company.  You have had your deposition
17  taken before, I take it?
18       A.  Yes, a few times.
19       Q.  So you understand the procedure
20  is that I get to ask you questions, and my
21  questions and your answers are recorded by
22  the court reporter?
23       A.  Yes, I understand this.
24       Q.  If you don't understand one of my
25  questions, could you let me know and I'll
```

```
 1  try to fix it or rephrase it and make it
 2  more understandable?
 3       A.  Yes.
 4       Q.  And if you do answer one of my
 5  questions, I'm going to assume you
 6  understood it, is that okay?
 7       A.  Yes, it is.
 8       Q.  Your first language is Italian, I
 9  take it?
10       A.  Yes, that's my mother tongue.
11       Q.  But you're very fluent in
12  English?
13       A.  Yes, I think so.
14       Q.  You're fluent enough in English
15  that when I start asking you questions
16  about epidemiological studies that you have
17  participated in or written about in the
18  literature, you can understand that in
19  English and convey information to me in
20  English?
21       A.  Yes, I think so.
22       Q.  If there is any point in time
23  when you think that you can't answer one of
24  my questions in English, let me know that
25  and we'll figure out a way to deal with it.
```

2 (Pages 2 to 5)

Paolo Boffetta, M.D.

Page 6

1    Hopefully that won't happen, but we'll try.
2        A.   Okay.
3        Q.   What is your current rate for
4    testimony?
5        A.   I think I charge $450 per hour.
6        Q.   And is there a minimum for like a
7    half day or a day or something like that?
8        A.   No, I usually charge by the hour.
9        Q.   $450 for an hour.  Do you also
10   charge $450 per hour for any work that you
11   do such as reviewing materials and putting
12   together a federal expert witness report?
13       A.   Yes, usually that's what I do.
14       Q.   And my understanding from counsel
15   for Weyerhaeuser is that at the conclusion
16   of today's deposition you will prepare an
17   invoice for the time we spend here, and
18   then you'll send it to him and he'll send
19   it to me and we'll compensate you for the
20   time.  Is that your understanding?
21       A.   That's what he told me, yes.
22            (Exhibit 1, Notice of Deposition,
23       marked for identification.)
24            (Exhibit 2, Subpoena, marked for
25       identification.)

Page 7

1        Q.   I've marked as Exhibit 1 and 2 a
2    copy of the notice of deposition and at
3    least one of the subpoenas.  And I'm just
4    asking you, doctor, are you appearing here
5    today pursuant to our request to take your
6    deposition on the notice?
7        A.   Yes, although the location is
8    wrong, as you know.
9        Q.   Yes, right.  We fixed the -- it's
10   850 Third Avenue, not 350 Third Avenue.
11   That was fixed eventually, because
12   obviously we're all here.
13       A.   Yes.
14       Q.   And then did you see or get
15   what's been marked as Exhibit 2, which is a
16   subpoena that asks for certain documents,
17   for lack of a better word, often in
18   American litigation called an expert
19   witness file?
20       A.   Yes, I've seen this.
21       Q.   Okay, and my understanding is
22   that you provided those documents to
23   counsel for Weyerhaeuser and counsel for
24   Weyerhaeuser sent them to the plaintiffs.
25   Did you provide your file to counsel for

Page 8

1    Weyerhaeuser?
2        A.   Yes, I did, last week I think.
3        Q.   And there are a few things out of
4    that I will have questions for you about,
5    but is there anything that you reviewed or
6    considered for purposes of the Kilty and
7    Spatz case in your testimony in that case
8    that you didn't provide to counsel for
9    Weyerhaeuser?
10       A.   Well, I would say two things,
11   one, two documents that are listed in my
12   list of references that I didn't provide
13   because these are books, and I don't have a
14   PDF or -- one particular, is a book of more
15   than a thousand pages, is pretty thick.
16       Q.   What's the title of that book?
17       A.   This is the third edition of
18   Cancer Epidemiology and Prevention, and I
19   quoted in my report if I remember correctly
20   the chapter I wrote in this book on
21   mesothelioma, I don't remember how exactly
22   the title is.  So this is just one chapter
23   in this thick book.  And the second is
24   another book that I edited myself with two
25   other colleagues and this is a book called

Page 9

1    Cancer Epidemiology, something like that,
2    which I published a few years ago for
3    Springer.  And again, this is a review of
4    the entire field of cancer epidemiology, so
5    I couldn't really -- I can give you the
6    information on how to get the books from,
7    you know, internet or whatever, but I don't
8    have it, a copy.
9        Q.   So you could give me the
10   information of how to get the information
11   from the Library of Congress, for example?
12       A.   Yes, exactly.  So these are the
13   two documents that are part of the list of
14   references in my report that was not
15   included because I didn't have it.
16       Q.   You didn't have it and it was
17   voluminous and it would be hard to get.
18       A.   And the second is many, many
19   other papers and studies on asbestos,
20   mesothelioma, et cetera, that I've been
21   reading or writing in part myself over the
22   course of years that in a way I didn't use
23   exactly, I didn't consult them for this
24   case, but part of my general knowledge in
25   this field, particularly when I say

Paolo Boffetta, M.D.

Page 10

1   something or write something about asbestos
2   or mesothelioma I have all this knowledge
3   in the back of my mind.
4      Q.  But you didn't consider them
5   specifically for this case, but they would
6   be things, both articles you wrote and
7   other articles in the published medical and
8   scientific literature that form your
9   general working knowledge about the
10  carcinogenicity of asbestos and the hazards
11  of asbestos, for example?
12     A.  Yes.
13     Q.  At a break some time, could you
14  provide me with the ISBN number or whatever
15  other identifying data that could help me
16  find those two books?
17     A.  Yes, absolutely.
18        (Exhibit 3, Export Report of
19        Paolo Boffetta, marked for
20        identification.)
21     Q.  Alright.  Now, I've marked as
22  Exhibit 3 this document.  Could you tell me
23  what this is?
24     A.  Yes.  This is the report that I
25  prepared to review in particular the

Page 11

1   relationship between residential and
2   household exposure to asbestos and
3   mesothelioma for the purpose of this case.
4   I did it per the request of Mr. McGuffey
5   and the other lawyers in that firm.
6      Q.  In the Forman Watkins firm?
7      A.  Yes, in the Forman Watkins firm.
8      Q.  And my understanding is that you
9   were working in this case only for the
10  Weyerhaeuser Corporation, Weyerhaeuser
11  Company, and you're not an expert for 3M,
12  is that correct?
13     A.  That's also my understanding.
14     Q.  Okay.  You understand this case
15  is pending in a federal court, do you
16  understand that?
17     A.  Yes.
18     Q.  Do you understand the purpose of
19  a federal expert witness report?
20     A.  Well, I think this is something
21  that can be produced for the litigation,
22  and then I can be invited to give testimony
23  if this be requested, so I would have to
24  sort of, this report summarizes my opinions
25  on this case, that would be similar to -- I

Page 12

1   mean should be consistent to what I will
2   say in a court, unless new evidence comes
3   up, obviously.
4      Q.  Is it your understanding that the
5   purpose of a federal expert witness report
6   is to have the expert write down his or her
7   opinions and the bases for those opinions
8   for the purposes of giving opinion
9   testimony in a case?  Is that consistent
10  with your understanding?
11     A.  Yes.  That's what I tried to say
12  before.
13     Q.  Are there any opinions that you
14  intend to express at trial that you haven't
15  included in your federal expert witness
16  report?
17     A.  Not as today.  As I said, if,
18  obviously, new evidence comes up between now
19  and the date when I would be asked to give
20  an opinion at trial, I may have to take
21  this new evidence into account, I suppose.
22     Q.  Okay, but based on -- would you
23  agree with me that the vast majority of
24  your opinions in this relate to a
25  discussion of epidemiological studies and

Page 13

1   applying those studies to either A, the
2   Marshfield situation or B, a review of
3   Dr. Henry Anderson's opinion?
4      A.  Yes, absolutely.
5      Q.  And so unless there is some new
6   information about either Marshfield or from
7   Dr. Anderson or some study in the medical
8   literature, would you agree with me that
9   this report should be fairly comprehensive
10  and complete as of today?
11     A.  Yes, it is as of today, for sure.
12        (Exhibit 4, Curriculum Vitae of
13        Paolo Boffetta, marked for
14        identification.)
15     Q.  Premarked as Exhibit 4 is a copy
16  of the CV that was provided to us and this
17  was a copy of the CV that was provide to us
18  and that we got somehow.  Is Exhibit 4 a
19  copy of your CV?
20     A.  Yes, number 4.
21     Q.  And the date on it says 6
22  October, 2017.  Do you have a more current
23  version of this?
24     A.  Of my CV, yes, I do have a
25  more -- I think I updated maybe a couple of

4 (Pages 10 to 13)

Paolo Boffetta, M.D.

Page 14

1  weeks ago, I don't remember exactly.  I
2  update it every few months on a regular
3  basis.
4      Q.  Could you provide that to counsel
5  for Weyerhaeuser and he can get it to me in
6  the ordinary course.
7      MR. McGUFFEY:   We'll do that.
8      Q.  Whatever your most current CV.
9  Do you follow the standard with -- you put
10  the most recent on the top as opposed to
11  the oldest on the top?
12     A.  Yes, this is what I do.
13     Q.  Alright, so it looks like the
14  most recent from this CV is a -- looking at
15  page 11 of Exhibit 4, it's a paper you
16  published relating to cigar and pipe
17  smoking and cancer risk in men.  Look at
18  Exhibit 4, number 11.
19     A.  Yes this is the most recent I
20  had at that time.
21     Q.  And I take it from your answer
22  that there are other papers you published
23  since then?
24     A.  Yes.  I can look at an electronic
25  copy if you want now and I can tell you how

Page 15

1  many more papers there are now in the
2  current version.  This is the Minotra
3  paper, so I have 12 more papers and maybe a
4  few other documents and a few other invited
5  lectures and grants and these sort of
6  things.
7      Q.  Okay, so if you could get counsel
8  for Weyerhaeuser your most current version
9  of the CV, maybe even email it to him and
10  he can email it to me.  Just for my
11  purposes, do any of those 12 papers have
12  anything to do with asbestos?
13     A.  I need to check, sorry.  I don't
14  remember, as the different papers come out.
15  Yes, one is on asbestos exposure and risk
16  of asbestosis based on the cohort of
17  Italian asbestos textile workers that I
18  published already, other papers that are on
19  the list you have already.  Another one is
20  on bap1, which is a gene involved in
21  mesothelioma, so we did an analysis of bap1
22  mutation in the case of mesothelioma in the
23  same asbestos textile, and that's it.  So
24  there are two new papers related to
25  asbestos, one on asbestosis, the other one

Page 16

1  on genetics of mesothelioma.
2      Q.  Let me ask you this.  Is it your
3  opinion that the bap1 genetic mutation can
4  cause mesothelioma by itself in the absence
5  of asbestos exposure, or is it your opinion
6  that the bap1 genetic mutation plus
7  asbestos exposure causes an increased risk
8  of mesothelioma?
9      A.  My understanding is that there
10  has been no interaction shown between
11  asbestos and bap1, so there are bap1
12  mutated cases both among those in the
13  tumors of people exposed to asbestos and in
14  the people we know have minimal asbestos
15  exposure.  In our study everybody was
16  exposed because it was a cohort of asbestos
17  workers, so we looked at duration or
18  latency of exposure, those with the longer
19  duration or shorter duration, and there was
20  no difference in the proportion of mutation
21  in bap1 between the groups.  So bap1
22  mutation is important in mesothelioma, bap1
23  is an important gene, but it doesn't seem
24  to reflect the carcinogenicity of asbestos.
25  They seem to be related both to asbestos

Page 17

1  and non-asbestos.
2      Q.  So is it your opinion that
3  someone who was never exposed to asbestos
4  from any source, leaving aside the question
5  whether that's possible in the
6  industrialized world, assuming that there
7  is no asbestos exposure, environmental,
8  occupational, domestic, none at all that
9  can be identified, but they have the bap1
10  gene, do you believe that having the bap1
11  gene itself without having any asbestos
12  exposure can either cause mesothelioma or
13  increase the risk of mesothelioma?
14     MR. McGUFFEY:  Object to form.
15     A.  I'm not sure that causing is the
16  right word, because my understanding is
17  that -- by the way, everybody has the gene
18  obviously, the point is to have the
19  mutation in the gene.
20     Q.  Yes.
21     A.  My understanding is that the
22  mutation is part of the process of
23  developing mesothelioma.  Whether it causes
24  mesothelioma or it is just one step that
25  reflects whatever is the real cause, I

5 (Pages 14 to 17)

Paolo Boffetta, M.D.

Page 18

1  don't know.  So I'm not sure that causing
2  is the right way to see the role of bap1 in
3  mesothelioma.  Having said that, as I said
4  before, I think you can have mutative cases
5  both with asbestos exposure and without
6  asbestos exposure.  This is my
7  understanding, or with minimal exposure
8  following your -- there are cases of
9  mesothelioma, you know, following other
10  exposures, like thoroclast for example.
11      Q.  Or erionite for example?
12      A.  Well, erionite is a fiber which
13  is probably acting similar to amphiboles,
14  but I don't think we have enough evidence
15  to know whether these other causes -- I
16  mean these other groups of cases also have
17  the same proportion of bap1 mutation.  But
18  to answer your question, my answer would be
19  yes, I think there are cases of
20  mesothelioma with a mutation bap1 which are
21  independent of exposure to asbestos with or
22  without, with high, with low exposure,
23  et cetera.
24      Q.  Based on your understanding, did
25  either Ms. Kilty or Mr. Spatz have the bap1

Page 19

1  genetic mutation that is associated with
2  mesothelioma?
3      A.  This is something I don't
4  remember.  I don't know, I cannot answer
5  that.
6      Q.  So if Dr. Maddox examined that
7  question for one of the patients and
8  concluded that they did not, you wouldn't
9  be in a position to refute that?
10      A.  Yes, if I see some documents
11  about the genetic analysis I can comment.
12  But as I said before, to me this would not
13  change anything in terms of the possible
14  role of asbestos, because there are cases
15  with the mutation and without the mutation
16  both among those with heavy exposure, with
17  medium exposure, low exposure and so on.
18      Q.  Okay, but I take it that you have
19  not investigated the question of whether
20  either Ms. Kilty or Mr. Spatz had the bap1
21  genetic mutation.  You haven't looked at
22  that?
23      A.  No, I have not.
24      Q.  And whatever that investigation
25  may show, it wouldn't affect your opinions

Page 20

1  about whether or not their mesothelioma was
2  related to asbestos exposure?
3      A.  Yes, this is correct.
4      Q.  Do you agree generally that
5  Ms. Kilty and Mr. Spatz both developed
6  pleural mesothelioma?
7      A.  Yes, this is my understanding
8  from reviewing their medical records.
9      Q.  And do you agree that both of
10  them, that the cause of their mesothelioma
11  was asbestos exposure?
12      A.  Given that both had occupational
13  exposure to asbestos, I think that's a very
14  reasonable conclusion, I think.
15  Mesothelioma without any asbestos exposure
16  is extremely rare, so I think that as a
17  corollary, most of the cases or basically
18  all the cases in patients with high
19  exposure or some occupational exposure can
20  be attributed to their exposure.
21      Q.  Okay.  So you have agreed to send
22  counsel for Weyerhaeuser your most current
23  CV, and when we get to a break if you could
24  just do that, and maybe if I could get it
25  at another break, I'll see if I have any

Page 21

1  followup.  But you can put Exhibit 4 aside.
2  The one we're going to be coming back to is
3  Exhibit 3.  But 1, 2 and 4 I think we're
4  done with.
5          (Exhibit 5, List of trial and
6      deposition testimony, marked for
7      identification.)
8          (Exhibit 6, Invoice dated January
9      8, 2018, marked for identification.)
10      I have placed what's been marked
11  as Exhibit 5 and Exhibit 6 in front of you,
12  doctor.  Exhibit 5 is the testimony list
13  and 6 is the invoice.  Let's start with
14  Exhibit 6, even though I marked 5 first.
15  Exhibit 6 is an invoice dated January 8th,
16  year 2018?
17      A.  Yes, this is correct.
18      Q.  And it shows that your consulting
19  fees for the period December, 2017 to
20  January, 2018, you spent a total of
21  43 hours at a rate of $450 an hour in
22  preparation of the expert report in this
23  case, correct?
24      A.  Yes, this is correct.
25      Q.  Okay.  When were you first

6 (Pages 18 to 21)

Paolo Boffetta, M.D.

Page 22

1  contacted by lawyers working for
2  Weyerhaeuser to talk about the possibility
3  of testifying as an expert in Kilty or
4  Spatz cases?
5      A.  If I remember correctly, it was
6  maybe some time in November, probably late
7  November, 2017.  I don't remember the date.
8  I should go back and check exactly if you
9  want.
10     Q.  And what did they tell you about
11 the case and what your role in it would be?
12     A.  Well, I don't remember the exact
13 conversation, but they told me about these
14 two plaintiffs who had occupational -- who
15 were employed in this company and they were
16 now -- they developed mesothelioma and they
17 were claiming that the household, and for
18 one of them the residential exposure were a
19 major component in the causation of their
20 disease.  So they asked me whether I was
21 ready to write a report where I was putting
22 prospective effect of occupational exposure
23 to asbestos versus residential and
24 household exposure in causing mesothelioma.
25 And then they explained me a bit about, you

Page 23

1  know, what this company was -- what the
2  business, where exposure was present in the
3  company and the period, et cetera.  So it
4  was a sort of general introduction on the
5  two cases and asking my -- whether I was
6  interested in preparing a report on this
7  aspect, I would say role of environmental, I
8  mean residential neighborhood, and
9  household compared to occupational
10 exposure.
11     Q.  Okay.  Your invoice shows
12 43 hours of work up through January 8th.
13 Does this include all the work you did on
14 the case up to that point in time?
15     A.  Yes.  As you see, my report is
16 dated January 5th, so I basically finish it
17 during the end of the year holidays, I put
18 it together and then a few days later I
19 put in my invoice, and I haven't done
20 anything after that until now.
21     Q.  Did you do anything to prepare
22 for this deposition?
23     A.  Well, I reviewed again my report,
24 I reviewed some of the key studies, I
25 reviewed Dr. Anderson's report, and I met

Page 24

1  during one hour with Mr. McGuffey today.
2      Q.  How many times have you met with
3  any of the lawyers that work for
4  Weyerhaeuser in this case?
5      A.  I think this is the second time
6  if I'm correct.  We met only once at the
7  beginning and then we had a few telephone
8  calls.
9      Q.  So you met once at the beginning
10 of November or thereabouts.  Was it with
11 Mr. McGuffey?
12     A.  Yes, and a colleague of yours.
13         MR. McGUFFEY:   Trey Watkins.
14     Q.  And that was here in New York?
15     A.  Yes, they came to my --
16     Q.  Your office at Mount Sinai?
17     A.  Yes, at Mount Sinai.
18     Q.  What documents did you review
19 about the Marshfield plant or Mr. Spatz or
20 Ms. Kilty?
21     A.  Well, I had many documents.  I
22 reviewed mainly the report of the
23 industrial hygienist.
24     Q.  Frank Parker?
25     A.  Yes, I think so.  I need to check

Page 25

1  the names.  Sorry, can I check?
2      Q.  Sure.  This is not a memory test.
3  I'm trying to understand what you did and
4  what your opinions are.  I don't believe in
5  memory tests of experts at depositions.  It
6  may be different if it was a fact witness.
7      A.  Yes, I think it was Parker and it
8  was also Robert Adams.
9      Q.  Okay, so you reviewed the
10 industrial hygiene report of the
11 plaintiff's expert Mr. Parker and the
12 defense expert Mr. Adams, correct?
13     A.  Yes.
14     Q.  Did you come to an understanding
15 of what type of asbestos the Weyerhaeuser
16 facility in Marshfield used for purposes of
17 making these fire doors?
18     A.  My understanding is that it was a
19 mixture of chrysotile and amosite.
20     Q.  Have you ever heard of Kaylo as
21 an insulation product?
22     A.  No, I don't remember this now.
23     Q.  Okay, Kaylo was an insulation
24 product originally designed by a company
25 called Owens-Illinois that sold the

7 (Pages 22 to 25)

Paolo Boffetta, M.D.

Page 26

1  business to Owens Corning that was a
2  mixture of amosite and chrysotile in the
3  Kaylo insulation.  You never heard of that?
4      A.  I don't remember that particular
5  name.
6      Q.  But you understand that in
7  Marshfield from some time in the 50s up
8  until the late 70s, they used a
9  combination of chrysotile and amosite to
10  make the cores of the doors they were
11  selling?
12          MR. McGUFFEY:    Objection to
13  form.
14      A.  Well, yes, this is what I said
15  before.  I understand there was chrysotile
16  and amosite.
17      Q.  And do you understand that it was
18  used in this plant in Marshfield from some
19  time in the early to mid-1950's up until
20  1977 or 1978?
21          MR. McGUFFEY:    Object to form.
22      A.  Yes, my understanding is that for
23  some time at the beginning they were buying
24  the product and they were just, you know,
25  cutting and adapting to their product, and

Page 27

1  then for about 10 years or so, from the
2  60s to '78 or so whenever it was finished
3  they were producing the material
4  themselves.
5      Q.  They essentially reverse
6  engineered the Kaylo and made a mixture of
7  chrysotile and amosite to put in the doors
8  without buying the Kaylo from the
9  insulation company, is that your
10  understanding?
11      A.  That's what I was trying to say.
12      Q.  Did you see documents -- I
13  believe in your production of materials
14  there were air sampling results from inside
15  the plant at various times that could have
16  been relevant to Mr. Spatz or Ms. Kilty's
17  work there.  Did you see documents like
18  that?
19      A.  Yes, I remember there were some
20  measurements taken.  I need to go back and
21  look at the sampling of the documents.
22  Well, the answer is yes, I think there were
23  measurements taken in the plant.
24      Q.  And would you agree with me that
25  some of those measurements showed that

Page 28

1  Ms. Kilty or Mr. Spatz were exposed to
2  asbestos in the plant on some occasions
3  with fiber concentration levels higher than
4  10 fibers per cubic centimeter?
5      A.  I think there were a few
6  measurements so high.  If I remember most
7  of the measurements were around 1 or maybe 2,
8  but occasionally there very high measurements.
9      Q.  You are a medical doctor by
10  training?
11      A.  Yes, that is correct.
12      Q.  You would agree with me that
13  breathing asbestos at a one fiber per cc
14  concentration is not something you would
15  recommend people to voluntarily expose them
16  to based on what we know today, correct?
17      A.  Yes, I agree.
18      Q.  Other than the attorneys
19  Mr. Watkins and Mr. McGuffey, did you talk
20  to any Weyerhaeuser employees, anybody who
21  worked there back in the 60's or 70's?
22      A.  No, I did not.
23      Q.  You didn't talk to Joseph
24  Wendlick, for example, who was an
25  industrial hygienist who did some testing

Page 29

1  contemporaneously back in the 70's and
2  80's?
3      A.  No, I did not.
4      Q.  Did you do any air sampling in or
5  around Marshfield?
6      A.  Myself, you mean?
7      Q.  Yes.
8      A.  No, I did not.
9      Q.  Did you ask anybody to do that?
10      A.  No, I did not.
11      Q.  I believe you said you had two
12  in-person meetings with Weyerhaeuser's
13  attorneys, once yesterday with Mr. McGuffey
14  for about an hour and then back at the
15  beginning of the project with Mr. McGuffey
16  and Mr. Watkins?
17      A.  Yes, two meetings, but the second
18  one was this morning, was not yesterday.
19      Q.  Okay, this morning.  And how many
20  phone calls approximately with the
21  attorneys for Weyerhaeuser, from the time
22  you first took on this assignment until
23  now?
24      A.  Three or four I would say.  I
25  don't remember frankly, but yes.

8 (Pages 26 to 29)

Paolo Boffetta, M.D.

Page 30

1      Q.  It's not that important, but I'm
2   always curious about that.  If you said you
3   were on the phone with them five hours a
4   day every day between now and November,
5   that might lead to a different series of
6   questions.  But it's not.
7           You went to medical school in
8   Italy, correct?
9      A.  Yes, this is correct.
10      Q.  Are you licensed to practice
11   medicine in the United States?
12      A.  No, I'm not.
13      Q.  Have you ever treated a patient
14   in the United States?
15      A.  No, I have not.
16      Q.  You are not a pathologist,
17   correct?
18      A.  No, I'm not a certified
19   pathologist, no.
20      Q.  Do you consider yourself to be an
21   expert in reviewing pathology to determine
22   the presence of cancer or any other
23   disease?
24      A.  Well, I had training in pathology
25   as part of my general medical training.

Page 31

1   But as I said, I'm not a pathologist.  I've
2   not been reviewing slides for a long time
3   now.
4      Q.  You're not an industrial
5   hygienist; am I correct?
6      A.  Yes, you are correct, I am not.
7      Q.  You are not a material scientist,
8   and by that I mean someone who has
9   expertise in testing substances to
10   determine whether they have asbestos fibers
11   or particles that look like asbestos in
12   them?
13      A.  No, I'm not.
14      Q.  Do you consider yourself to be an
15   occupational medicine doctor?
16      A.  Well, I did not have a
17   specialization or a residency in
18   occupational medicine, although I did this
19   part of my rotation during my medical
20   training.  I've not been treating people
21   for occupational disease obviously for a
22   long time.  However, I am a member of the
23   Society for Occupational Medicine in Italy
24   of the International Committee of
25   Occupational Medicine, so I've been working

Page 32

1   in the field of occupational medicine as a
2   researcher, as an epidemiologist, but not
3   as a clinician, as a doctor treating
4   patients.
5      Q.  So you're not an occupational
6   medicine doctor, and since you don't go and
7   take an exposure history from a patient and
8   try to figure out what, if any,
9   occupational exposures may have contributed
10   to their disease or condition.
11      A.  Well, this is part of our
12   occupational epidemiology studies.  So I do
13   it in -- well, maybe I don't do it myself,
14   I have people doing it for me as part of
15   research, not as part of treating or the
16   process of diagnosing and treating a
17   particular patient.
18      Q.  Have you ever been hired by a
19   company that made or used asbestos to
20   design an occupational medicine and safety
21   program for its workers?
22      A.  No, I have not.
23      Q.  Let's take a quick look at your
24   testimony list.  This is Exhibit 5.  It
25   looks like in the past five years or

Page 33

1   four years, you've testified once at trial
2   and three times by deposition in the United
3   States, is that correct?
4      A.  Yes, this is correct.
5      Q.  Prior to the four-year period
6   encompassed on this list, have you ever
7   testified in a trial in the United States
8   involving any subject as an expert?
9      A.  You mean before this trial in
10   California?  I think I did it once before,
11   and then I was involved also in a, how do
12   you call it, an arbitration.  So I did this
13   too I think, as far as I remember.
14      Q.  I'm just talking about the United
15   States.  We'll get to your testimony and
16   work in Italy later.  But just for purposes
17   of the United States, you think you've
18   testified twice in trial in courtrooms in
19   the United States and once in an
20   arbitration?
21      A.  I think it was three times,
22   because I testified two times related to
23   the same issue before this one.
24      Q.  Okay, what was --
25      A.  I don't remember, I don't think

9 (Pages 30 to 33)

Paolo Boffetta, M.D.

Page 34

1  it was anything else.
2      Q.  What are the two times relating
3  to the same issue?  What was that case
4  about?
5      A.  It was a case about a drug use
6  for diabetes treatment, and which was
7  supposedly linked to kidney cancer.
8      Q.  What was the name of the drug?
9      A.  Pioglitazone; and there were two
10  trials, one was Louisiana if I remember and
11  the other one in Philadelphia.  They were
12  close in time.  No, the one in Las Vegas I
13  think it was.  These were trials related to
14  the same, so I was working for the same law
15  firm and for the same company.
16      Q.  The same company, and you were
17  working at request of the pharmaceutical
18  manufacturer?
19      A.  Of the defense, yes.
20      Q.  Have you ever testified or done
21  work at the request of a plaintiff in a
22  toxic tort or pharmaceutical case in the
23  United States?
24      A.  Well, the case of Coplin vs Doe
25  Run, I did it for the plaintiff.  It was a

Page 35

1  deposition that didn't -- I think they
2  didn't go to trial.  They didn't ask me to
3  go to trial.
4      Q.  Okay, what was the nature of that
5  case?  What was the Doe Run Energy?
6      A.  This was a worker who was working
7  as a lead smelter in the 60s and 70s with
8  exposure to arsenic and he developed lung
9  cancer.  And this was a case for
10  compensation, I think.
11      Q.  Workers compensation?
12      A.  Workers compensation, so he was
13  claiming that he had lung cancer because of
14  his exposure.
15      Q.  Exposure to the arsenic in the --
16      A.  In the lead smelting.
17      Q.  In the lead smelting plant where
18  he worked presumably.
19      A.  It was in his work, yeah, his
20  work.  And he had quite high exposure to
21  arsenic, so I basically -- I mean my
22  opinion was that, you know, this exposure
23  was sufficient to give him more than
24  twofold risk of developing lung cancer.
25      Q.  That was your testimony?

Page 36

1      A.  My deposition.
2      Q.  Your deposition.  And do you
3  remember the name of the lawyers that hired
4  you for the case?
5      A.  No, but I can find it obviously.
6      Q.  Yeah, I'd like to figure that
7  out.
8      A.  Okay.
9      Q.  And that was arsenic exposure in
10  the lead smelting process leading to lung
11  cancer, correct?
12      A.  Yes.
13      Q.  You said in your answer that
14  based on your review of materials in that
15  case, you concluded that the arsenic
16  exposure more than doubled the victim
17  plaintiff's risk of developing lung cancer.
18  Do you recall testimony to that effect?
19      A.  It was not exactly this way.  It
20  was not correct when I replied earlier.  In
21  fact, I was mainly looking at -- I mean,
22  obviously arsenic was a main agent
23  involved, but I was really looking at the
24  risk of lung cancer in lead smelters
25  because there may be interaction with other

Page 37

1  agents in the smelting process that may
2  increase the risk.  So in my report, in my
3  deposition I didn't focus only on arsenic,
4  but also on the general risk of materials
5  metals, in particular lead smelters.  So I
6  think the story of the relative risk higher
7  than two over ten was more related to
8  the job than to the specific agent.
9      Q.  In order for you to determine
10  that exposure or use of chemical or toxin X
11  can cause disease Y, do you have to be
12  shown evidence that it doubles the risk of
13  the disease in a statistically significant
14  way, or can you as ascribe causation even
15  if the risk, the absolute risk, is not
16  doubled but there is an elevated
17  statistically significant risk of disease?
18      MR. McGUFFEY:   Object to the
19  form.
20      A.  No, I clearly -- the requirement
21  of doubling the risk, I mean this issue of
22  doubling the risk is not a requirement for
23  causation.  I mentioned it for this
24  particular case because this was a question
25  that was asked specifically.  I think they

10 (Pages 34 to 37)

Paolo Boffetta, M.D.

Page 38

1  wanted to show that it was more likely than
2  not or whatever.  But this was nothing to
3  do with the process of determining position
4  in medicine or in epidemiology, that
5  obviously can be a risk much higher than
6  two, and not sufficiently consistent or
7  supported by different lines of evidence to
8  conclude for causation, and conversely they
9  can be the risk below two which are very
10 strongly supported by many studies, et
11 cetera, that would allow concluding for
12 causation, so the two things are
13 independent.
14     Q.   The Isenhour versus Norfolk
15 Southern case, what was that case about and
16 what was your role in it?
17     A.   This is a person who developed
18 idiopathic pulmonary fibrosis, IPF, and
19 he -- I mean the claim was that this was
20 due to exposure to diesel exhaust or
21 asbestos in the railway industry.
22     Q.   And you were working for Norfolk
23 Southern?
24     A.   Yes, for the defense, yes.
25     Q.   And I take it your testimony was

Page 39

1  that Mr. Isenhour wasn't exposed to enough
2  either diesel fuel or asbestos to cause
3  pulmonary fibrosis?
4      A.   Not exactly was that there is no
5  evidence of that, these two agents caused
6  idiopathic pulmonary fibrosis, IPF.  This
7  was really my main -- the main topic was --
8  I discussed also the specific exposure, but
9  given that I concluded that there was no
10 evidence that asbestos or diesel may cause
11 IPF, IPF by definition means that there are
12 no known causes, idiopathic, that's the
13 meaning of the word.  And I reviewed all
14 the studies on IPF and these different
15 agents, including employment in the railway
16 industry and diesel exhaust, and basically I
17 concluded that there was no -- the link was
18 not demonstrated that this exposure, this
19 agent may cause IPF.
20     Q.   Let's break that down a little
21 bit.  IPF is an acronym that stands for
22 idiopathic pulmonary fibrosis, correct?
23     A.   Yes.
24     Q.   Asbestosis by definition is
25 pulmonary fibrosis caused by asbestos

Page 40

1  exposure, correct?
2      A.   Yes.
3      Q.   You do recognize that asbestos
4  causes asbestosis, obviously?
5      A.   Yes.  As I told you, I have a
6  recent paper on that.
7      Q.   And am I correct that in the
8  Isenhour versus Norfolk Southern case, was
9  there any dispute about whether
10 Mr. Isenhour had IPF versus asbestosis from
11 the point of view either pathologically or
12 people looking at X-rays or CT scans to try
13 to make a differential diagnosis?
14     MR. McGUFFEY:   Object to form.
15     A.   Yes, there was, but I remember
16 that there were no fibers found in the same
17 person.  There was no -- the radiologic
18 pattern was compatible with IPF and not
19 with asbestosis.  Anyway, this is not the
20 pattern that I reviewed because obviously
21 I'm not a pathologist.
22     Q.   Right, so there was -- I'm just
23 trying to understand a little bit.  There
24 was a dispute, on the one hand you had
25 presumably a medical doctor, a

Page 41

1  pulmonologist or pathologist for
2  Mr. Isenhour saying he had asbestosis and
3  Norfolk Southern had somebody that was
4  similarly qualified saying he had IPF, and
5  your role in the case as I understand it
6  was to say, looking at the epidemiological
7  literature and the disease IPF, is there
8  any evidence, or is there sufficient
9  evidence to show that either asbestos
10 exposure or diesel exhaust fume can cause
11 the medical condition called IPF?  Is that
12 what your role was in the case?
13     A.   This was my role indeed.
14     Q.   Alright.  And then the other two
15 cases on the list involve Starbucks
16 Corporation, right?
17     A.   Well, coffee producers, many of
18 them.
19     Q.   Many of them, one of which is
20 Starbucks, I take it?
21     A.   The first in the list.
22     Q.   Alright, and you were working for
23 the coffee producers in this California
24 case?
25     A.   Yes, indeed.

11 (Pages 38 to 41)

Paolo Boffetta, M.D.

Page 42

1        Q.  And the issue as I take it is
2   whether or not drinking coffee creates an
3   excess risk of a certain type of cancer?
4        A.  It was a little bit more
5   complicated than that.  This was a case
6   related to what's called Proposition 65, so
7   the issue of labeling consumer products as
8   known to the state of California to cause
9   cancer or birth defects, and the claim was
10  that because coffee contains acrylamide and
11  acrylamide can cause cancer in animals
12  under experimental conditions, coffee
13  should be labeled as a human carcinogen.
14  And my role was to review the epidemiology
15  of acrylamide and cancer in humans.  There
16  are several studies in industrial workers
17  and also a general population with
18  biomarkers of acrylamide in blood, and also
19  the very vast literature on coffee drinking
20  and cancer.  And the studies on coffee and
21  cancer are many.  They were conducted and
22  there is overwhelming evidence that if
23  anything, certain cancers are prevented by
24  coffee or there is a reduced risk, whether
25  it's prevention or something else, I'm not

Page 43

1   sure, but clearly there is no increased
2   risk.  For acrylamide there is very weak
3   evidence for one particular cancer, which
4   was kidney cancer, based on very few cases
5   and in small studies.  So that is what I
6   reviewed basically, acrylamide and cancer
7   and coffee drinking and cancer.
8        Q.  Okay, and that had to do with the
9   issue of whether the State of California is
10  going to require coffee to be labeled as a
11  potential carcinogen or something like
12  that?
13       A.  Yes.
14       Q.  And I take it that your opinion
15  based on the overwhelming amount of
16  epidemiological and scientific literature
17  related to coffee specifically is that
18  drinking coffee doesn't increase your risk
19  of cancer in any significant way?
20       A.  Yes, this is my opinion.
21       Q.  That's good, since I had three
22  cups of coffee this morning.
23       A.  There are, as I said, a few
24  cancers that if anything are reduced for
25  people drinking coffee.

Page 44

1        Q.  So that concludes the list of
2   testimony on this list.  Am I correct that
3   the Coplin case is the only case you have
4   testified for a plaintiff in any kind of
5   toxic tort litigation?
6        A.  The one I did a deposition, yes.
7        Q.  Okay, that's the Coplin versus
8   Doe Run Injury No blah-blah-blah?
9        A.  Yes.
10          (Recess taken:  10:02-10:16 a.m.)
11  FURTHER EXAMINATION BY MR. FINCH:
12          (Exhibit 7, Summary of Kilty
13      case, marked for identification.)
14          (Exhibit 8, Summary of Spatz
15      case, marked for identification.)
16       Q.  Dr. Boffetta, I'm going to place
17  what I have marked Exhibit 7 and 8 in front
18  of you.  What is Exhibit 7?
19       A.  It looks like a summary of the
20  Kilty case.
21       Q.  And what is Exhibit 8?
22       A.  A summary of the case of
23  Mr. Spatz.
24       Q.  I will represent to you that I
25  found these materials in the file that

Page 45

1   counsel for Weyerhaeuser produced that was
2   part of your file.  Have you ever seen
3   these documents before?
4        A.  Yes.
5        Q.  Did you play any role in
6   preparing them?
7        A.  No.  This was a summary that was
8   sent to me by counsel.
9        Q.  Okay, so it's your understanding
10  these are documents that summarize certain
11  information about Ms. Kilty or Mr. Spatz
12  that were prepared by the lawyers for
13  Weyerhaeuser or people that worked for the
14  lawyers for Weyerhaeuser?
15       A.  I suppose so.  I received from
16  them, I don't know who prepared them.
17       Q.  Okay, you didn't prepare them?
18       A.  No, that's what I told you.
19       Q.  And they prepared this
20  information, and did they tell you you
21  could assume or rely on it as if it were
22  true?
23       A.  Yes.  Well, I checked some of the
24  information against the other records that
25  I had, but yes, that's basically -- if you

Paolo Boffetta, M.D.

Page 46

1  ask what they said, I suppose -- well, they
2  didn't say that they were true, but I
3  assume they were.  That's the reason they
4  sent them to me.
5      Q.  Do you know how many -- first of
6  all, Ms. Kilty died of mesothelioma in the
7  year 2015 at the age of 83, correct?
8      A.  Yes, that's my understanding.
9      Q.  Okay, and for some period of time
10  she lived a little less than -- between a
11  half mile and a mile from the Marshfield
12  facility, correct?
13      A.  Yes, she lived close to the
14  factory, close to the plant.
15      Q.  And she worked in the factory, in
16  the part of the factory where they used
17  asbestos to make core doors for some period
18  of time, correct?
19      A.  Yes, this is my understanding.
20      Q.  Do you have any understanding as
21  to whether or not she wore a 3M mask during
22  the time she was working in the factory in
23  the asbestos core door?
24      A.  No, I don't remember this
25  particular aspect of her exposure.

Page 47

1      Q.  In the description of the
2  personal monitoring for her at Exhibit 7,
3  there is results of testing measured 3.7
4  fibers per cubic centimeter and 1975
5  testing measured 4.2 fibers per cubic
6  centimeter, do you see that?
7      A.  Yes.
8      Q.  Okay.  And that would have been
9  to a mixture of amosite and chrysotile
10  which was being used to make the doors?
11      A.  Yes, I assume this is correct.
12      Q.  Okay.  I take it that you were
13  not -- or let me ask you this.  Are you an
14  expert in the efficacy of 3M masks to
15  prevent or shield out asbestos exposure?
16      A.  No, I am not.
17      Q.  You don't hold yourself out as
18  either a mask expert or an industrial
19  hygienist who has studied the question of
20  how effective, if at all, a 3M 8710 mask
21  would be to keep asbestos fibers from being
22  breathed in if the wearer was using them?
23      A.  No, I'm not.  I don't pretend
24  this.
25      Q.  Okay.  If there is expert

Page 48

1  testimony that at best the 3M masks keep
2  out somewhere between 10 to 30 percent of
3  asbestos from the user of the mask -- let
4  me ask that question a different way.
5      I want you to assume that there
6  will be testimony from an industrial
7  hygienist that at best the 3M masks allow
8  somewhere between 10 to 30 percent of the
9  asbestos fibers that the wearer is exposed
10  to to get through the mask and breathe in.
11  You wouldn't be in any position to refute
12  that testimony, would you, sir?
13      A.  Yes, this is correct, I would not
14  be.
15      Q.  Okay.  I want you to assume that
16  the masks are only 90 percent effective,
17  meaning that 10 percent of the asbestos
18  fibers in the environment that Ms. Kilty
19  was, was in the plant, were still able to
20  get through the masks and into her
21  breathing zone.  First of all, what is 10
22  percent of 3.7 fibers per cc?
23      A.  It would be 0.37 fibers per cc.
24      Q.  Right.  And so if she was in that
25  kind of environment for a sustained period

Page 49

1  of time being exposed to chrysotile and
2  amosite and .37 fibers per cc were getting
3  through, you would agree with me that is a
4  type of occupational exposure that you
5  would want people to avoid, correct?
6      MS. BUDNER:   Object to form.
7      A.  Certainly, yes.
8      Q.  I mean, in fact there is
9  analytical epidemiology that shows that
10  occupational asbestos exposure at levels in
11  the range of .1 to .3 fibers cc years can
12  cause statistically significant excess risk
13  of mesothelioma, correct?
14      MR. McGUFFEY:   Object to form.
15      A.  No, I think if I take your
16  question literally, I think you are mixing
17  up two things, because we are talking here
18  about exposure level and you said .3 fiber
19  cc years, which is a measure of cumulative
20  exposure.
21      Q.  Yes, I did that intentionally
22  because I wanted to -- let me break it up.
23      A.  Because we were talking about
24  exposure levels.
25      Q.  Let me break it up into steps.

13  (Pages 46 to 49)

Paolo Boffetta, M.D.

Page 50

1  An exposure level of .3 fibers per cubic
2  centimeter is, in an occupational setting,
3  you as a medical doctor would tell people
4  to not expose themselves to asbestos at
5  that level, correct?
6      A.  Yes, certainly.
7      Q.  And you would believe that that
8  level of exposure, even if it's for just
9  one day in an occupational setting,
10 presents some kind of risk to them?
11     A.  Well, if it is one day, I don't
12 know what the risk would be.  I don't think
13 there is any data on risk following one day
14 exposure frankly, so I don't know.  And
15 people are not exposed typically for one
16 day.  If they are exposed occupationally,
17 they are employed on a job.  Well, maybe
18 there can be some people who are just
19 coming to the factory for training or an
20 interview and then not being hired and
21 leaving, but I don't know any data on the
22 risk of these people, so I cannot really
23 answer about this one day thing.
24     Q.  Okay, let's leave it aside for
25 one day.  If you were exposed at a level of

Page 51

1  .3 fibers per cubic centimeter for one
2  occupational year, that is a fiber cc year,
3  correct?
4      A.  Yes, it would be a measure of
5  cumulative exposure, .3 fiber cc years.
6      Q.  .3 fiber cc years is a measure of
7  cumulative exposure to asbestos that one
8  can calculate based on multiplying what the
9  average intensity is times the time,
10 correct?
11     A.  The duration.
12     Q.  And you would agree with me that
13 there has been analytical epidemiology
14 showing a statistically significant excess
15 risk of mesothelioma from exposure levels
16 as low as 0.3 fiber cc years?
17         MR. McGUFFEY:  Object to form.
18     A.  I need to articulate my answer
19 here, I'm sorry.  As of here now, I don't
20 remember studies that showed an increase
21 risk at the level of .3 cubic centimeter
22 years, although it may well be the case.
23 But the more general answer I would like to
24 say that cumulative exposure is not the
25 best way to quantify the risk of

Page 52

1  mesothelioma following asbestos exposure.
2  Duration of exposure, which is the one day
3  one year aspect that you mentioned does not
4  seem the major determinant of risk, times
5  his first exposure and level, so .3 or
6  whatever seem to be the major determinant.
7  So I know that there have been studies that
8  report the results by cumulative exposure.
9  As I said, I don't remember exactly what
10 the risk was at .3 fiber milliliter year
11 level was, maybe there are some studies
12 showing effect.  But as I said, I don't
13 think this would be the best way to measure
14 the occupational -- the effect of
15 occupational exposure to asbestos.  Sorry,
16 that was a long answer.
17     Q.  No, I understand.  You are of the
18 view that the most dominant variable in the
19 risk of mesothelioma, assuming there is
20 some occupational exposure to asbestos, is
21 not the intensity of the exposure or the
22 duration of the exposure, it's the time
23 since the first exposure?
24     A.  Yes, that's my opinion, although
25 as I said, intensity of exposure also plays

Page 53

1  an important role.  I'm not saying that it
2  does not.  The effect of duration seems to
3  be mainly related to the latency.  And when
4  people adjust for latency there is not much
5  left for duration.  That's my point.  And
6  obviously the two are correlated.
7      Q.  Okay, we'll unpack some of that.
8  Am I correct that Peto's studies back in
9  the early 80s showed that the time
10 variable, meaning time since first
11 exposure, was a cubic power increase in the
12 risk as compared to duration time and
13 intensity, is that your understanding?
14     A.  No, it's not exactly this way.
15 It was a cubic or even more power of four
16 or something between three and four for
17 latency for time since first exposure, and
18 then there was an effect of intensity.  There
19 was no factor, no term for duration in the
20 formula that Peto proposed, although there
21 are in some other formulas that have been
22 proposed.
23     Q.  Well, regardless, you would, as
24 an occupational medicine doctor, you would
25 say an exposure to asbestos of .3 fibers

14 (Pages 50 to 53)

Paolo Boffetta, M.D.

Page 54

1   per cc in occupational settings would be a
2   dangerous exposure for Ms. Kilty and she
3   shouldn't try to repeat it on a regular
4   basis, correct?
5       A.   Yes, I'm not an occupational
6   doctor, as we said before, but yes,
7   absolutely, as a general doctor I would say
8   that.
9       Q.   Do you know how many children
10  Ms. Kilty had who also worked in the
11  Marshfield facility at some period of time?
12      A.   Yes.  If I remember there were
13  four of them, four who worked, I don't
14  remember whether she had more, frankly.
15      Q.   And do you know whether or not
16  Ms. Kilty washed her children's clothes
17  when they lived at home, when they were
18  also working at the mill?
19      A.   Well, I assume she did.  I think
20  she was involved in the washing of the
21  clothes.
22      Q.   Do you know how long the Kilty's
23  lived within one half mile of the
24  Marshfield plant?
25      A.   I don't remember this offhand,

Page 55

1   frankly.
2       Q.   If it was a period of several
3   years?
4       A.   Several years anyway, yes.
5       Q.   And leaving aside whether there
6   is any -- in your view any excess risk of
7   mesothelioma associated with the asbestos
8   that was brought into the Kilty home by the
9   clothes of the workers, i.e. the sons that
10  worked there, would you agree with me that
11  from the perspective of an epidemiology
12  study, you would treat the kind of exposure
13  Ms. Kilty experienced in her house from
14  people bringing asbestos dust home from the
15  factory as a domestic or household exposure
16  to asbestos?
17          MR. McGUFFEY:   Objection to
18      form, foundation.
19      A.   Well, if this is a general
20  question, yes.  I mean, what is defined as
21  household exposure is what people are
22  exposed at home based on asbestos that is
23  typically brought from people who have been
24  occupationally employed.
25      Q.   You are familiar with the Rake

Page 56

1   Peto paper from 2009, I think you've cited
2   it.
3       A.   Rake?
4       Q.   Rake Peto, 2009, a British paper.
5   One of the areas they looked at was
6   non-occupational sources of exposure to
7   asbestos.
8       A.   Yes, that's correct.
9       Q.   And they found, am I correct,
10  that the one risk they identified is if you
11  lived with an asbestos exposed worker,
12  someone who worked in an asbestos facility
13  for some period of time prior to age 30,
14  that would create an excess risk of
15  mesothelioma for you?
16      A.   Well, I would need to go back to
17  the paper.  I don't remember the details
18  now.  If I remember correctly, this was
19  restricted to people who did not have
20  occupational exposure, people who never
21  worked in an asbestos-related job and had a
22  husband who had -- or someone in the family
23  who had occupationally -- I should go back
24  to the paper.
25      Q.   Okay, we'll get the paper out a

Page 57

1   little bit later.  Turning from Kilty,
2   which is Exhibit 7, to Spatz, do you know
3   if Mr. Spatz's father worked at the
4   Marshfield facility at a time when asbestos
5   was being used?
6       A.   Well, I remember that he worked
7   at the plant.  Whether it was also during
8   the period when they were using asbestos,
9   maybe there was some overlap between the
10  two if I remember.  It was I think at the
11  beginning of that period, in the 50s.
12      Q.   So the early mid-50s?
13      A.   Yes, mid-50s.
14      Q.   And so for purposes of your
15  epidemiological opinions, are you taking it
16  as the basis for your opinion that
17  Mr. Spatz's father was exposed to asbestos
18  in the mill and brought some of that
19  asbestos home with him on his work clothes
20  from the mill?
21          MR. McGUFFEY:   Object to form.
22      A.   Well, I don't think we have any
23  direct evidence on that.  I mean, we know
24  that he worked -- that he was not working
25  on the asbestos -- I mean at the time they

15 (Pages 54 to 57)

Paolo Boffetta, M.D.

Page 58

1  were not producing, I mean manufacturing or
2  preparing this asbestos.  Probably they
3  were I think using -- just cutting the
4  material that was coming from outside.  And
5  I don't think his father was involved in
6  that operation.  So probably he had very
7  minimal exposure in the plant, like you
8  know, probably everybody in the plant.  I
9  don't know, I don't have any data on what
10  could have been the exposure of his father.
11      Q.  You don't have any fiber
12  measurements of his father like the way you
13  do for the son, correct?
14      A.  Yes, exactly, or for the other
15  plaintiff.
16      Q.  Right.  But if he was working in
17  the plant at the time they were cutting
18  Kaylo up to put it into doors, you would
19  have expected at least some of the time him
20  to have asbestos dust on his clothes,
21  correct?
22          MR. McGUFFEY:   Object to the
23      form.
24      A.  Well, if he was close enough to
25  the operation, yes, maybe, but I have -- I

Page 59

1  don't think we had -- is not that everybody
2  who has been working in any location in a
3  plant where asbestos was used in one
4  particular operation had their clothes
5  covered with asbestos, there is no evidence
6  of this happening beyond, you know, just
7  general environmental exposure that
8  everybody has.  Maybe in the plant there
9  was a little bit higher exposure.  I have
10  seen no data for that, so I really don't
11  know how much asbestos was brought back on
12  his father's clothes back at that time.
13      Q.  Okay.  Do you understand where
14  Mr. Spatz and his father lived when his
15  father was working at the plant?
16      A.  I don't think they were living
17  near the factory, if I remember.
18      Q.  Do you understand that they were
19  living in a railroad car? I mean, their
20  whole house is about the size of this room.
21      A.  I don't remember this thing.
22      Q.  Do you agree with me that once
23  asbestos gets into someone's house, it's
24  very difficult to get it out?
25      A.  Well, this is probably true in a

Page 60

1  general sense, yes.
2      Q.  So you would agree that to the
3  extent that Mr. Spatz brought asbestos home
4  on his clothes into that railroad car where
5  he lived with his son, the asbestos would
6  stay inside that railroad car unless they
7  did something to decontaminate it, correct?
8          MR. McGUFFEY:   Object to form.
9      A.  Yes, if you brought any asbestos,
10  yes, but as I said, I don't see how he
11  could bring asbestos from the factory, I
12  mean beyond just, you know -- well, that I
13  think is my answer.
14      Q.  Do you know if -- I asked you
15  this series of questions about Ms. Kilty.
16  Do you know if Mr. Spatz wore the 3M mask
17  for any period of time when he was working
18  in the mineral core department at the
19  Marshfield plant?
20      A.  No, I don't know.
21      Q.  And same series of questions.
22  According to the data that you were
23  provided in Exhibit 8 by the lawyers for
24  Weyerhaeuser, Mr. Spatz specifically was
25  exposed to asbestos on one occasion at a

Page 61

1  level of 14.83 fibers per cc, do you see
2  that?
3      A.  Yes, this was one particular
4  measurement.
5      Q.  And then other people that did
6  his job at various points in time, the
7  results ranged from .3 fibers per cc to 20
8  fibers per cc, right?
9      A.  In the 70s, yes.
10      Q.  And you would agree with me that
11  if the 3M mask was only 90 percent
12  effective in screening out asbestos from
13  the user, that would mean that Mr. Spatz
14  himself would have been exposed to asbestos
15  at a level of 10 percent of 14.83 fibers
16  per cc or 10 percent of the range shown in
17  the next bullet point, correct?
18          MS. BUDNER:   Objection to form.
19      A.  Yes, this is correct.  This is a
20  case of 90 percent -- I mean 10 percent
21  exposure, yes.
22      Q.  And 10 percent of those exposure
23  levels you would regard as dangerous for
24  workers to voluntarily expose themselves
25  to?

16 (Pages 58 to 61)

Paolo Boffetta, M.D.

Page 62

1      A.  Well, certainly because we would
2   be still well above one fiber cc, which is
3   a lot.
4      Q.  You did an analysis of the
5   mesothelioma rate in Wood County, which is
6   the county around the Marshfield plant,
7   correct?
8      A.  Well, an analysis may be too
9   much.  I just looked at the data from the
10  cancer registry of the state by county.
11     Q.  Alright, let's not call it an
12  analysis.  Let's call it a -- you put a
13  chart that depicted the mesothelioma rate
14  in various counties in Wisconsin as
15  compared to the state as a whole, correct?
16  It's in Exhibit 3 and hopefully your copy
17  is in color, because that's the best way to
18  see it.  Is your copy in color?
19     A.  Yes, at figure 1.
20     Q.  Right.  And this is -- why don't
21  you in your own words tell us what we're
22  looking at here in figure 1 on page 43 of
23  your report.
24     A.  Okay, in figure 1 I reproduced
25  two maps of the state of Wisconsin that I

Page 63

1   derived from the website of the Department
2   of Health of the state with a rate of
3   mesothelioma by county in men and women
4   during 2010 and 2014.  This is color coded,
5   so there are four categories; light yellow
6   is the lowest and the red is the highest,
7   the county with the highest rates.  And I
8   also put in the legend of the figure the
9   cut-points, which are different between men
10  and women, because as in most populations,
11  men have higher risk of mesothelioma than
12  women, so the cut-points are different.
13  And the purpose of this figure was to show
14  that the rate in Wood County, which I
15  indicated with the two maps were not
16  particularly high compared to the other
17  county or the state as a whole.  I also
18  reported the rates for the state as a whole
19  in the legend.
20     Q.  Okay, let's unpack that a little
21  bit.  The mesothelioma rate for Wood County
22  for men, you point an arrow, it looks like
23  it's orange, is that correct?
24     A.  Yes, this is my understanding.
25     Q.  Okay, so the rate for

Page 64

1   mesothelioma for men in Wood County is 1.89
2   to 2.73 cases per 100 thousand, correct?
3      A.  Yes, this is what the map says.
4      Q.  And the overall state rate is
5   1.95 per 100 thousand, correct?
6      A.  Yes, this is correct.
7      Q.  The rate for Orange County (sic)
8   extends up to 2.73, correct?
9      A.  Not the rate for Wood county, the
10  rate for the category in which Wood County
11  is put.  I didn't get the rate.
12     Q.  The rate for the category in
13  which Wood County is put is a range between
14  1.89 to 2.73, correct?
15     A.  Yes.
16     Q.  And would you agree with me that
17  is slightly higher than the overall
18  incidence rate for men in Wisconsin as a
19  whole?
20     A.  I'm not sure I would put it this
21  way.  In fact the rate for the state as a
22  whole falls within this category.  In other
23  words if we just use one color for the
24  entire state, it would be that color, so
25  the whole state would be orange.

Page 65

1      Q.  Now, you agree with me this rate
2   for Wisconsin as a whole, 1.95 per 100
3   thousand, includes people who are
4   occupationally exposed to asbestos,
5   correct?
6      A.  Oh, yes, certainly.  These are
7   all the cases of mesothelioma in the state.
8      Q.  Okay, what is the rate for
9   mesothelioma in the state of Wisconsin for
10  people who have no occupational exposure to
11  asbestos, or no exposure to asbestos at all
12  from any source?
13     A.  I don't know.  I don't think
14  anybody has ever studied this, so I have no
15  idea what would be the rate in people
16  without occupational exposure in Wisconsin.
17     Q.  Haven't you written in the past
18  that the incidence rate for mesothelioma is
19  on the order of one to two cases per
20  million person years?
21     A.  Oh, yeah, in general, but you
22  asked for specific for Wisconsin in this
23  period.  This is what has been estimated,
24  yes.  The overall -- I mean, the rate --
25  it's hard to study because obviously

17 (Pages 62 to 65)

Paolo Boffetta, M.D.

Page 66

1  asbestos has been widespread, you know.
2  But the estimate has been that it can be in
3  the order of one to two cases per million,
4  so 0.1, 0.2 on this scale.
5      Q.  For people with -- the rate,
6  what's sometimes called the background rate
7  of mesothelioma in the absence of obvious
8  sources of asbestos exposure is on the
9  range of one to two cases per million
10  person years, correct?
11      A.  Yes, I think that's the best
12  estimate we have.
13      Q.  Okay.  So the rate for Wood
14  County, Wisconsin is somewhere between 9 to
15  20 times higher than the background rate of
16  mesothelioma for people without any
17  asbestos exposure, correct?
18      A.  Yes, absolutely, that's what we
19  can say for men anyway.
20      Q.  For men.  And for women you would
21  expect that the background rate for
22  mesothelioma would be in the same range as
23  it is for men, because by definition you're
24  talking about people without obvious or any
25  asbestos exposure, correct?

Page 67

1      A.  That's correct.
2      Q.  Okay, and so if the background
3  rate for mesothelioma in women is .1 to .2
4  per 100 thousand, you would agree with me
5  that the rate of mesothelioma in Wood
6  County, Wisconsin for women is somewhere
7  between -- somewhere around eight times
8  higher than the background rate of
9  mesothelioma?
10      MR. McGUFFEY:   Object to form.
11      A.  Between three and eight.
12      Q.  You did not -- you testified a
13  while ago you didn't do any ambient air
14  measurements in Wood County, Wisconsin or
15  close to the Marshfield plant or any at
16  all, correct?
17      A.  This is correct.
18      Q.  Okay, you have seen a couple of
19  reports by Weyerhaeuser employees where
20  they had done some measurements of
21  the ambient asbestos exposure, or what they
22  called ambient asbestos exposure at various
23  places in Wisconsin.  Do you recall seeing
24  that as part of your work in this case?
25      A.  Yes, I remember having seen this.

Page 68

1      (Exhibit 9, Research Report dated
2  12/5/84, marked for identification.)
3      (Exhibit 10, Research Report of
4  Joseph Wendlick dated August, 1985,
5  marked for identification.)
6      Q.  Do you have Exhibits 9 and 10 in
7  front of you, Dr. Boffetta?
8      A.  Yes, I do.
9      Q.  Are these documents that you've
10  seen before?
11      A.  Yes.  Certainly number 9; I think
12  I've seen also number 10.
13      Q.  Number 9 is some air monitoring
14  done in 1984, correct?
15      A.  Yes.
16      Q.  And you see on the table 1 they
17  have asbestos fiber measurements in
18  Marshfield, Stevens Point and Stratford?
19      A.  Yes, in different locations, yes.
20      Q.  And this is 1984, so this is six
21  or 7 years after the Marshfield plant would
22  have ceased using asbestos, correct?
23      A.  Yes, I think so.
24      Q.  Okay, and when they went out and
25  did the air sampling, they found asbestos

Page 69

1  levels in Marshfield in a range between
2  .003 fibers per cubic centimeter and .008
3  fibers per cubic centimeter, correct?
4      A.  Yes, this is correct.
5      Q.  Alright, are you familiar with
6  the United States of America's
7  Toxicological Profile For Asbestos that was
8  published in 2001 that had estimates of --
9  not estimates, they had measurements of
10  ambient air collected from around the
11  country and came up with average ambient
12  air for the United States as it relates to
13  asbestos fiber?
14      A.  Well, I don't remember this
15  particular document.  There has been many
16  such measurements of ambient air.
17      (Exhibit 11, Report entitled
18  Toxicological Profile for Asbestos,
19  marked for identification.)
20      (Exhibit 12, ATSDR Report dated
21  September, 2001, marked for
22  identification.)
23      Q.  And first of all, doctor, which
24  one did I mark 11 and which one did I mark
25  as 12?

18 (Pages 66 to 69)

Paolo Boffetta, M.D.

Page 70

1    A.   11 is a few pages, and that's
2  from the Toxicological Profile for Asbestos
3  from the DHHS from 2001 from the ATSDR, and
4  number 12 is, I think it's called
5  Toxicology Profile, I don't know exactly
6  the name.  Anyway, it's a document also
7  from ATSDR for asbestos, also dated 2001,
8  toxicology profile.
9    Q.   Okay, do you recognize either of
10 these documents?
11   A.   Well, I've seen these documents,
12 this type of documents many times.  I mean,
13 I don't remember this particular document.
14   Q.   You understand what the ATSDR is,
15 the Agency For Toxic Substances and Disease
16 Registry in the United States.  You've seen
17 the publications that it's put out in your
18 work as a professional epidemiologist,
19 correct?
20   A.   Yes, I know what the ATSDR is.
21   Q.   And did you understand that in
22 2001, among many other things that it did
23 in this toxicological profile for asbestos,
24 it collected data on ambient air exposure
25 for asbestos in the United States?  Do you

Page 71

1  recall that it did that?
2    A.   Oh, yes.  Well, they've done many
3  times, not only 2001.
4    Q.   Okay, and why don't we work with
5  the summary.  You recognize Exhibit 12 is a
6  summary chart that was published at the
7  same time as Exhibit 11?  Exhibit 11 is
8  only an excerpt from a much bigger, fatter
9  book, right?
10   A.   Yes, this is correct.
11   Q.   The Toxicological Profile for
12 Asbestos is one of the books that I have on
13 my shelf in my library in my office.  It
14 would be about three or four inches thick
15 if you printed it out, correct?
16   A.   Yes.
17   Q.   And it has multiple different
18 sections.  One of the sections talks about
19 potential for human exposure to asbestos in
20 the environment, correct?
21   A.   Yes, correct.
22   Q.   And on section 6.1 at page 149,
23 I'm looking at the excerpt, and it's
24 repeated again in Exhibit 12, I'm just
25 going to ask you to look at them both.

Page 72

1    A.   I'm sorry, on page?
2    Q.   Page 149, if you go -- you see
3  towards the bottom of the page they're
4  talking about the concentration of asbestos
5  fibers in outdoor air are highly variable?
6  It's about 3/4 of the way down on page 149.
7    A.   Yes, I see this.
8    Q.   Okay.  And then four lines up
9  from the bottom the ATSDR states that
10 typical concentrations are 1 times 10 to
11 the negative fifth PCM fibers per
12 milliliters in rural areas and up to an
13 order of magnitude higher in urban areas,
14 do you see that?
15   A.   Yes.
16   Q.   Okay.  So let's just get some
17 definitions.  Am I correct that a
18 concentration of asbestos which is 1 times
19 10 to the minus fifth fibers per milliliter
20 is the same thing as 1 times 10 to the
21 minus fifth fibers per cubic centimeter?
22   A.   Yes, milliliters and cubic
23 centimeter are the same thing.
24   Q.   And am I correct that the way
25 numerically to express 1 times 10 to the

Page 73

1  negative fifth is 0.00001 fibers per cubic
2  centimeter?
3    A.   Yes, that's correct.
4    Q.   And in the summary document which
5  is the -- for lack of a better word -- more
6  user friendly summary of the big fat book,
7  could you turn to the second page of that,
8  section 1.3, how one might be exposed to
9  asbestos?
10   A.   Okay, I see this.
11   Q.   Okay, so about two thirds of the
12 way down it says, for example, 10 fibers
13 are typically present in a cubic meter of
14 outdoor air in rural areas.  Do you see
15 that?
16   A.   Yes.
17   Q.   And then they do a conversion to
18 convert cubic meters to fibers in a
19 milliliter, correct?
20   A.   Yes.
21   Q.   And then what they go on to
22 conclude is since there are one million
23 cubic centimeters or one million
24 milliliters in a cubic meter, there would
25 typically be 0.00001 fibers per milliliters

19 (Pages 70 to 73)

Paolo Boffetta, M.D.

Page 74

1  of asbestos in air in rural areas.  Typical
2  levels found in cities are about tenfold
3  higher.  Do you see that?
4      A.  Yes.
5      Q.  Okay, first of all, do you have
6  any criticisms of the ATSDR's analysis of
7  the amount of asbestos you would find in
8  ambient air in rural America or in cities
9  in America?
10     MR. McGUFFEY:   Object to the
11     form; foundation.
12     A.  No, obviously I don't have any
13 objection.  I think these are data that
14 refer to the 90s, I think.  One should
15 have to go back and look at when, you know
16 these measurements were done, because
17 asbestos in particular in urban areas,
18 asbestos exposure has gone down, following
19 you know, the phasing out of asbestos use
20 in industry and consumer products, et
21 cetera.  So this most likely reflects -- I
22 mean this reflects what are the
23 concentration around 2000, and if we do it
24 today it may even be lower in fact, at
25 least in the urban areas.

Page 75

1      Q.  Are you certain that the data in
2  the 2001 ASTDR Toxicological Profile for
3  asbestos was based on measurements taken in
4  the 90s, or could it perhaps be the case
5  it was based on measurements taken in the
6  70s and the 80s and compiled in the
7  National Academy of Sciences in the 1984
8  publication?
9      A.  This can be the case also.  As I
10 said, this may reflect the results that
11 were available after 2001.  I don't know
12 exactly.  I should go back and look at the
13 report I think.
14     Q.  As you sit here today you don't
15 know what the data sources are for the
16 ATSDR publication in 2001?
17     A.  No, I don't remember this now.
18     Q.  Okay.  You would agree with me
19 that as of 2001, whatever those data
20 sources were, the ATSDR was saying that the
21 amount of asbestos in ambient air in the
22 United States of America is .00001 fibers
23 per cubic centimeter in rural areas, and in
24 urban areas it would be 10 times higher,
25 correct?

Page 76

1      MR. McGUFFEY:   Object to form.
2      A.  Yes, that's what they say in a
3  typical rural area or typical urban area.
4      Q.  And would you agree with me just
5  as a mathematical fact the amount of
6  ambient air measured in Marshfield in the
7  mid-1980's is a couple of orders of
8  magnitude higher than the asbestos that one
9  would find typically in rural air in the
10 United States as measured by the ATSDR?
11     MR. McGUFFEY:   Object to the
12     form, foundation.
13     A.  It would be -- compared to rural
14 area you said?
15     Q.  Yes.
16     A.  Yes, it would be two order of
17 magnitude higher.
18     Q.  Yes.  And just for the record, an
19 order of magnitude is ten times, so two
20 orders of magnitude is a hundred times?
21     A.  Yes, that's compared to a rural
22 area.
23     Q.  And if one could do the exact
24 math to figure out how much bigger .003 is
25 than .000001, you could just do third grade

Page 77

1  division, right?
2      A.  Yes, I think so.
3      Q.  So my fourth grade son ought to
4  be able to figure that out?
5      A.  I suppose so, yes.  I hope so.
6      Q.  Alright, I hope so too.  He's
7  getting A's in math, he'd better be able to
8  do that.
9      Alright, so would you agree with
10 me that the ambient air as measured by
11 Mr. Wendlick in Marshfield in 1984 is
12 substantially higher than one would expect
13 in someone who is not anywhere near any
14 kind of point source of asbestos?
15     MR. McGUFFEY:   Object to the
16     form, foundation.
17     A.  Yes.  It depends really what
18 typical means in this ATSDR terminology,
19 because if for typical they mean without
20 any source of asbestos, I would agree.  But
21 many cities would have a source of asbestos
22 and that's the reason why it's higher,
23 their estimate, I don't know exactly, but I
24 would say yes, I would tend to agree with
25 you.

20  (Pages 74 to 77)

Paolo Boffetta, M.D.

Page 78

1    Q.  Would you agree with me that one
2  of the -- not exactly a problem, but one of
3  the issues one has to confront when doing
4  analytical epidemiology as it relates to
5  environmental or occupational exposures to
6  asbestos, is that it is difficult if not
7  impossible to find a cohort of comparison
8  of people who have never been exposed to
9  asbestos in any way, shape or form?
10    A.  This is probably correct for
11  studies done in industrial countries, yes.
12  There has been studies done in other
13  settings where comparisons were done with a
14  population that were probably close to the
15  sort of typical rural situation that we
16  just discussed.  But since most of the
17  occupational studies are done in industrial
18  areas, because by definition this is where
19  the factories that used asbestos were
20  located most of the time, it's that, you
21  know, any other population that the area
22  may have, some exposure either in other
23  industries or in the general environment or
24  in other settings, yeah.  So I tend to
25  agree if we talk about studies in the US or

Page 79

1  Europe on these subjects.
2    Q.  I mean, just by way of example,
3  you testified earlier today about one of
4  the assignments you had done in litigation
5  related to a diabetes drug that was alleged
6  to cause kidney cancer, correct?
7    A.  Kidney cancer.
8    Q.  In the pharmaceutical field, you
9  can do controlled -- and this is what they
10  do, they do controlled clinical trials
11  where one group of people is given the drug
12  and another group of people is not given
13  the drug, and so you can have a true
14  comparison between someone who is unexposed
15  to whatever it is in the drug that
16  potentially is toxic as compared to people
17  who were exposed, correct?
18    A.  Well, this is correct at the
19  first level, but things are more
20  complicated because clinical trials do not
21  typically look for long-term effects like
22  cancer risk, and long-term effects of
23  drugs, for example, is to look at the
24  experience of cancer in these different
25  groups of patients after the clinical trial

Page 80

1  was completed, and there you might have a
2  lot of contamination, people who were
3  taking the drug who stopped, people who
4  have not taken the drug who started.  So
5  it's not as clear-cut as --
6    Q.  So you still have some of the
7  same problems with observational
8  epidemiology in cancer drug research?
9    A.  Yeah, in pharma epidemiology you
10  have the same issue of exposure assessment
11  to a large extent, unless you restrict your
12  assessment to the clinical trial which is
13  just a short typically two-year, three-year
14  sort of thing.
15    Q.  And that's not going to tell you
16  anything about disease risk or long-term
17  latency effects?
18    A.  Exactly.
19    Q.  Okay.  I noticed that you
20  reviewed Dr. Parker, the industrial
21  hygienist's report in your materials in
22  this case, correct?
23    A.  Yes.
24    Q.  You also reviewed Dr. Henry
25  Anderson's reports and opinions.  You had

Page 81

1  certain criticisms of Dr. Anderson's
2  reports and opinions, correct?
3    A.  Yes.
4    Q.  I didn't notice, and maybe I
5  missed it, but did you have any specific
6  criticisms of Dr. Parker, the industrial
7  hygienist's report?
8      MR. McGUFFEY:   Objection to
9  form.  He is a mister.
10    Q.  Okay, Mr. Parker.
11    A.  No, I didn't really felt sort of
12  experienced enough to get into specific
13  criticism of an industrial hygienist's
14  report.
15    Q.  So you focused your criticism on
16  the medical/epidemiology testimony from
17  Anderson and not the work of Dr. --
18  Mr. Parker, the industrial hygienist,
19  correct?
20    A.  That's what I was saying.
21    Q.  Okay.  Were you ever provided
22  with either the expert report or the
23  pathology report or the testimony of a
24  Dr. John Maddox?
25    A.  I don't remember this name now.

21 (Pages 78 to 81)

Paolo Boffetta, M.D.

Page 82

1    It's possible that I --
2        Q.  I mean, I will represent to you I
3    didn't see anything like that in your
4    materials that you reviewed.
5        A.  I don't think so.  I don't think
6    I remember that.
7        Q.  I certainly didn't see
8    Dr. Maddox's name or any of his work that
9    appeared in Exhibit 3, which is your
10   report.  I admit I didn't do a word search
11   of it, but am I correct based on your
12   memory of your report and my memory of your
13   report that you didn't discuss any of
14   Dr. Maddox's opinions or conclusions in
15   Exhibit 3?
16       A.  That's my recollection.
17       Q.  Okay, and so as you sit here
18   today you don't have any understanding or
19   knowledge or opinions or criticisms about
20   anything Dr. John Maddox did in this case?
21       A.  That's correct.
22           (Recess taken:  11:06-11:21 a.m.)
23   FURTHER EXAMINATION BY MR. FINCH
24           (Exhibit 13, Article by Paolo
25   Boffetta in Med Lav 1998; 89,

Page 83

1    6:471-480, marked for identification.)
2        Q.  I'm going to put what's been
3    marked Exhibit 13 in front of you, and tell
4    me if you recognize it.
5        A.  Yes, this is a paper I published
6    almost 20 years ago.
7        Q.  I have some questions about it.
8    This was published in a peer-reviewed
9    journal, is that right?
10       A.  Yes.
11       Q.  And it is a discussion of four
12   different diseases associated with asbestos
13   exposure?
14       A.  Yes, that's correct.
15       Q.  Alright.  There is on page 474 a
16   graphic, do you see that?
17       A.  Yes.
18       Q.  And am I correct that the numbers
19   in parentheses on the graphic refer to
20   various studies?
21       A.  Yes, I think these are a number
22   of the references.
23       Q.  And so what this is, is a
24   modeling of risk of lung cancer as a
25   function of cumulative asbestos exposure,

Page 84

1    correct?
2        A.  Yes.
3        Q.  And you're trying to solve for --
4    well, you're not trying to solve for it.
5    Describe for me what is K1 in the equation
6    there.  K1 is one of the variables in the
7    equation you have on page 474.  What is
8    that?
9        A.  I'm not sure.  You referred --
10       Q.  I'm just asking about the
11   formula.
12       A.  Well, this is a formula for risk
13   difference, and so the -- and for lung
14   cancer, we're talking about lung cancer
15   here.  And it says that the risk difference
16   is a function of the cumulative exposure
17   which is CE, and a constant K, which is
18   specific for type of industry, and then X,
19   which is a number of expected cases of lung
20   cancer.  This is one of the formulas that
21   was derived for lung cancer.  I think this
22   is this is based on Peto, if I remember.
23   This is 20 years ago.  I took it from the
24   in-serve report, but I think it is first
25   originally from Peto.  So basically it

Page 85

1    shows that the risk difference depends on
2    the rate on the rate of lung cancer, which
3    is this expected number, the cumulative
4    exposure and the type of industry, which
5    somehow relates to the type of fiber
6    probably.  Anyway, this is a type of
7    industry.
8        Q.  Okay.  And then on page 475, you
9    write that the available data, and the data
10   you're talking about are epidemiological
11   data, correct?
12       A.  I think so, yes.
13       Q.  The available data are consistent
14   with the most widely accepted model of
15   quantitative dose response between
16   cumulative exposure to asbestos and lung
17   cancer risk, which assumes a linear
18   relationship with no threshold.  That's
19   what you wrote in 1998, correct?
20       A.  Yes, this was based on 1998 data,
21   yes, absolutely.
22       Q.  And am I correct that the most
23   widely accepted model of quantitative dose
24   response between cumulative exposure to
25   asbestos and lung cancer risk based on

22 (Pages 82 to 85)

Paolo Boffetta, M.D.

Page 86

1    epidemiological studies still is a linear
2    relationship with no threshold?
3        A.   Well, whether it would be still
4    valid today, this statement, well, it
5    depends what most widely means.  Probably
6    yes, although I think the evidence about,
7    what I wrote here is no precise data are
8    available for very low exposure levels and
9    now I think we have more data compared to
10   what was available in 97-98 it when I wrote
11   this stuff, especially from new case
12   control studies.  A few also from cohort
13   studies.  So I would like -- I think
14   broadly speaking it's okay.  I would need
15   to go back and review this more in detail I
16   think.
17       Q.   Would the available
18   epidemiological data also be consistent
19   with a model of quantitative dose response
20   between cumulative exposure to asbestos and
21   mesothelioma risk, which assumes a linear
22   relationship with no threshold?
23       A.   No, I think I discussed a
24   different model for mesothelioma.  This is
25   what was for lung cancer.

Page 87

1        Q.   In your discussion of pleural
2    mesothelioma, you talk about, first of all
3    on page 476, the most widely accepted
4    figure for western countries is on the
5    order of one to two cases per million.
6    That's the background rate we were talking
7    about earlier, correct?
8        A.   Yes.  That's the same sort of
9    figures we discussed before.
10       Q.   One factor which complicates the
11   investigation of mesothelioma risk among
12   asbestos exposed subjects in addition to
13   diagnosis, mixed classification, is the
14   variable on latency period between the
15   beginning of asbestos exposure and tumor
16   development.  Mesotheliomas rarely occur
17   within the first 20 years since first
18   exposure and the risk is still elevated 40
19   or more years after first exposure.  First
20   of all, do you still agree with that?
21       A.   Yes, although we have now again
22   much more data on this compared to what we
23   had at that time.
24       Q.   Do you agree that only cohorts
25   with a long followup are informative on

Page 88

1    mesothelioma risk?
2        A.   Yes, for mesothelioma, yes, I
3    think the first 10, 20 years are very --
4    are not very informative because one would
5    not expect to see a risk anyway.
6        Q.   Wouldn't you agree that in order
7    for the true risk of mesothelioma in a
8    cohort to become evident over time, you
9    would want to see data followup for at
10   least 40 years?
11       A.   Well, the longer you have, the
12   better.  Probably yeah, 40 years is okay.
13   As I said here, we start to go up after
14   20 years, so 20, 30, 40, the more you wait,
15   the more informative the data become in a
16   way.
17       Q.   Okay, and on page 477, this is
18   where you're talking about the quantitative
19   relationship between mesothelioma risk and
20   asbestos exposure?
21       A.   Yes.
22       Q.   Okay, and in layperson's terms,
23   explain what it is you're telling us here
24   on page 477.
25       A.   You mean the formula?

Page 89

1        Q.   Yes.
2        A.   Here the formula is the incidents
3    of mesothelioma at a given time, is
4    proportionate to the latency, which is this
5    term T minus T-0 elevated to some power
6    which is between 3.54, and then related
7    linearly with the level of exposure which
8    is E, and again with some constant, some
9    factor that is related to probably the
10   different type of asbestos fibers.  The
11   assumption here is that for lung cancer we
12   had the excess because we have a background
13   of lung cancer without asbestos.  Here we
14   assume that all the incidents in asbestos
15   exposed workers comes from asbestos, so the
16   expected is basically zero in the one, so
17   the total incidents is equal to the excess.
18   That's why I didn't code it excess in this
19   case.
20       Q.   Okay, and is there a level of
21   asbestos exposure -- let me ask it this
22   way.  The dose response curve that you drew
23   for lung cancer based on various studies
24   shown in figure 1 is a no threshold model,
25   correct?

23 (Pages 86 to 89)

Paolo Boffetta, M.D.

Page 90

1    A.  Yes.  This is based on the model
2  that I describe there.  It is a no
3  threshold.
4    Q.  Right.
5    A.  Yes -- no, that's correct.
6    Q.  What is the dose response curve
7  for mesothelioma?  Is it also a no
8  threshold model?
9    A.  Yes, based on this formula it
10 would be a non-threshold model.
11   Q.  Okay, so it would -- just so
12 we're clear, this is Exhibit Number 13A.
13   (Exhibit 13A, Lined sheet with
14   handwriting, marked for
15   identification.)
16   Do you see Exhibit 13A,
17 Dr. Boffetta?
18   A.  Yes.
19   Q.  That's a no threshold dose
20 response curve for mesothelioma?
21   A.  Yes, but this is incorrect.
22   Q.  It's incorrect?
23   A.  Absolutely.
24   Q.  Why is it incorrect?
25   A.  Because as I was trying to

Page 91

1  explain, because you relate the relative
2  risk, as I said this is total incidents.
3  You put cumulative incidents, and I said
4  there is no cumulative incidents in the
5  formula for mesothelioma.  There is latency
6  and exposure level, and you put a linear
7  dose response, while the latency would have
8  a cubic or even higher level.  So this --
9    Q.  Okay, so how would you draw the
10 dose response curve for mesothelioma using
11 that formula?  You can just turn this over
12 on the back.
13   A.  It depends whether you want to
14 relate it to latency or to exposure level,
15 to average exposure.
16   Q.  Exposure.
17   A.  It would be a linear dose
18 response, but the real way to do it would
19 be not this way, but would be to do it, you
20 know, a number of -- well, that's not the
21 right way to do it, sorry.  You have to do
22 it really with latency, which is the key
23 factor here.  The latency would go
24 something like this, and this would say
25 20 years or whatever, so this would be

Page 92

1  very, very low and then we start to go up.
2  And then for different exposure levels you
3  have curves that are slightly higher or
4  slightly lower.
5    Q.  But they all intersect with zero,
6  correct, for exposure?
7    A.  Yes, sure, absolutely.  So that's
8  sort of cognitive --
9    Q.  And what that implies is that
10 there is no level of asbestos exposure that
11 is considered to be insufficient to cause
12 mesothelioma in humans, correct?
13   A.  Yes.  This is the implication of
14 the known -- of the linear dose response.
15 As I said for the lung cancer, the data are
16 insufficient to separate this from the
17 model where there is a threshold, and again
18 for mesothelioma we basically don't see any
19 case in the first 20 years and we don't see
20 any case with very low exposure.  So
21 whether is an excess, this is what the
22 model says, but you know, is not -- there
23 is no way we can -- the way we say it,
24 there is no way we can empirically test
25 this hypotheses.

Page 93

1    Q.  Okay, we'll get to the empirical
2  testing by epidemiology in a minute.
3    A.  Okay.
4    Q.  But I have a few more questions.
5  Keep that in the pile.  It's an exhibit.
6  And I'll draw a big X across what Nate
7  drew.
8    A.  Okay.
9    Q.  So nobody gets confused.  Nate.
10 And then just put your initials here, so
11 that anybody who reads the transcript will
12 know that --
13   A.  So that's really what I see.
14 This is effect of exposure and this is
15 effect of latency.
16   Q.  And you drew -- the lines are
17 latency, what is this, incidence?
18   A.  That's incidence.
19   Q.  And if you drew a dose response
20 curve with -- you started to draw a dose
21 response curve, incidence and fiber
22 exposure, but you've crossed that out.
23   A.  Yeah, because is -- if you ignore
24 latency, it makes no sense.  That's what
25 I'm trying to say.

24 (Pages 90 to 93)

Paolo Boffetta, M.D.

Page 94

1    Q.  If you control for latency, isn't
2  it the case though that as you have --
3    A.  Yes, and that's what you see
4  here.
5    Q.  -- increasing risk?
6    A.  Yes, for the same latency, yes.
7    Q.  Okay, so if you were to draw a
8  dose response curve for mesothelioma that
9  has as this axis five years of exposure and
10  this axis incidence and you're controlling
11  for the same latency, am I correct that you
12  would end up with a dose response curve
13  that bisects zero?
14    A.  Yes, yes, sure.
15    Q.  Why don't you just draw that so
16  people -- you don't want to draw it, I
17  understand, but I just want to --
18    A.  Because it's misleading.  I mean,
19  if the latency is short, this will be the
20  dose response.
21    Q.  I understand that?  But the whole
22  -- let's say you were talking about --
23    A.  If the latency is 40 years, this
24  would be the dose response, or it would be
25  probably even higher, I don't know.

Page 95

1    Q.  Alright, but what --
2    A.  What I'm saying is the effect of
3  level of exposure is more compared to the
4  effect of latency and that's what I tried
5  to show here.
6    Q.  Alright, understanding that, it
7  is your view that the effect of latency
8  dominates as compared to the cumulative
9  exposure --
10    A.  To the level of exposure.
11    Q.  To the level of exposure.  Am I
12  also correct that if you hold latency
13  constant across whatever cohorts you're
14  looking at, as asbestos exposure rises,
15  incidence of mesothelioma rises as well?
16    A.  Yes, and that's what I tried to
17  draw here, showing here that for the same
18  latency you have a higher -- this would be
19  higher exposure and this would be lower
20  exposure, so you have --
21    Q.  Right, but if you're holding
22  latency constant at a given level of
23  exposure, the more exposure you have, the
24  more expected incidence of mesothelioma,
25  correct?

Page 96

1    A.  Yes.
2    Q.  And for the dose response curve
3  for mesothelioma, it bisects zero, correct?
4    A.  Yes, based on this thing.  Again,
5  we don't know really what is going on here
6  in the low range.
7    Q.  Alright, you agree with me there
8  have been some cohort -- not cohort, some
9  case control epidemiology since 1998 that
10  bears on this question of excess risk of
11  mesothelioma at doses below one fiber cc
12  year?
13    A.  Yes, I think there has been a few
14  studies.
15    Q.  Okay, and I'll get to some of
16  those in a minute.  This paper also talks
17  about Km on page 477.
18    A.  It talk about -- sorry?
19    Q.  Km on page 477.
20    A.  Yes.
21    Q.  Km is a, for lack of a better
22  word, it is a constant that is estimated
23  that is supposed to be a substitute for
24  fiber potency among various cohorts?
25    A.  Yes, it's a sort of indicator or,

Page 97

1  yeah, factor for the different type of
2  fibers and their potency.
3    Q.  And in 1998 you're writing that
4  while the accepted values for Km are 1 x 10
5  to the minus 8 for pure chrysotile, 1.5 x
6  10 to the minus 8 for mixed exposures and 3
7  x 10 to the minus 8 for predominantly
8  amphibole exposure, correct?
9         MR. McGUFFEY:   Object to the
10  form.
11    A.  Yes, this is.
12    Q.  On page 478, am I correct that
13  you called the mining region in Quebec an
14  area of relatively high environmental
15  asbestos pollution?
16    A.  Yes, this is what I wrote here.
17    Q.  Alright, and then you write at
18  the conclusion paragraph, the risk, and
19  you're talking about the risk of
20  mesothelioma, the risk is about three times
21  higher for amphiboles as compared to
22  chrysotile, do you see that?
23    A.  Yes, this refers to this Km, which
24  was three, four predominant amphiboles.
25    Q.  Okay, is it still your view that

25 (Pages 94 to 97)

Paolo Boffetta, M.D.

Page 98

1  the risk for mesothelioma for amphiboles is
2  about three times higher than the risk for
3  chrysotile?
4      A.  I haven't reviewed the data
5  recently, so I don't know whether this --
6  if you put all the data together we have
7  today, we still come up with three.  I
8  think the notion that it's higher for
9  amphiboles stays whether it would be three,
10  it would be more than three, it would be
11  less than three, I don't know.
12      Q.  Okay, so as you sit here today
13  you don't have an opinion about whether the
14  fiber potency for the amphiboles is two
15  times higher than chrysotile, four times
16  higher than chrysotile, 20 times higher
17  than chrysotile.  You wrote in 1998 it was
18  three, but you haven't looked at the
19  data recently enough to have a different
20  opinion, is that correct?
21      A.  For mesothelioma, yes, I think
22  three is an estimate that was used at that
23  time.  It would be interesting to review
24  the data and see whether it is still the
25  best estimate or whether we have any better

Page 99

1  data now.
2      Q.  Okay, let's see -- you can set
3  that one aside.
4          (Exhibit 14, 2012 British Journal
5  of Cancer Article by McCormack, Peto
6  et al., marked for identification.)
7          (Exhibit 15, 2013 British Journal
8  of Cancer Letter to the Editor, marked
9  for identification.)
10          I'm going to hand you 14 and 15
11  because they go together.  Let me know when
12  you have Exhibit 14 and 15 in front of you,
13  Dr. Boffetta.
14      A.  I do have it.
15      Q.  Okay, 14 and 15 are two papers
16  that you were co-authors on, correct?  14
17  is a paper and 15 is a reply to somebody's
18  comment on the paper, correct?
19      A.  That's correct.
20      Q.  And am I correct that in table 1
21  in the papers, what you and your co-authors
22  have done, have collected, what is pretty
23  much every cohort study ever been done on
24  cohorts of workers or populations exposed
25  to various types of asbestos?

Page 100

1      A.  Yes, this is what was available
2  when we wrote the paper in 2011 I think or
3  whatever.
4      Q.  Okay, alright, so and some of
5  these papers obviously predate your 1998
6  article, correct?  Like the Canadian gas
7  mask of Donald McDonald since 1978.
8      A.  Yes, absolutely.
9      Q.  Alright, and you would agree with
10  me that since the publication of this
11  paper, there have been a handful of
12  additional papers relating to some of these
13  cohorts, is that correct?  Updates of some
14  of these cohorts?
15      A.  Yes, and also some new cohorts,
16  yes, I think.
17      Q.  There have been maybe four or
18  five new cohorts have been described in the
19  literature and three or four updates to
20  these cohorts?
21      A.  More updates, and more -- maybe
22  three, four, five new cohorts mainly from
23  China if I remember.
24      Q.  Yeah, my -- obviously we're not
25  going to spend the time to go through every

Page 101

1  paper in the universe, but this -- if I
2  wanted to start with all of the cohort
3  studies have been done on asbestos exposed
4  populations, this list in Exhibit 14 is a
5  pretty good collection of them as of 2011,
6  correct?
7      MR. McGUFFEY:   Object to form.
8      A.  Yes, although table 1
9  comprises all the cohorts that have had
10  data on lung cancer and mesothelioma.
11  There have been a few more cohorts that
12  maybe did a report of this data, so we did
13  not -- could not include them.
14      Q.  But this is your attempt to
15  collect the cohort studies that have data
16  on lung cancer and mesothelioma, correct?
17      A.  Yes, that's probably correct.
18      Q.  And would you agree with me
19  generally that some of these cohort studies
20  had contemporaneous measurements of
21  asbestos exposure but many of them did not?
22      A.  Yes, I would agree on that.
23      Q.  And would you agree that one of
24  the reasons that it's complicated or
25  perhaps impossible to tease out fiber

26 (Pages 98 to 101)

Paolo Boffetta, M.D.

Page 102

1  potency differences as between the
2  amphiboles and chrysotile is there's just
3  not enough studies with good
4  contemporaneous asbestos exposure data to
5  allow one to do the exercise?
6      A.  Yes, I would say this is true for
7  many of the cohorts, and what we did in
8  this paper as in other papers was to try to
9  classify the cohorts according to one
10  asbestos type or one asbestos fiber type or
11  mixed unknown if this was not available,
12  and that's what is written also in this
13  table.  But I agree.
14      Q.  And am I correct that one of the
15  things that you and your authors did here
16  was take the various fiber type cohorts and
17  come up with a mesothelioma deaths per one
18  thousand non-asbestos related deaths and
19  then compare those figures across the
20  different types of cohorts.  You did that
21  on table 3, right?
22      A.  Yes, per thousand deaths, yes,
23  and then the ratio with the lung cancer
24  deaths.
25      Q.  Alright, and we did a ratio for

Page 103

1  lung cancer deaths, we also did a ratio per
2  one thousand non-asbestos related cancer
3  deaths in the second column, correct?
4      A.  Yes.
5      Q.  And you divided those up into
6  one, two, three, four, five different rows
7  based on the type of asbestos fiber in the
8  cohorts you were talking about, correct?
9      A.  Yes, that's the same
10  classification that we had in table one.
11      Q.  Okay, and so based on the data in
12  this paper, would you agree with me that
13  what this suggests is that for the disease
14  mesothelioma, chrysidolite is about 20 to
15  25 times more likely than chrysotile to
16  result in mesothelioma and about four times
17  more likely and amosite to result in
18  mesothelioma?
19          MR. McGUFFEY:  Object to the
20  form.
21      A.  Yes, this would be an
22  interpretation of the data, keeping in mind
23  what we said before, that this
24  classification is inexact.
25      Q.  Inexact?

Page 104

1      A.  Yes, has limitations, but yes.
2      Q.  And so if someone were to rely on
3  this for attempting to estimate the fiber
4  potency differences between the various
5  asbestos minerals as compared to mixed
6  fiber exposures, would that be a reasonable
7  thing for a doctor or an epidemiologist to
8  do, knowing all the limitations and the
9  fact that we don't have good
10  contemporaneous exposure data for all the
11  cohorts that went into your paper?
12      A.  Well, I would prefer to do it by
13  comparing the incidence of these cohorts of
14  mesothelioma, not the ratio between the
15  number of deaths and the known -- and the
16  other deaths.  What we use this ratio here
17  to make then the transfer into the lung
18  cancer story, because the paper is really
19  about lung cancer, not about mesothelioma.
20      Q.  Okay.
21      A.  But to answer your question to
22  really estimate what the difference of the
23  different asbestos types is, I would rather
24  rely on the data of the incidence of
25  mesothelioma with different cohorts.

Page 105

1      Q.  Okay, and the incidence of
2  mesothelioma in the different cohorts you
3  can find by looking at table number 1,
4  correct?
5      A.  No, that's my point.  We only had
6  the number of deaths here, and then this
7  ratio between number of meso and then other
8  deaths, et cetera.
9      Q.  No, but I'm looking at table one.
10  Don't you have for each study the number of
11  mesothelioma deaths --
12      A.  Yeah, but the incidence is the
13  number over the number of person years in
14  the cohort.
15      Q.  Ah, okay, I see what you're
16  talking about.  You're talking about a
17  calculated incidence rate.
18      A.  Yes.
19      Q.  As opposed to number of deaths.
20      A.  Yes, sorry, yes.
21      Q.  1 understand, alright.  Okay, so
22  bottom line there is you haven't gone back
23  and analyzed the data that exists today and
24  tried to make a determination whether your
25  statement in 1998 that the amphiboles are

27 (Pages 102 to 105)

Paolo Boffetta, M.D.

Page 106

1  three times more potent than chrysotile is,
2  correct or incorrect?
3      A.  No, I've not.
4      Q.  Okay.  And you recognize that
5  there are different people, different
6  experts both medical doctors and
7  epidemiologists that come out with widely
8  different opinions on what is the different
9  on a fiber basis between the amphiboles and
10  chrysotile, correct?
11     A.  Yes, for mesothelioma.
12     Q.  Yes.
13     A.  Yes, I think so.
14     Q.  And would you agree with me that
15  in general when those analyses are done on
16  a fiber per fiber basis, there is very
17  little data to draw a distinction between
18  chrysidolite and amosite as compared
19  between the amphiboles generally and
20  chrysotile specifically?
21         MR. McGUFFEY:   Object to form.
22     A.  I think the major difficulty to
23  separate chrysotile from amphiboles, be
24  they chrysidolite or amosite -- obviously
25  there are many cohorts that are mixed or

Page 108

1      A.  Okay, I was looking at the
2  previous paragraph.  Yes.
3      Q.  This is entirely consistent with
4  the IARC classification of chrysotile as a
5  group 1 carcinogen to humans, IARC 2012.
6  At no point do we conclude that
7  mesothelioma occurring in chrysotile
8  exposed cohorts is due to other asbestos
9  types.  Rather we considered it valid to
10  discuss that when multiple carcinogenic
11  fibers are present, the relevant
12  contribution of each is more difficult to
13  disentangle.  You wrote that back in 2012
14  or 2013?
15     A.  Yes.
16     Q.  Do you still agree with that?
17     A.  Oh, yes, absolutely.
18     Q.  Do you agree with me that when we
19  were talking about specifically chrysotile
20  and chrysotile exposed cohorts and exposure
21  to other asbestos types, the relevant
22  contribution of each fiber type is more
23  difficult to disentangle than if you're
24  just exposed to one fiber alone, correct?
25         MR. McGUFFEY:   Object to form.

Page 107

1  unknown and they use both.  I mean, if I
2  remember when we did this paper, and then
3  you know, some other paper on try to look
4  at asbestos type, the real issue that many
5  cohorts use chrysotile and some amphiboles,
6  and this can be one or the other or both.
7  That's where I found most difficult.  And
8  this is somehow reflected here, because you
9  see there is a category for chrysotile and
10  chrysidolite, because really we were not --
11  and this represent a bunch of different,
12  you know, proportion probably.
13     Q.  Turn to Exhibit 15.  Do you have
14  that?  This is a reply to a comment that
15  the journal received about the paper we
16  were just looking at in Exhibit 14.  And I
17  want to focus you on a statement that you
18  and your co-authors write in the right
19  column.  Do you see where it says on the
20  carcinogenicity of chrysotile, our article
21  clearly shows that there are both excesses
22  of mesothelioma and lung cancer associated
23  with chrysotile, do you see that?
24     A.  No, but I have no problem --
25     Q.  Right here.

Page 109

1      A.  This is what I was trying to say
2  before.
3      Q.  Okay, do you agree with me that
4  the human body doesn't know the source of
5  the asbestos that it is breathing in on a
6  cellular and physiological level?
7         MR. McGUFFEY:   Object to the
8  form.
9      A.  Sorry, I'm not sure I understand
10  your question.
11     Q.  So you agree with me that people
12  can breathe in asbestos while they are on
13  the job, right?
14     A.  Sure.
15     Q.  They can breathe in asbestos if
16  they live in a neighborhood close to a
17  point source of asbestos pollution like a
18  factory that makes asbestos containing
19  products?
20         MR. McGUFFEY:   Object to the
21  form.
22     A.  Yeah, they can be exposed to
23  asbestos, sure.
24     Q.  Right.  They can also be exposed
25  to asbestos if somebody brings asbestos

28 (Pages 106 to 109)

Paolo Boffetta, M.D.

Page 110

1  dust home on their work clothes and
2  contaminates the home, correct?
3      A.  Well, yes, sure, if the exposure
4  is high, they will be exposed.
5      Q.  Alright, my question is, does the
6  human body from a biologic cellular end,
7  physiological perspective, know the
8  difference of the source of the asbestos?
9      A.  I'm not sure how to understand
10 your question.  But if you say that the
11 human body reacts or responds in a
12 different way to the different asbestos
13 fibers, I would say that probably this is
14 true at the lung level where I think
15 chrysotile is less biopersistent than the
16 amphiboles.  What happens in the pleura is
17 less known so I don't have an answer to
18 your question.  What I know, that when
19 people exposed to asbestos, mixed asbestos
20 or different types, their lung tissue is
21 analyzed, typically the majority of the
22 fibers or in some cases the only type of
23 fibers found are amphiboles, although there
24 was exposure to chrysotile also.  So if
25 this -- I don't know whether this is an

Page 111

1  adequate answer to your question because I
2  don't know what you mean by the body knows
3  But in terms of response at the lung level,
4  I'm saying, not at the pleural level, there
5  seems to be clearly a difference between
6  the way that the lung is able to eliminate
7  or dissolve or whatever chrysotile fibers
8  compared to amphibole fibers.  And this may
9  relate to the different carcinogenic
10 potency.
11     Q.  Alright, my question was a little
12 bit -- I apologize, because I was asking
13 that question after just showing you an
14 article we were talking about, chrysotile
15 versus the amphiboles.  My question wasn't
16 based on the differences between fibers.
17     A.  Ah, okay.
18     Q.  I want you to assume in my
19 hypothetical that the fiber type at issue
20 is a mixture of amphiboles and chrysotile,
21 and there are three different sources of
22 exposure.  There is exposure inside a
23 factory, there is an exposure living a half
24 mile away from the factor, and then there
25 is an exposure inside a house.  My question

Page 112

1  is from a biological perspective in the
2  lung, does the human body respond any
3  differently to the asbestos fibers that are
4  breathed in inside the plant versus a
5  quarter of a mile away from the plant
6  versus inside the home?
7          MR. McGUFFEY:   Objection to
8      form.
9      Q.  Holding the type of fiber --
10     A.  Yeah, no, if you talk about
11 different sources of exposure, obviously
12 there is no way to separate this once they
13 are in the body.
14     Q.  And is it also therefore true
15 that when you're talking about trying to
16 assess the relative contribution to an
17 individual person's asbestos disease, I'm
18 not talking about epidemiology in
19 populations, but an individual person, it
20 is difficult to disentangle the
21 contributions of asbestos exposure from
22 different places at different times as
23 compared to they've only been exposed to
24 asbestos at one place at one time.
25         MR. McGUFFEY:   Object to form.

Page 113

1      A.  Well, no.  From -- I'm repeating,
2  I mean, you can apply this epidemiological
3  formula and look at the different level of
4  cumulative exposure, for example, if you
5  talk about lung cancer or latency and level
6  of exposure, if you talk about
7  mesothelioma, and you can get a
8  quantification that is epidemiologically
9  based, so it's not precise at the
10 individual level, but gives a sort of
11 indication at the group level or what will
12 be the contribution of the different
13 sources.  This can be done, so I tend to
14 disagree with your statement.
15     Q.  So you're saying that you can do
16 it, and did you do that here in your work
17 in the --
18     A.  You mean in my report?
19     Q.  Yes.
20     A.  No, I didn't do it for these
21 plaintiffs.  I don't remember.
22     Q.  You did or did not?
23     A.  I don't think I did.
24     Q.  What you did is you criticized
25 Dr. Anderson's attempt to do that, correct?

29 (Pages 110 to 113)

Paolo Boffetta, M.D.

Page 114

1      A.   Yes, and then I provide some
2  risk, relative risk estimates, but not a
3  sort of individual quantification of what
4  will be the contribution of exposure A
5  versus exposure B or whatever.
6          (Exhibit 16, Rodelsperger, et al.
7      article in American Journal of
8      Industrial Medicine, marked for
9      identification.)
10         (Exhibit 17, Lacourt, et al.
11     article from Thorax Online, marked for
12     identification.)
13         (Exhibit 18, Jiang, et al.
14     article from BD Biosciences.com,
15     marked for identification.)
16     Q.   The first question is very
17 simple, Dr. Boffetta.  Have you ever seen
18 any of these three papers before?  16 is
19 Rodelsperger published in the American
20 Journal of Industrial Medicine; 17 is
21 Lacourt published in Thorax in 2014; and
22 the third one is a patient by -- the lead
23 author, I have no idea how to pronounce it,
24 I'm just going to wing it and say Jiang in
25 the International Journal of Cancer it

Page 115

1  looks like in late -- well, two different
2  years, 2017 or 2018.  And my question is,
3  have you ever seen any of these case
4  control studies before?
5      A.   I've seen the first two, I've not
6  the last one.
7      Q.   Okay.
8      A.   The new one, the Chinese one.
9      Q.   Alright, so you've seen the
10 Rodelsperger 2001 and Lacourt 2014 papers
11 before?
12     A.   Yes.
13     Q.   And am I correct that both of
14 these are case control studies relating to
15 the concept of pleural mesothelioma and
16 asbestos exposure?
17     A.   Yes.
18     Q.   And in reading those studies they
19 have quantified the risk of mesothelioma at
20 various cumulative exposure levels in the
21 paper, correct?
22     A.   Yes, that's what they've done.
23     Q.   Okay, and in both of these
24 papers, am I correct that what they did is
25 they had expert industrial hygienists

Page 116

1  estimate the asbestos exposure level of the
2  people that are involved in the study?
3      A.   Well, I remember this is what was
4  done in the French, for the study in
5  Lacourt, and for the German study I would
6  need to go back, but probably you are right
7  that they used those industrial hygiene
8  estimates.
9      Q.   Okay, so however they did it,
10 both of these studies, both Exhibit 16 and
11 Exhibit 17, they came up with estimates of
12 cumulative exposure, you know, fiber cc
13 years or fiber milliliter years basis at
14 various levels and then compared the risk
15 of disease at those different exposure
16 levels, correct?
17     A.   Yes, that's what they did.
18     Q.   And you were talking earlier
19 about you couldn't recall or you weren't
20 sure whether there were epidemiological
21 studies dealing with risk of mesothelioma
22 at fiber levels in the .3 to .5 fiber cc
23 years range.  Do you recall very early in
24 this deposition you and I had a discussion
25 about that?

Page 117

1      MR. McGUFFEY:   Object to form.
2      A.   Yes.
3      Q.   Okay.  Now, looking at the
4  Rodelsperger paper, would you agree with me
5  that each time they're measuring in table
6  seven, they have measured the risk of
7  mesothelioma at various levels of
8  cumulative exposure up to a particular
9  cutoff point, do you see that?
10     A.   In table 7, yes.
11     Q.   Yes.  And so for example in the
12 cumulative exposure up to the end of
13 observation they use the people who are,
14 quote, not exposed as the baseline, right?
15     A.   Yes, that's what they did.
16     Q.   That has an odd ratio of one
17 because they don't see any cases in that
18 group, correct?
19     A.   There are 11 cases in that group.
20     Q.   Sorry, there are 11 cases in that
21 group and they use an odds ratio of -- what
22 does an odds ratio of one mean?
23     A.   It means that the odds in the
24 reference category, so the other odds are
25 calculated relative to these odds.  So it's

30 (Pages 114 to 117)

Paolo Boffetta, M.D.

Page 118

1  a ratio of odds, odds ratio. So the odds
2  for the second category is 7.5 times higher
3  than the level in the first category.
4      Q. Okay, so the odds of the second
5  category is for anybody exposed greater
6  than zero up to 0.15 fiber cc years,
7  correct?
8      A. Yes, that's what the table says.
9      Q. And that results in an odds ratio
10  of 7.9?
11      A. Yes, this is correct, for
12  example.
13      Q. With a confidence interval of 2.1
14  to 30 which does not span one, correct?
15      A. That's correct.
16      Q. Okay, so what that means is that
17  in this study for people exposed to
18  asbestos at a cumulative level of greater
19  than zero but less than 0.15 fiber cc
20  years, they had an excess risk of
21  mesothelioma that was statistically
22  significant?
23      A. In this table that's what it
24  shows.
25      Q. Okay, and then as the exposure

Page 119

1  level goes up, the odds ratio increases as
2  well, at least until you get to the 15
3  fiber cc year mark, correct?
4      A. Yes, this is correct.
5      Q. Alright, would you agree with me
6  that this is one of the newer -- it's not
7  that new any more, but this is an
8  analytical epidemiology study that shows a
9  statistically significant excess risk of
10  mesothelioma to mixed asbestos fiber
11  exposures greater than zero and less than
12  0.15 fibers cc years?
13      A. Well, face value, yes, but I
14  don't think these results are valid.
15      Q. You don't -- why don't you think
16  the results are valid?
17      A. They have a very low response
18  rate in controls, so there is a lot of bias
19  in case control studies. I don't think we
20  can use case control studies for this.
21      Q. You don't think you can use case
22  control studies to --
23      A. For mesothelioma to estimate of
24  the effect of asbestos. You need to rely
25  on cohort studies.

Page 120

1      Q. Are there any cohort studies that
2  have good enough exposure data at the
3  lowest levels of exposure to estimate the
4  risk at low levels?
5      A. Well, one would have to go back
6  and look. That's possible, but these are
7  not exposure levels, these are estimates,
8  numbers made up by the industrial
9  hygienist.
10      Q. Well, isn't that true of most of
11  the cohort studies, you don't have
12  contemporaneous air sampling measurement?
13  We just talked about that 20 minutes ago.
14      A. No, many do have. No, I didn't
15  say that. Many do have measurements. Many
16  cohort studies have historical
17  measurements.
18      Q. Okay, we'll get to that in a
19  minute. Would you agree with me that the
20  Lacourt study is another case control
21  epidemiology study that shows an excess
22  risk of mesothelioma at exposure levels
23  less than 0.1 fiber milliliter year?
24      A. Yes, these are the results. But
25  I mean, this is a terrible study. They

Page 121

1  draw cases from one -- from two different
2  sources of control from two other sources.
3  It's something that is totally against
4  epidemiological methodology, this French
5  study. The German study is okay, it simply
6  has all the limitations of a normal case
7  control study. The French study is
8  nonsense to me.
9      Q. Okay, so --
10      A. They look at cases from PNSM, I
11  was a chair of the scientific element of
12  this program, I know it very well, and the
13  controls from general populations from --
14  and the participation rate was 61 percent
15  in cases 20 percent in controls. How can
16  you rely on this data? The percent means
17  that four out of five controls that were
18  asked to participate did not participate.
19      Q. So you have criticisms of the
20  French study, but suffice it to say it's
21  published in a peer-reviewed medical
22  journal and it shows what it shows,
23  correct?
24      A. That's correct.
25      Q. And the German study you don't

31 (Pages 118 to 121)

Paolo Boffetta, M.D.

Page 122

1  have the same criticisms, but you don't
2  believe it's a valid way to estimate
3  mesothelioma risk at various levels of
4  exposure?
5      A.  Well, response rate in the German
6  study was 60 percent.  So it's better than
7  the French study, but it's still pretty
8  bad, I have to say.  It means that you can
9  have a lot of bias because you don't know
10 who are the people who don't participate in
11 your controls, so how can you compare the
12 cases that are all the cases you have in
13 the control that you missed, half of them
14 or 40 percent of them.
15     Q.  Do you believe that mesothelioma
16 is a signal tumor for asbestos exposure?
17     A.  Well, I would say so at least in
18 industrial societies, yes.
19     Q.  Would you agree with me that when
20 reading medical journal articles, if you
21 see a case of mesothelioma and there is
22 discussion and the discussion of that
23 person's case a documented history of
24 asbestos exposure, the reader of the
25 article if they're a doctor or an

Page 123

1  epidemiologist would be justified in
2  concluding that the mesothelioma was a
3  result of the asbestos exposure in that
4  case control -- I mean that case series or
5  case report?
6      A.  Well, this is a reasonable
7  conclusion, but you just pointed to this
8  study and they have 10 percent of the cases
9  they say there was no asbestos exposure
10 there, so this may not be the case for --
11 this assumption may not hold for all the
12 cases.
13     Q.  Would you agree with me that
14 mesothelioma came to the attention of the
15 world scientific literature with the
16 publication of Wagner's paper in 1960?
17     A.  That's probably true, yeah,
18 although there were reports that this is
19 where, you know, the story came out.
20     Q.  And what people concluded based
21 on that publication was that at least
22 African asbestos caused mesothelioma, from
23 that Wagner paper?
24     A.  Well, I don't know what people
25 concluded at that time.  I wasn't around,

Page 124

1  scientifically speaking, at that time.  So
2  -- but sure, this was the first study that
3  showed this strong risk in people exposed
4  to, in particular in the South African
5  miners.
6      Q.  Right, and that study was not a
7  cohort study or a case control study, it
8  was a case series, right?
9      A.  Absolutely, absolutely.  When you
10 have a very strong carcinogen, you don't
11 need cohort studies.  You need cohort
12 studies when you want to quantify the level
13 of risk obtaining minute differences, like
14 those people are trying to do here.  That's
15 what I'm saying.
16     Q.  Okay, do you agree with me there
17 is a substantial amount of medical
18 literature that demonstrates people have
19 developed mesothelioma years after working
20 with asbestos containing products for as
21 short a duration as a day to a few days?
22         MR. McGUFFEY:   Object to form.
23     A.  Oh, absolutely, and that's
24 exactly my point I said before, that for
25 mesothelioma, latency is important and not

Page 125

1  duration.  That's exactly what I was
2  saying.
3      Q.  Okay, and so you would agree with
4  me that --
5      A.  So cumulative exposure which
6  contains drift.
7      Q.  So if somebody spent a day sawing
8  up asbestos cement sheds that resulted in
9  an occupational level exposure and they
10 developed mesothelioma many years later,
11 that could be an asbestos caused
12 mesothelioma?
13     A.  Well, as I said before, I don't
14 know about the one day story.  I know that
15 the studies that showed an effect for short
16 duration were such as women employed during
17 World War II in the gas mask manufacture,
18 they worked several months at very high
19 level of exposure.  This is where the short
20 duration story comes from.  I've never seen
21 a study showing an effect for one-day
22 duration.  I'm not saying that is totally
23 impossible, but I'm saying when people talk
24 about short duration and they say short
25 duration may cause mesothelioma, I refer to

32 (Pages 122 to 125)

Paolo Boffetta, M.D.

Page 126

1   those studies that talk about six months,
2   one year or whatever, you know.
3       Q.   Okay, but you haven't gone back
4   to look through all the medical literature
5   to find case series or case reports of
6   short duration exposure to asbestos
7   resulting in mesothelioma, have you, sir?
8       A.   No, I have not.  Short duration,
9   you mean one day or something?
10      Q.   One day, three days, five days.
11  You haven't collected that literature or
12  analyzed that literature?
13      A.   No.
14      Q.   And the British gas mask studies,
15  just so we're clear, you've got them listed
16  in Exhibit 14, the paper --
17      A.   Yeah, is number 2 on table 1, for
18  example.
19      Q.   Number 2 on table 1.
20      A.   And maybe also number 3 if I
21  remember, probably both of them.
22      Q.   Okay.  Since I asked you about
23  it, and I highlighted the part I want to
24  draw your attention to.  This is
25  Exhibit 19.

Page 127

1           (Exhibit 19, Rake, et al. article
2       on the British Journal of Cancer,
3       marked for identification.)
4       Okay, this was the Rake Peto
5   study we were talking about earlier, is
6   that right?
7       A.   Yes, indeed.
8       Q.   And here am I correct, they're
9   looking at occupational exposure to
10  asbestos as well as certain aspects of
11  non-occupational exposure, right?
12      A.   Yes, this is correct.
13      Q.   And they find that -- well, two
14  things that are relevant for the Kilty and
15  Spatz cases.  We'll go to the second one
16  first.  I'm on page 1178, page 5 out of 10.
17  Are you there, with the highlighting?
18      A.   Yes.
19      Q.   They write "The only significant
20  non-occupational association was living
21  with a potentially exposed worker before 30
22  years of age," and then they produced the
23  odd ratio in the 95 percent confidence, do
24  you see that?
25      A.   Yes.

Page 128

1       Q.   And then the odds ratio for
2   living within a mile of a potential source
3   before 30 years of age was not
4   statistically significant, correct?
5       A.   Yes.
6       Q.   Alright.  So for purposes of, I
7   guess, Mr. Spatz's case, if his father --
8   you would agree with me that his father, by
9   the definitions of this paper, Mr. Spatz's
10  father was a potentially exposed worker at
11  the Marshfield plant, correct?
12          MR. McGUFFEY:   Object to the
13      form.
14      A.   Well, yes, if he works -- yeah,
15  he worked during that period when the
16  product was used, although he was not
17  involved, so I don't know how relevant his
18  exposure was.  There is potentially in a
19  very general sense, I would agree.
20      Q.   Right.  And then you would agree
21  with me that Mr. Spatz, the person who
22  developed mesothelioma, lived with his
23  father before he was 30 years of age?
24      A.   Well, I assume so, yes.  I didn't
25  review that aspect, so --

Page 129

1       Q.   Alright, and so taking those two
2   parameters into account, they would fit
3   within the people, at least in this Rake
4   Peto study, that were at elevated risk of
5   mesothelioma, someone who was -- lived with
6   a potentially exposed asbestos worker
7   before the age of 30 years.
8       A.   No, I don't agree, because this
9   analysis refers only to people without
10  occupational exposure, as can you see in
11  table 6.  There is no comparable results
12  for people who also had occupational
13  exposure.
14      Q.   So because they didn't tease --
15      A.   Well, they did tease out the
16  occupational exposure, and that's exactly
17  what I'm trying to say, that these are the
18  risk of the ratio 2, refers to domestic
19  exposure before 30 years, among those with
20  known occupational exposure.  So it doesn't
21  apply to this patient, I think.
22      Q.   I guess here's my question.  If
23  you have a type of asbestos exposure that
24  is demonstrated to create an excess risk of
25  mesothelioma in a non-occupationally

33 (Pages 126 to 129)

Paolo Boffetta, M.D.

Page 130

1  exposed person, why if the person is later
2  occupationally exposed does the risk that's
3  created prior to their occupation go away?
4      A.  Because the additional
5  contribution would be minimal compared to
6  what they had from the occupational
7  exposure.  That's the point.  So the only
8  -- this data do not show to me that
9  somebody who has occupational exposure by
10 having residential or domestic or household
11 would further increase the risk.  And I
12 would like to see these results before
13 agreeing with you, and this is not what the
14 data say.  In fact I think all the people,
15 most of the people, or all the people who
16 have been looking at these, occupational
17 versus non-occupational exposure, look at
18 the non-occupational exposure only in --
19 sorry, look at the non-occupational
20 exposure residential household, et cetera.
21 Only in those without occupation, the
22 assumption is that in the occupational
23 exposed people, the risk comes from their
24 occupational exposure, and there is no way
25 you can detect any additional risk because

Page 131

1  the amount of exposure would be minimal
2  compared to what they got from the job.
3      Q.  So it's a function of -- you're
4  saying the risk would be minimal because
5  the dosage is minimal compared to the
6  occupational exposure dosage?
7      A.  Sure.  I mean, we said that dose
8  is one of the components of the risk of
9  mesothelioma, and when we talk about levels
10 in the order of 0.001 or whatever compared
11 to 1 or 10, it's two or three order of
12 magnitude.  So --
13     Q.  Have you calculated a fiber years
14 exposure level for either Mr. Kilty or
15 Mrs. Spatz from any source?
16     A.  No, I told you before.
17     Q.  Okay.  Is the term "substantial
18 contributing factor" a term that you use in
19 the practice of medicine or epidemiology?
20     A.  Well, if you want to quantify the
21 contribution of different factors, yes, you
22 can use it, although I don't know exactly
23 what substantial means in this context.
24     Q.  Okay, so you would agree with me
25 then that "substantial contributing factor"

Page 132

1  as it's used in testimony in American
2  asbestos cases is not a purely medical or
3  epidemiological term, it's a combination
4  quasi-medical quasi-legal?
5      A.  Well, I don't have any experience
6  in testifying in litigation of asbestos so
7  I cannot answer your question.  I don't
8  know what they use the word for.
9      Q.  You have never testified in an
10 asbestos case in the United States,
11 correct?
12     A.  That's correct.
13     Q.  Have you done any work for any
14 asbestos defendants other than
15 Weyerhaeuser?
16     A.  As I told you in this railway
17 company, asbestos was one of the agents
18 being discussed.  But I doubt you can say
19 that railway is an asbestos industry.  If
20 it is, I wasn't involved in this type of
21 thing.
22     Q.  Have you been hired to serve as
23 an expert witness by, you know, American
24 car companies or brake manufacturers, for
25 example?

Page 133

1      A.  No.
2      Q.  Have you been hired to serve as
3  an expert witness by companies that make
4  asbestos-containing gaskets or joint
5  compounds?
6      A.  No.
7      Q.  Have you been hired as an expert
8  witness in asbestos cases in the United
9  States by any companies other than
10 Weyerhaeuser as you sit here today?
11     A.  As I said before, no, unless you
12 want to consider asbestos was considered in
13 railway --
14     Q.  In the Norfolk & Southern
15 Railway.
16     A.  Yes.
17     Q.  Norfolk & Southern Railway is a
18 railroad that --
19     A.  Yeah, there was an issue that
20 these workers or in general railway workers
21 can be exposed to asbestos, so that was my
22 involvement in discussing asbestos.
23     (Recess taken:  12:21-12:34 p.m.)
24 FURTHER EXAMINATION BY MR. FINCH:
25     (Exhibit 20, Marsh et al. article

34 (Pages 130 to 133)

Paolo Boffetta, M.D.

Page 134

1    in Occupational Environmental Medicine
2    marked for identification.)
3    Q.   This is Exhibit 20, it's the
4  Marsh paper.  This is one of the papers you
5  cite in your expert witness statement; is
6  that right Dr. Boffetta?
7    A.   Yes.
8    Q.   As you sit here today, do you
9  have any major criticisms of the Marsh
10  meta-analysis entitled "Non-occupational
11  exposure to asbestos and risk of pleural
12  mesothelioma?"
13    A.   Well, I better not have any major
14  criticism, because they consider this as an
15  update of a previous paper we wrote.  But
16  yes, I think it was a good review and
17  meta-analysis of the studies on
18  occupational exposure to asbestos.
19    Q.   And it attempts to quantify the
20  risk in various types of non-occupational
21  situations from neighborhood or household,
22  correct?
23    A.   Yes, correct.
24    Q.   And some of it they do by fiber
25  types and some they do by the source of

Page 135

1  exposure?
2    A.   That's correct.  They try to look
3  at both.
4    Q.   In this paper, did they do
5  anything to attempt to control for the
6  possibility that some of the neighborhood
7  cases or the domestic cases also had
8  exposure in the occupational setting?
9    A.   No, I don't think they did this.
10  But as I said, most of these results which
11  I know are based on people without
12  occupational risk exposure.  But they did
13  not do it, I think.
14    Q.   They didn't do anything to
15  control for the risk of occupational --
16  they didn't do anything to control for the
17  possibility of occupational exposure in any
18  of the subjects in any of the studies,
19  correct?
20    MR. McGUFFEY:   Object to form.
21    A.   As far as I remember this is
22  correct, yes.
23    Q.   And is it your testimony that
24  every epidemiological study that has
25  measured an elevated risk of mesothelioma

Page 136

1  from either neighborhood exposure or
2  household exposure, that all of the
3  subjects were also not exposed to asbestos
4  occupationally?
5    MR. McGUFFEY:   Object to the
6  form.
7    A.   No, this is not correct.  There
8  are people from the Casale group, I mean
9  from people who work with the Casale
10  population that look at environmental
11  exposure, non-occupational exposure in
12  people exposed occupationally and this is
13  the only result I found that looked at the
14  effect of non-occupational exposure in
15  people exposed occupationally.
16    Q.   And that paper found that there
17  was an increased risk?
18    A.   No.  Well, in fact they did not
19  really report the results.  When I
20  separated the case and controls I found no
21  increased risk.  I did the analysis myself
22  using the data they reported in the table.
23    Q.   Okay, and so the --
24    A.   But apart from the Casale papers,
25  I think all the other papers as far as I

Page 137

1  remember did not look at occupational
2  exposed people.  They were non-occupational
3  exposed as far as I remember.  I may be
4  wrong in a few, but I don't think so.
5    Q.   So it's your testimony that other
6  than the Italian paper, the Casale paper,
7  every other paper that demonstrated an
8  excess risk of mesothelioma from either
9  neighborhood exposure or non-occupational
10  domestic exposure, that the studies did
11  something to control for the possibility of
12  asbestos exposure in the workplace?
13    MR. McGUFFEY:   Object to form.
14    A.   As I said, I don't remember
15  whether all the studies did it, but all the
16  good studies did.  I mean, these studies,
17  they typically separate the exposures and
18  they look at environmental exposure only in
19  those without occupational exposure.
20    Q.   Okay, let's just -- since you've
21  been talking about the Casale paper, let's
22  make this 20A.  That's the Ferrante paper,
23  2015, that you were just talking about?
24    A.   I think so.  Yes, exactly, that's
25  the one.

35  (Pages 134 to 137)

Paolo Boffetta, M.D.

Page 138

1      (Exhibit 20A, Ferrante et al.
2   paper of 2015, marked for
3   identification.)
4      Q.   And in the abstract or in the box
5   beside the abstract, the authors, whoever
6   wrote in the box what this paper adds, is
7   it not correct that they state, "A
8   cumulative exposure trend in the risk of
9   pleural malignant mesothelioma was observed
10  with increasing non-occupational exposure
11  as well as occupational exposure?"
12     A.   Yes.
13     Q.   And isn't it true that the
14  analysis that you did for your report in
15  this case where you attempted to
16  disentangle the occupational risk from the
17  non-occupational risk, that's never been
18  published anywhere in the peer reviewed
19  literature, correct?
20     A.   Yes, correct.
21     Q.   Are you aware of any publication
22  in the peer reviewed literature that
23  attempted to disentangle the occupation
24  from the non-occupational risk?
25     A.   No.  And as I said, I think these

Page 139

1   studies, they look at both together in a
2   way.
3      Q.   Okay.  You agree with me that any
4   medical doctor of epidemiology analyzing
5   asbestos epidemiology studies and comparing
6   the different situations necessarily has to
7   apply his or her own expertise and
8   experience and judgment to that task,
9   correct?
10     MR. McGUFFEY:    Object to the
11  form, foundation.
12     A.   Well, yes, in general this is
13  correct.
14     Q.   I mean, it's not a discipline
15  like physics, where you know, for example,
16  that the speed of light in a vacuum is 186
17  thousand miles per second.  You can't go to
18  a cookbook somewhere and say this is
19  exactly the way you have to analyze
20  epidemiology studies, correct?
21     A.   Yes, I think there is more room
22  for -- because observation and discipline
23  is not experimental, so there is more room
24  for interpretation.
25     Q.   There's more room for judgment

Page 140

1   and scientific judgment to apply to
2   different studies to different situations
3   than it would be if you were examining a
4   paper dealing with the speed of particles
5   at the speed of light in physics, correct?
6      MR. McGUFFEY:    Object to form.
7      A.   I would agree with that.
8      Q.   Alright.  Have you ever heard of
9   the Helsinki criteria, what is commonly
10  called the Helsinki criteria, it was
11  published in the Scandinavian Journal of
12  Work Environment, "Asbestos, asbestosis and
13  cancer, the Helsinki criteria for diagnosis
14  and attribution," have you ever heard of
15  that?
16     A.   Yes, there are two versions of
17  that.
18     Q.   I'm talking about the 2014
19  version.
20     A.   Yes.  Well, I know both.
21     (Exhibit 21, Helsinki Criteria
22  paper, marked for identification.)
23     Q.   21 is the Helsinki criteria.
24  Were you involved in any way in drafting
25  the attribution criteria in either Helsinki

Page 141

1   documents?
2      A.   No, I was not.
3      Q.   Do you have any criticisms of the
4   attribution criteria in the Helsinki as it
5   relates to Mesothelioma?
6      A.   No, I think it was a relatively
7   good summary, I would say.
8      (Exhibit 22, La Vecchia and
9   Boffetta article, marked for
10  identification.)
11     Q.   Do you recognize Exhibit 22?
12     A.   Yes.
13     Q.   This is a paper that you and
14  Carlo La Vecchia published in 2012?
15     A.   That's correct.
16     Q.   And in that paper you stated that
17  the work was conducted with the
18  contribution of the Italian Association for
19  Cancer Research and that there were no
20  conflicts of interest?
21     A.   Yes, correct.
22     Q.   And am I correct that this paper
23  generated, for lack of a better word, a fair
24  amount of controversy in the medical and
25  epidemiological literature?

36 (Pages 138 to 141)

Paolo Boffetta, M.D.

Page 142

1      A.   Well, I don't know whether it's
2  in the literature.  There were several
3  people who were not happy with this paper,
4  let me put it this way.
5      Q.   Okay, there was a published
6  criticism of this paper that came out,
7  correct?
8      A.   There was a letter to the journal
9  and then there was a sort of paper
10  published by the Collegium Ramazzini at
11  some point.
12      Q.   And you responded to the
13  Collegium Ramazzini in the American Journal
14  of Industrial Medicine, you and Mr. La
15  Vecchia wrote a response?
16      A.   Yes.
17          (Exhibit 22A, Response published
18      in American Journal of Industrial
19      Medicine, marked for identification.)
20      Q.   That's the response that you
21  wrote to the Collegium Ramazzini?
22      A.   Okay, yeah, this is the Collegium
23  paper, yes.  It came four years later than
24  our paper.
25      Q.   Okay.  Now, and what is 22A, sir?

Page 143

1      A.   It is -- I think it's only our
2  response.
3      Q.   That's your response?
4      A.   Yes.
5      Q.   And going back to Exhibit 22, in
6  the acknowledgments and conflict of
7  interest, first of all, you would agree
8  with me that the acknowledgments statement
9  in Exhibit 22 was not correct, right?
10      A.   The acknowledgment to the Italian
11  Association For Cancer Research, well, it's
12  debatable.  First of all, the grant with
13  the Italian Association was with Dr. La
14  Vecchia, not with me, so I have nothing to
15  do with this.  Second, Dr. La Vecchia had a
16  sort of umbrella grant from the Italian
17  Association to study a number of cancers
18  and he sent this paper to the Italian
19  Association with the acknowledgment and
20  they were happy when they received it at
21  that time.  So whether he used some of the
22  money to do this work, I don't know,
23  because as I said, I was not the person in
24  charge of this grant.  I know that people
25  were criticizing La Vecchia and saying --

Page 144

1  but anyway --
2      Q.   Now, Exhibit 22, am I correct
3  that the central thrust of this paper is
4  that recent exposure to asbestos does not
5  increase the risk of mesothelioma?
6      A.   Well, I would not put it this
7  way.  What we say, that the contribution of
8  recent exposure is less important than the
9  contribution of exposure in the past, which
10  is consistent with this power to the third
11  or the fourth for latency that we discussed
12  before.
13      Q.   Is it your testimony that
14  asbestos exposures more than 10 years prior
15  to the diagnosis of mesothelioma but less
16  than 20 years prior to the diagnosis of
17  mesothelioma don't contribute in any way to
18  the risk of mesothelioma in an asbestos
19  exposed person?
20          MR. McGUFFEY:   Object to the
21      form.
22      A.   Sorry, say that -- more than
23  ten --
24      Q.   More than 10 and less than 20.
25      A.   Well, we have two ways to reply

Page 145

1  to this question.  The first is based on
2  the risk model that I discussed before, the
3  contribution would be very small compared
4  to other exposure, but there would be some
5  small contribution.  Based on the data
6  available from the cohort studies, there is
7  very little evidence that indeed there is a
8  risk.  But as we said before, it is very
9  difficult to distinguish between a small
10  risk and no risk.  So I think the two
11  are -- so if there is a risk, it is small I
12  would say.
13          (Exhibit 23, Erratum published in
14      European Journal of Cancer Prevention,
15      2015, 24:68, marked for
16      identification.)
17      Q.   Okay now this is Exhibit 23.  Can
18  you tell me what Exhibit 23 is, sir?
19      A.   It's the erratum that we
20  published in the journal where we published
21  this paper in 2015.
22      Q.   And in this erratum you state
23  that in the original paper where you stated
24  there are no conflicts of interest, in the
25  erratum you state, the authors would like

37 (Pages 142 to 145)

Paolo Boffetta, M.D.

Page 146

1  to bring to the reader's attention the
2  conflicts of interest for their review
3  paper, and it goes on to say that Boffetta
4  has acted as an expert witness for the
5  defendants in a criminal trial involving
6  exposure to asbestos in the manufacture of
7  synthetic polymers and risk of
8  mesothelioma, right?
9      A.  Yes.
10     Q.  So you were testifying as an
11  expert for executives of an Italian company
12  that was criminally charged with causing
13  mesothelioma to workers, correct?
14     A.  Yes.
15     Q.  And at the time you were
16  testifying -- and am I correct that a
17  defense in that case was that the executive
18  should not be responsible because the
19  exposures that happened under their watch
20  were later in time than the earlier
21  exposures that these workers had?
22     A.  Well, I think so, that was part
23  of it, yes.
24     Q.  Alright, and so at the same time
25  you were testifying for these Italian

Page 147

1  executives of an asbestos company that was
2  criminally charged, that they were
3  criminally charged with killing workers
4  with mesothelioma, you published this paper
5  that essentially says that recent asbestos
6  exposures don't increase the risk of
7  mesothelioma, correct?
8      MR. McGUFFEY:   Object to the
9  form.
10     A.  Well, I don't think it was at the
11  same time.  If I remember correctly, we
12  published the paper after that.  So in a
13  way we started to look at this data because
14  of the trial, and then we sort of put the
15  whole thing in a better shape and did a
16  more thorough analysis, et cetera, and we
17  published the paper.  That's why we felt
18  that there was no conflict of interest,
19  because it was not done for the paper.  But
20  anyway, we should have probably written
21  this testimony thing.
22     Q.  Don't you think it was important
23  for readers of this paper to know that the
24  work that goes into it arose out of your
25  role as a paid expert for executives in the

Page 148

1  Italian criminal case?
2      A.  As I said, we wrote the erratum
3  for this reason.
4      Q.  Other than your testimony for the
5  executives in the criminal trial in Italy
6  involving asbestos exposure in
7  mesothelioma, have you ever testified in
8  any case where the issue of asbestos
9  exposure causing mesothelioma was in
10  dispute?
11     A.  Well, there was a second trial
12  with the same company that I was involved
13  also, after.
14     Q.  So there were two cases in Italy?
15     A.  Two trials, yes.
16     Q.  Two trials in Italy.  And who
17  retained you in those cases, the executives
18  or the company?
19     A.  No, the company.  I mean, the
20  lawyers representing the company.
21     Q.  And what was the name of the
22  company?
23     A.  Edison.  It's written there.
24     Q.  Edison.  And approximately how
25  much were you compensated total for the two

Page 149

1  trials?
2      A.  The first time maybe 10 thousand
3  euros; and the second time I don't
4  remember, maybe 15 thousand euros.
5      Q.  Let's mark this as -- this was
6  Exhibit 23, right?
7      A.  Yes, 23.
8      Q.  Let's mark this next Exhibit 24.
9          (Exhibit 24, Curriculum Vitae,
10      marked for identification.)
11         Dr. Boffetta, you are at the
12  Icahn School of Medicine at Mount Sinai?
13     A.  Yes.
14     Q.  And how long have you had an
15  affiliation with Mount Sinai?
16     A.  Since 2010.
17     Q.  How much of your time do you
18  spend here as opposed to in Italy?
19     A.  Well, I am full-time here.  I go
20  to Italy for collaborations and other
21  things.
22     Q.  Now, in your biography, it says
23  that you work at the Tisch Cancer
24  Institute?
25     A.  That's correct.

38 (Pages 146 to 149)

Paolo Boffetta, M.D.

Page 150

1    Q.  Do you know who established the
2  Tisch Cancer Center?
3    A.  I'm not sure.  I think it was --
4  his family gave a grant to Mount Sinai.
5    Q.  Do you know who James Tisch is?
6    A.  Well, I met him once.  He is a
7  wealthy person who has been giving money to
8  different medical institutions.  I don't
9  know the details.
10    Q.  He was the CEO of the Loews
11  Corporation, do you know that?
12    A.  No, I don't think I know this.
13    Q.  Did you know that his company
14  owned Lorillard Tobacco Company before it
15  merged with R.J. Reynolds?
16    A.  No, I didn't know these details.
17  I remember somebody working at Memorial at
18  some point mentioned that Tisch was
19  involved in tobacco manufacturing in the
20  past, but I don't remember these names.
21    Q.  In your opinion does smoking
22  cigarettes cause lung cancer?
23    A.  I think I have more than a
24  hundred papers on this issue, so the answer
25  is yes.

Page 151

1    Q.  Okay, do you agree with me that
2  modern manufactured cigarettes, if you
3  smoke them enough, cause lung cancer,
4  correct?
5    A.  Yes.
6    Q.  Do you need to have a brand
7  specific epidemiology study of Camels or
8  Marlboros or Parliaments in order to draw
9  the conclusion that if somebody smokes two
10  packs a day of Camels for 20 years and
11  developed lung cancer, that it's a smoking
12  related lung cancer?
13    MR. McGUFFEY:  Object to form.
14    A.  No, I don't think so.  Well, in
15  fact I tried to look into this issue in the
16  past to look at the different potency of
17  different brands of stuff, you know, but
18  obviously they are all carcinogenics.
19  Whether they are exactly the same risk, I
20  don't know.  But yeah, sure.
21    Q.  So in your view, you don't need
22  to have a cigarette band specific study in
23  order to relate lung cancer to smoking that
24  brand of cigarettes, even though cigarette
25  brands have different types of tobacco and

Page 152

1  different types of additives in the
2  cigarettes?
3    A.  I think so.  I think I would
4  agree to that.
5    Q.  Okay, are you of the view -- you
6  understand when I say secondhand smoke or
7  sidestream smoke, you know what that is?
8    A.  Yes, I think I have about 50
9  papers on this topic, so I know this pretty
10  well.
11    Q.  What is your opinion today as to
12  whether second hand or sidestream smoke can
13  cause lung cancer in humans?
14    A.  Well, I think it has been shown
15  in many epidemiology studies that exposure
16  to secondhand smoke causes lung cancer.
17  The exact shape of the dose response, and a
18  few other aspects are still a bit unclear,
19  like you know the temperature aspects,
20  et cetera.  But clearly secondhand smoke
21  can cause lung cancer; may cause lung
22  cancer, I mean to say.
23    Q.  You believe that it is
24  epidemiologically established that
25  secondhand smoke can cause lung cancer in

Page 153

1  human beings?
2    A.  Yes.
3    Q.  And would you agree with me that
4  the study -- there have been multiple
5  studies that looked at that specific issue?
6    A.  About 60 of them.
7    Q.  Right.  And my understanding of
8  those studies is that the relative risk of
9  lung cancer from sidestream smoke basically
10  falls in a range of somewhere around 1.115
11  to 1.38.  I mean, is that consistent with
12  your --
13    MR. McGUFFEY:  Object to the
14  form, foundation.
15    A.  I think the best estimates are
16  around, let's say for people who had
17  continuous exposure for a long time,
18  et cetera, the best estimate is in the
19  order of 1.25, probably 1.25 to 1.3, so it
20  will be in this range.  Obviously if you
21  look at individual studies, the range is
22  much bigger obviously.
23    Q.  Okay.  Was there ever a time when
24  you did not believe that the evidence had
25  been established that sidestream or

39 (Pages 150 to 153)

Paolo Boffetta, M.D.

Page 154

1    secondhand smoke caused lung cancer?
2        A.  Well, certainly before I started
3    to do this work I didn't have an opinion,
4    and then I was responsible for one of the
5    largest studies ever done on this topic
6    which was published in 98, and this, when I
7    started it work on that study I started to
8    review the data and I started to dig into
9    this issue, and already at that time I
10   think the evidence was quite strong, and
11   then there has been obviously many more
12   results after our study, which sort of
13   makes the whole thing even stronger.
14       Q.  Just for the record, let's mark
15   this as 24A, what you and I were looking
16   at.  I don't think anybody's going to look
17   at that again, but let's just do it for the
18   record.
19           (Exhibit 24A, Lined sheet with
20       handwritten notations, marked for
21       identification.)
22           (Exhibit 25, Response to email
23       dated February 8, 2000, marked for
24       identification.)
25       Q.  Do you have Exhibit 25 in front

Page 155

1    of you?
2        A.  Yes.
3        Q.  This is a response to an email
4    that you received some time in 2000.  And
5    just so you know, I obtained this from the
6    tobacco legacy website, which collects
7    documents turned over in litigation.
8            First of all, at the time you
9    wrote this, were you the chief of the IARC
10   Unit of Environmental Cancer Epidemiology?
11       A.  Yes, this was the time I think
12   because I see the date.  There is no date
13   for my response, but I assume it was around
14   the same time.
15       Q.  At some point you stopped being
16   the Chief of the Environmental Cancer
17   Epidemiology for IARC, is that correct?
18       A.  Yes, thinks change, you know the
19   structure changed so there were different
20   names.
21       Q.  Do you still have an affiliation
22   with IARC?
23       A.  No, I don't.
24       Q.  When did you cease being
25   affiliated with IARC?

Page 156

1        A.  I think 2009.
2        Q.  And why did you cease being
3    affiliated with IARC?
4        A.  Well, because I had been there
5    for 20 years and I was looking for
6    different opportunities for me in my
7    career.  I've been offered jobs for many
8    years, and at that point I decided to
9    accept the job at Mount Sinai.
10       Q.  Looking at this exhibit, I think
11   it's Exhibit 25, it's a discussion about
12   contacts that the authors of an IARC paper
13   on sidestream smoke had had with the
14   tobacco industry, do you see that?
15       A.  Yes, I see.
16       Q.  What knowledge do you have of the
17   tobacco industry contacting the authors of
18   papers on sidestream smoke?
19       A.  At that time, well, obviously I
20   don't remember all the details now, but I
21   remember that there were several -- I think
22   there were several of them, people linked
23   to the tobacco industry, to -- not really
24   to influence the study, but at least to
25   know what was going on.  So we had at IARC

Page 157

1    visits for some people, some people who
2    eventually I discovered were connected
3    with the tobacco industry, I didn't know
4    when they came to talk to me about the
5    study.  And as I say here, at that time I
6    knew that some of the collaborators in this
7    study -- this was a multi-centered study
8    for European countries.  Some of these
9    people had also been approached by a
10   similar consultant.  That's all I know.
11   But as I wrote here, and this is still my
12   recollection now, I mean, I don't think
13   there was any real possibility to make any
14   influence on that.
15       Q.  Did any tobacco collaborators, as
16   you put it, approach you or talk to you?
17       A.  As I said, afterwards I
18   discovered that at least two people who
19   contacted me when we were doing the study
20   were sort of linked to the tobacco
21   industry.  Do you want the names of --
22       Q.  Yeah, sure, what were the names?
23       A.  One is a professor from Italy who
24   was called Giuseppe Dojacono, and he passed
25   away many years ago.  He is somebody I knew

40 (Pages 154 to 157)

Paolo Boffetta, M.D.

Page 158

1  from my time in Italy and he was Professor
2  of Health Economics I think or something in
3  Rome, and I sort of knew him so he came a
4  few times just saying that he was in
5  France, and then he was asking what the
6  study was about, when we were going to
7  publish.  And eventually I discovered that
8  he was reporting back to the tobacco
9  industry.  And the second one is Dr. Peter
10  Lee, who has been working with the tobacco
11  industry for many years, and in fact he
12  came much more openly.  I knew that he was
13  attending for some other issue and he asked
14  me to talk to me about the study.  But at
15  least for Peter Lee, I knew that he was
16  sort of connected with the tobacco industry
17  and I think this is what I say here.  You
18  see in parentheses, it says as we have been
19  at IARC, that's what I referred to I think
20  at that time.
21      Q.  Okay, could you go back to
22  Exhibit 23.
23      A.  Yes.
24      Q.  Under consulting, it's the
25  website from Mount Sinai.  24.  I got the

Page 159

1  exhibit numbers wrong.  What was 23, by the
2  way?
3      A.  It was the erratum.
4      Q.  Alright, got it.  24, back to the
5  website.
6      A.  Yes.
7      Q.  On the last page it says, below
8  are financial relationships with industry
9  reported by Dr. Boffetta during 2017 and/or
10  2018.  And then you have consulting in
11  Environ Global, Eni S.p.A. and Exponent.
12      A.  Yes.
13      Q.  those are financial -- you have
14  had financial relationships with each of
15  those entities in the past year or two?
16      A.  I think it was in 2016 because
17  this is what we had to put it in February
18  so I have to put it now for the new year.
19  So this is what I put last year for 2016.
20      Q.  Okay.  Environ is a consulting
21  company?
22      A.  Well yeah, they do studies and
23  consulting, yes.
24      Q.  And what type of work did you do
25  for them?

Page 160

1      A.  Well, I've been involved in
2  helping designing some studies for example.
3  We did a reanalysis of a study of
4  formaldehyde, for example.  They had the
5  data from an NCI study and I was sort of
6  involved in helping them design the
7  analysis and discussing the results, et
8  cetera, and similar work.
9      Q.  Did any of the work you did for
10  Environ relate to asbestos?
11      A.  No.
12      Q.  What is Eni S.p.A.?
13      A.  Eni is the largest Italian
14  private company.  They do oil, like Exxon.
15      Q.  They're like an oil and gas
16  company?
17      A.  Yes, oil and gas.
18      Q.  This company was responsible for
19  an oil spill affecting the Fylde Coast of
20  Blackpool in the United Kingdom last
21  summer?
22      A.  Possibly.  I have no idea.  They
23  are global, so I think they do all sorts of
24  things.
25      Q.  What work have you done with

Page 161

1  them?
2      A.  I'm involved in a litigation in
3  Italy on malformation in an area where they
4  had a big refinery plant and then at some
5  point a chemical plant.  But I had just to
6  prepare -- I was working with a group of
7  other experts to prepare some reports.
8      Q.  The litigation involving this
9  industrial facility in Italy?
10      A.  Yes, it's a civil litigation.  In
11  in fact it's not in litigation.  It's what
12  they call, there is a statement in the
13  Italian system, it's a preliminary
14  statement where people try to find an
15  agreement or whatever, so we were just, you
16  know, consulting for the company for that.
17      Q.  Did that involve asbestos in any
18  way?
19      A.  No, not that I know.
20      Q.  Exponent is a consulting firm in
21  the United States?
22      A.  Yes, absolutely.
23      Q.  You have published papers with
24  other Exponent consultants on various
25  chemicals?

41 (Pages 158 to 161)

Paolo Boffetta, M.D.

Page 162

1      A.  Yes.
2      Q.  One of the papers you published
3  for Exponent was on dioxin?
4      A.  Yes, that's correct.
5      Q.  You disagreed that dioxin should
6  be classified as a known human carcinogen
7  by IARC?
8      A.  Well, my disagreement was on the
9  strength of the human evidence really, to
10  say that the group 1 classification was
11  based on sufficient evidence in humans and
12  I don't think that's correct.  Whether
13  dioxin is carcinogenic in general, that's
14  not really what I was focusing on.
15      Q.  You were focused on the human
16  epidemiology?
17      A.  That's correct.
18      Q.  And your opinion is that the
19  human epidemiology does not support dioxin
20  as a known human carcinogen?
21      A.  Exactly, in this source.
22      Q.  And that paper was published
23  around 2011 or the beginning of 2012?
24      A.  Possibly, I don't remember.
25      Q.  Is dioxin still classified today

Page 163

1  an a known human carcinogen by IARC?
2      A.  Yes.  I don't think they
3  downgrade any agent ever.
4      Q.  So did you submit your paper to
5  IARC or at least bring it to their
6  attention?
7      A.  No.
8      Q.  You were paid about $20 thousand
9  for that paper?
10      A.  That's possible, yes.  I don't
11  remember.
12      Q.  Who funded that paper?  Did
13  Exponent pay you directly or did some
14  company that made dioxin?
15      A.  I suppose some of the companies,
16  but I was only involved with the people
17  from Exponent.
18      Q.  Another paper you published as an
19  Exponent consultant was on atrazine?
20      A.  Yes, that's correct.
21      Q.  Atrazine is a pesticide?
22      A.  Yes, a herbicide.
23      Q.  And that paper concluded that
24  exposure to atrazine doesn't cause
25  Parkinson's Disease?

Page 164

1      A.  No, it was only on cancer.
2      Q.  Only on cancer.
3      A.  It was not on Parkinson's.
4      Q.  I'm confusing it with a different
5  paper.  That paper concluded that atrazine
6  did not cause an increased risk of cancer?
7      A.  Correct.
8      Q.  And you were paid around $20
9  thousand for that work?
10      A.  That's possible.  Again, I don't
11  remember the figures.  I don't know where
12  you get them, but I don't remember.
13      Q.  If you testified to that in the
14  past, you wouldn't disavow that testimony
15  today, that you were paid $20 thousand for
16  your work on that paper?
17      A.  I think I should go back and
18  check my invoices.  I mean, I don't
19  remember the exact amount.
20      Q.  Well, okay, do you recall
21  being --
22      A.  Yeah, paid some money.
23      Q.  Alright.  Exponent consultants
24  were also involved in publishing a paper
25  rating to asbestos exposure and the risk of

Page 165

1  mesothelioma in automobile mechanics,
2  correct?
3      A.  No, I don't remember this, sorry.
4  Which paper do you refer to?
5      Q.  Weren't you a co-author with
6  David Garabrant and several others?
7      A.  Oh, sure, yes.  It was done with
8  David Garabrant and was -- yeah, was not
9  part of a consultancy with anybody.
10      Q.  You recognize that some of the
11  authors of that paper were Exponent
12  scientists, correct?
13      A.  Probably, yes.
14      Q.  Were you compensated in any way
15  for your work on the 2015 Goodman paper
16  with Garabrant?
17      A.  No.
18      Q.  How did you come to be involved
19  in that paper?
20      A.  I know David Garabrant for
21  20 years or more or whatever, so he asked
22  me whether I wanted to be involved in that
23  paper.
24      Q.  And is it your opinion that
25  asbestos exposure from brakes cannot cause

42 (Pages 162 to 165)

Paolo Boffetta, M.D.

Page 166

1 mesothelioma in humans?
2 A. Well, I think the bottom line of
3 our review was that there was no evidence
4 that it causes. Again, it's the difference
5 between hazard and risk. I mean, not all
6 possible situations of exposure to asbestos
7 would result in a minimum of risk. So
8 that's definitely the case for the studies
9 of auto mechanics or whatever.
10 Q. So let me just see if I
11 understand this correctly. It's not your
12 opinion that fibrous asbestos that comes
13 out of brakes is somehow magically
14 transformed so that it's no longer
15 carcinogenic, it is your opinion that the
16 epidemiological evidence as it relates to
17 automobile mechanics does not show an
18 increased risk of mesothelioma?
19 A. Yes, that's correct.
20 (Exhibit 26, Article from
21 RightOnCanada.ca, marked for
22 identification.)
23 (Exhibit 27, Email chain dated
24 November 11 and 12, 2015, and
25 attachments, marked for

Page 167

1 identification.)
2 Q. Alright, 26 is an
3 article published -- I'm not going to ask
4 you to read the article, but it just --
5 it's an article published in a journal
6 called RightOnCanada and it references
7 Dr. Paolo Boffetta withdraws his candidacy
8 as Director of France's leading
9 epidemiology center. My first question,
10 sir, is did you ever apply to be the
11 Director of France's leading epidemiology
12 center?
13 A. Well, whether it's a leading
14 center, I don't know. I applied to be
15 Director of this particular center called
16 the CESP.
17 Q. And did you later withdraw your
18 candidacy?
19 A. No, this is not correct. I was
20 offered the job, I accepted the job and
21 then I withdrew my acceptance, or I stepped
22 down or whatever, step out, before the term
23 started. So it's a big difference from
24 withdrawing.
25 Q. You didn't withdraw your

Page 168

1 candidacy, you got the job, and then you
2 decided not to take the job?
3 A. Before -- it was a job with a
4 starting date, and before the starting date
5 I decided I was no longer willing to take
6 the job.
7 Q. Okay, why did you decide that?
8 A. Well, because there were all
9 these attacks related to this paper that I
10 published with Carlo La Vecchia.
11 Q. Oh, the stopping exposure paper?
12 A. Yeah, there was another
13 candidate, internal candidate, they tried
14 to kill my candidacy from the very
15 beginning, and then they threw up all this,
16 you know, false, you know, things to try to
17 kill me. So at some point they found this
18 story of the asbestos paper, that they made
19 up all this big story, so I decided that I
20 didn't want to work in a place where there
21 were people doing this sort of thing, so I
22 withdrew. Better to withdraw before than,
23 you know, after you are on the job.
24 Q. And you stayed, you decided to
25 stay here in the United States working for

Page 169

1 the Tisch Cancer Center at Mount Sinai?
2 A. For Mount Sinai, yes.
3 Q. And you've been here for what,
4 eight years now?
5 A. Yes, I think so.
6 Q. Do you like living in New York
7 City?
8 A. Yes, I do.
9 Q. Do you make it home to Italy
10 frequently?
11 A. Yeah, I go to Italy every now and
12 then if I can.
13 Q. Exhibit 27 is -- do you recall
14 receiving this email from Christian Hartley
15 about the paper that you co-authored?
16 A. I vaguely remember, but I don't
17 think I replied or whatever. I mean, I
18 didn't consider this was very important, I
19 mean frankly.
20 Q. It wasn't important to you
21 that --
22 A. I think it was related to some
23 litigation or whatever. And as I said, I
24 participated in this review paper as a, you
25 know, just as a scientific piece of work.

43 (Pages 166 to 169)

Paolo Boffetta, M.D.

Page 170

1  I mean, I had nothing to do with any
2  litigation or any consultancy or anything,
3  so I didn't know why these people were
4  trying to bring me into this story.
5      Q.  So you weren't --
6      A.  And in fact I was a little bit
7  surprised, because after I replied to this
8  person, I got -- I was copied in a number
9  of replies of people who were not in the
10  list that I saw.  So he put a lot of people
11  in blind cc and these people were then
12  replying to each other.  So I was really
13  very, very annoyed of this email.  That's
14  why I decided not to reply and drop the
15  whole thing completely.
16      Q.  Okay, so it wasn't important to
17  you that prior to becoming a defendant, a
18  significant defendant in asbestos
19  litigation, that Ford and General Motors
20  and Chrysler had gone out and spent
21  $30 million to hire Dennis Paustenbach, an
22  Exponent chemist, to attempt to create a
23  defense in asbestos cases.  That was not
24  material to you in any way in deciding to
25  work with Exponent scientists on a paper

Page 171

1  relating to brakes in asbestos exposure?
2      MR. McGUFFEY:   Object to form.
3      A.  As I said, my contact for that
4  paper was David Garabrant, and I think he's
5  in that forum.  Second, I was not aware of
6  this story with Ford or whatever about
7  their asbestos litigations in the past.  I
8  understand there is litigation going on on
9  this asbestos brake and the car, automobile
10  thing.  As I said, I was never involved.  I
11  was not involved in this meta-analysis, so
12  I didn't think it was a fair thing to try
13  to bring me in this, especially with this
14  sort, you know, sneaky way, because he sent
15  me first a message very general, very
16  neutral, and then when I replied he send me
17  all this stuff putting all these people in
18  blind cc, blind cc, whatever it states, so
19  I think it was very inappropriate I would
20  say.
21      Q.  Okay, so you don't like the way
22  Mr. Hartley corresponded with you, and you
23  -- is it fair to say you did not consider
24  the materials he sent you as important in
25  analyzing the way in which Ford had

Page 172

1  enlisted scientists to help defend itself
2  in asbestos litigation?
3      A.  Yes.
4      Q.  Have you ever met with or spoken
5  on the telephone with a lawyer named Bruce
6  Bishop?
7      A.  Bruce Bishop, yes, in the far
8  past, many years ago.
9      Q.  How did you come to meet and talk
10  to Mr. Bishop?
11      A.  I think at some point he was
12  contacting me, whether I wanted to be
13  involved in some asbestos litigation or
14  whatever and I said basically that I was
15  not interested.  So I think I met him once
16  or whatever.
17      Q.  When was that?
18      A.  Oh, many years ago, maybe 2012,
19  2011, I don't remember.  And then I met him
20  again last, two years ago, last year, I
21  attended one of these mesothelioma
22  conferences and he was there I remember.
23  So I just said hello to him.
24      Q.  Has he asked you to testify or
25  consult on asbestos cases in the past two

Page 173

1  years?
2      A.  No.  As I said, I saw him only
3  once maybe in the last seven on eight
4  years.
5      Q.  Has Mr. Bishop ever asked you to
6  comment on any published literature or to
7  write any published literature relating to
8  asbestos in any way?
9      A.  No.  No, I didn't do any work
10  with him really.
11      Q.  Do you know the relationship that
12  David Garabrant has with Bruce Bishop?
13      A.  No, I don't.
14      Q.  Do you know that David Garabrant
15  has been paid millions of dollars by Bruce
16  Bishop's clients in asbestos litigation?
17      A.  I don't know this.
18      Q.  Would it surprise you to learn
19  that?
20      A.  Millions of dollars?
21      Q.  Yes.
22      A.  Sure, it would surprise me a
23  little bit.  Whether David did asbestos
24  work, I don't know, but as I understand, it
25  would be understandable.  Whether he was

44 (Pages 170 to 173)

Paolo Boffetta, M.D.

Page 174

1    paid millions of dollars, it would surprise
2    me a little bit, yes.
3        Q.  Okay, it would surprise you to
4    learn that David Garabrant has been paid
5    millions of dollars over the past 15 years
6    to testify for asbestos car companies and
7    brake companies in asbestos litigation,
8    that would surprise you?
9        A.  Yes, sure.
10       Q.  Would that cause you to question
11   his objectivity as it relates to those
12   types of issues?
13       A.  Well, maybe, I don't know.  I
14   have to think about this.  But I can tell
15   you that for the meta-analysis we
16   published, you know, when it was --
17       Q.  2015?
18       A.  Yeah, three years ago, I did not
19   receive any, how can I say, any type of --
20   I was totally free to, you know, add my
21   comments and do my piece of work, you know,
22   helping with the analysis.  I didn't have
23   any pressure or any -- I didn't feel any
24   sort of guidance to go one direction or the
25   other.  So that's what I can say.

Page 175

1        Q.  Alright, we're almost to 1:20
2    here.  Three more minutes of questions.
3            Did you ever have any
4    communications or contacts with the R.T.
5    Vanderbilt Company in upstate New York?
6    They run a talc mine there.
7        A.  No, I don't think so.
8        Q.  Have they ever asked you to do
9    any epidemiology related to exposure to
10   talc which is contaminated with tremolite?
11       A.  No.  I know the studies, but no,
12   I've never been involved in those in any
13   way.
14       Q.  Okay, what about the Val Chisone
15   mine in Italy?  Have you done work?
16       A.  Val Chisone?
17       Q.  Val Chisone.
18       A.  Oh, yes, I was one of the authors
19   of the update of the mortality study.
20       Q.  The update of the epidemiology
21   study, and that was a cohort of about a
22   thousand miners?
23       A.  Two thousand.  One thousand now
24   have died, and one thousand are still alive
25   if I remember, maybe a bit less.

Page 176

1        Q.  And there hasn't been any
2    mesotheliomas in that cohort so far?
3        A.  No, there's been no mesothelioma
4    there.
5        Q.  If a mesothelioma were to develop
6    out of that cohort, would you agree with me
7    that would be evidence of an increased risk
8    of mesothelioma from working in that mine?
9            MR. McGUFFEY:   Objection to
10   form, foundation.
11       A.  Probably, yes, I don't know.
12   Maybe -- well, one has to look whether this
13   person maybe worked in the mine for --
14       Q.  Six months and then went off and
15   worked --
16       A.  Yeah.
17       Q.  Okay, I understand that.  Leaving
18   that aside, but if a cohort study of, let's
19   say, less than a thousand miners at a talc
20   mine shows no mesotheliomas for a
21   significant period of time, but then a
22   mesothelioma for someone who was clearly in
23   that cohort arises, that would be evidence
24   of a --
25       A.  Well, it would be suggestive,

Page 177

1    yeah, but as I said, one should look at a
2    number of other factors, yes, for sure.
3            MR. FINCH:   That's all the
4    questions I have at this time, because
5    my four hours are up and your four
6    hours are up.  I believe counsel for
7    Weyerhaeuser has about four hours of
8    questions for you, so let's just see
9    if you can get them done in five
10   minutes.
11          (Recess taken:  1:22-1:26 p.m.)
12   EXAMINATION BY MR. McGUFFEY:
13       Q.  Dr. Boffetta, if we could, go
14   ahead and grab Exhibit 16, which is
15   Rodelsperger article.  I'd like to ask a
16   question that's not about that as soon as
17   you get it, and then I'll ask a question
18   about that.
19       A.  Okay.
20       Q.  Alright, so earlier today you
21   were asked about a different paper, it was
22   by Wagner in 1960 that looked at African
23   asbestos mines, or South African asbestos
24   mines, correct?
25       A.  Yes.

45 (Pages 174 to 177)

Paolo Boffetta, M.D.

Page 178

1    Q.  Do you recall what type of
2  asbestos was being mined there?
3    A.  Well, I think it was mainly
4  amphiboles, but there is also mining of
5  chrysotile, but I don't think the Wagner
6  report was on those.  There have been
7  studies on chrysotile workers, but these
8  were done later on.
9    Q.  The Wagner study is a case study
10  that observed a certain number of -- a
11  certain number of cases of mesothelioma,
12  but that study did not attempt to estimate
13  the risk of living near the mine, working
14  at the mine, or living with the person who
15  worked at the mine, correct?
16    A.  Yes, that's correct, it was a
17  supported case report, so it was a report
18  of a few cases, yes.
19    Q.  Do you recall the first study
20  that attempted to estimate risk of
21  mesothelioma from asbestos exposure?
22    A.  No, I don't remember the very
23  first time.  Obviously the studies in
24  England and the US were among the first
25  studies, and I don't remember which were

Page 179

1  the first studies now.
2    Q.  Alright.  Turning to the
3  Rodelsperger paper, if you could, look at
4  table 7 on 269.
5    A.  Yes.
6    Q.  And this is what we were looking
7  at earlier, correct?
8    A.  Yes.
9    Q.  And you were asked questions
10  about the odds ratios resulting from
11  asbestos exposures greater than zero but
12  less than .15 fibers per cc, correct?
13    A.  Yes, correct.
14    Q.  This actually goes up to
15  exposures starting at 15 fibers per cc or
16  greater, correct?  Fibers per cc years.
17    A.  The top category case.
18    Q.  Do you agree with me that this
19  does not show the additional risk from an
20  exposure greater than zero, but less than
21  .15 fibers per cc years when combined with
22  high exposures from a second source?
23    MR. FINCH:   Form.
24    A.  Well, my understanding is these are
25  all occupational exposures.  I don't think

Page 180

1  this study did anything to estimate
2  non-occupational exposure.
3    Q.  I agree with that.  My question
4  is simply even looking at this study, if a
5  person has a greater than 15 fibers per cc
6  years, do we know what the additional
7  contribution of another .15 fibers per cc
8  years would be to their risk profile?
9    A.  Well, obviously not from this
10  study, or in general I think not from any
11  other study.  As I said before, I don't
12  think community exposure is the right
13  way to calculate the risk for mesothelioma.
14  And also I think this study is flawed at
15  least in part.  But anyway, the answer is
16  yes.
17    Q.  Fair enough.  And hopefully I
18  will be able to ask these without us going
19  back and looking particularly, but earlier
20  today you were asked about measurements
21  taken by a Weyerhaeuser employee at various
22  cities throughout Wisconsin, correct?
23    A.  Yes, correct.
24    Q.  That's Exhibit 9 if you want to
25  see it, but I'll ask a general question.

Page 181

1  Do you know what the analytical method was
2  that was used for those samples?
3    A.  Well, if I remember, this was TM
4  I think, if that's correct.  Now I need to
5  go back and check this.  Yes, face contrast
6  microscopy, yes.
7    Q.  PCM, correct?
8    A.  PCM.
9    Q.  And then were you asked to look
10  at ATSDR's and the toxicological profile,
11  correct?
12    A.  Yes.
13    Q.  And if you could turn in actually
14  the other one, if you could turn to page
15  149 that we were looking at earlier,
16  towards the bottom, and you agree with me
17  that when it says, "Concentrations of
18  asbestos fibers in outdoor air are highly
19  variable, ranging from below .1" nanogram
20  per cubic meter, and then it provides an
21  equivalency for PCM, correct?
22    A.  Yes, that's correct.
23    Q.  Do you have any information on
24  how that conversion was calculated?
25    A.  Not for this particular study.  I

46 (Pages 178 to 181)

Paolo Boffetta, M.D.

Page 182

1  should go back and check this.  But I know
2  that this has always been a mess, I mean, a
3  complicated matter to transform gravimetric
4  measurements, you know, grams per cubic
5  meter, nanograms, into fiber counts.
6      Q.  Are you going to offer an opinion
7  on that conversion in this case?
8      A.  Not really.  But as I said, it's
9  hard to -- when measurements are on PCM,
10  are based on gravimetric data, one has
11  always to keep, you know, to use some
12  caution in interpreting the data.  That's
13  what I would say.
14      Q.  As a general medical or
15  scientific principle, it's better to
16  compare something measured by the same
17  analytical method one to the other,
18  correct?
19      A.  Obviously, and PCM has been
20  standard.
21      Q.  When you were asked earlier about
22  your work with David Garabrant, in
23  particular the 2015 study that you
24  published with him, and Goodman may be the
25  lead author, did you review the data, or

Page 183

1  what was your contribution to the paper?
2      A.  Well, I was one of the people
3  involved in the meta-analysis, so we
4  selected a study and reviewed the study and
5  then we abstracted the data.  This was done
6  by several people and then we confronted
7  our results, whatever we derived from the
8  study to make sure that, you know, we
9  included in the meta-analysis the best
10  possible data.
11      Q.  And you did that work yourself,
12  correct?
13      A.  Yes, and then we had a telephone
14  conference where, you know, we were
15  exchanging, you know, I was commenting
16  where, you know, I thought it was, you
17  know, it sounded right or some other data
18  to use or whatever.
19      Q.  Did you ever feel like you were
20  being ignored or marginalized during that
21  process?
22      A.  No.  As I said before, I didn't
23  feel any pressure when doing these studies.
24      Q.  If you could turn to Exhibit 3,
25  that's your report.  If you could turn to

Page 184

1  page 16 and 17, earlier there was marked a
2  study by Ferrante, but we actually didn't
3  mark this Maule study from 2007.  Am I
4  correct that this is the study that served
5  as the basis for -- or that provided the
6  data that allowed you to comment on
7  residential distance for occupationally
8  exposed workers?
9      A.  Yes, this is the study I used for
10  the residential exposure, that's correct.
11      Q.  Maule 2007?
12      A.  Maule 2007.
13      Q.  And the Ferrante study that was
14  marked earlier is the one that you used the
15  data to be able to comment on the impact of
16  household exposures for occupationally
17  exposed people, correct?
18      A.  Yes, exactly.
19      Q.  And just to be clear, on page 27
20  and 28, looking at Maule, your conclusion
21  was that residential exposure is relevant
22  to subjects without occupational exposure,
23  but add essentially no risk to occupational
24  exposed subjects, correct?
25      A.  Well, my re-analysis of the data

Page 185

1  from the Maule study which are in table 2
2  show that there is no association between
3  residential exposure and mesothelioma risk
4  in those with minimal occupational
5  exposure.
6      Q.  And similarly, looking at the data
7  from Ferrante, the conclusion was household
8  exposure is relevant for subjects without
9  occupational exposure, but add essentially
10  no risk to occupationally exposed subjects,
11  correct?
12      A.  Yes.  Again, my re-analysis of the
13  data from the Ferrante study show that there
14  is no association between household exposure
15  as it was defined in that study, and
16  mesothelioma risk in people with
17  occupational exposure.
18      Q.  So I just wanted to ask something
19  that was talked about earlier.  It had to
20  do with hazard, you mentioned hazard versus
21  risk.  So if you could just tell me the
22  difference.
23      A.  Yes, hazard in my understanding
24  is the inherent ability of an agent to
25  cause an effect on a biological system such

47 (Pages 182 to 185)

Paolo Boffetta, M.D.

Page 186

1   as causing cancer, for example.  Risk is the
2   probability that this effect occurs in a
3   given exposure situation, a given exposure
4   circumstance.  So those are two very
5   different concepts.
6       Q.  So in my own terminology, would
7   you agree with me that hazard essentially
8   represents what might be called a general
9   causation meaning that, for example, asbestos
10  from any particular source causes
11  mesothelioma?
12      A.  I'm not sure I would link hazard
13  and risk to this general causation story.
14  General causation to me comes from -- well,
15  in a way perhaps yes, it's a hazard
16  indication in the sense that an agent in
17  principle is able to cause an effect.  This
18  is what we call general causation, but
19  that's okay.  But it's not the way I think.
20      Q.  Just because you have a hazard,
21  something capable of causing a disease,
22  does not mean that it actually increases --
23  that all exposures to that hazard increase
24  risk, correct?
25      A.  Yeah, that's what I was trying to

Page 187

1   say.
2       Q.  And from your review of the
3   literature, the only studies that provide
4   the data actually show that for
5   occupationally exposed people there is no
6   increased risk for community or
7   environmental exposure, correct?
8       A.  These are the two studies from
9   Casale.  Well, based on the review I did,
10  yes.  Probably there are other studies that
11  would have this data available, but they
12  were not reported in a way that one can
13  disentangle the two.
14      Q.  From the information that we
15  have --
16      A.  From the published data, those
17  are the only two I was able to separate the
18  two.
19      Q.  And the same is true based on the
20  data that we have from the studies that we
21  have, for occupationally exposed people
22  there is no increased risk from household
23  exposures, correct?
24      A.  Yeah, based on the other study
25  from Casale, yes.

Page 188

1       MR. McGUFFEY:   That's all I've
2   got.
3   EXAMINATION BY MR. MR. FINCH:
4       Q.  Two follow-ups based on that.  In
5   doing that disentangling that you applied
6   your expert judgment to, how to analyze the
7   Casale paper, the Casale source of exposure
8   and the Maule paper, correct?
9       A.  Well, what I did, I derived the
10  numbers of cases and controls with a
11  different combination of occupational and
12  residential or household exposure from the
13  tables reported in these two papers, Maule
14  2007 for residential and Ferrante 2016 for
15  household.  And then I calculated both
16  ratios in the normal way epidemiologists do,
17  on the overall, which is what basically
18  they published, and then in those with
19  occupational exposure and those without
20  occupational exposure.
21      Q.  Okay, but the first step in that,
22  you applied your expert judgment to say
23  this is what I should do to analyze these
24  two papers, correct?
25      A.  Yes, I applied the standard

Page 189

1   method.  I mean, you can correct my expert
2   judgment in using the standard method for
3   epidemiologies.
4       Q.  And of all the studies that have
5   been published that show an increased risk
6   of mesothelioma from non-occupational
7   exposure, whether it's domestic or
8   neighborhood, there were only two that had
9   data that allowed you to do -- to attempt
10  to do this disentanglement, correct?
11      A.  Yes, this is what I was trying,
12  one for residential exposure and one for
13  household exposure.
14      MR. FINCH:   That's all I have.
15  Thank you, doctor.
16      (Time noted:  1:45 p.m.)
17
18
19
20
21
22
23
24
25

48 (Pages 186 to 189)

Paolo Boffetta, M.D.

Page 190

1     A C K N O W L E D G M E N T
2
3     STATE OF NEW YORK  )
4                     : ss
5     COUNTY OF          )
6
7         I, PAOLO BOFFETTA, M.D., hereby
8     certify that I have read the transcript of
9     my testimony taken under oath in my
10    deposition of February 6, 2018; that the
11    transcript is a true, complete and correct
12    record of my testimony, and that the
13    answers on the record as given by me are
14    true and correct.
15
16    _____
17         PAOLO BOFFETTA, M.D.
18
19    Signed and subscribed to before
20    me, this        day
21    of           , 2018.
22
23
24    _____
25    Notary Public, State of New York

Page 191

1     C E R T I F I C A T E
2
3     STATE OF NEW YORK    )
4                       ) ss.:
5     COUNTY OF NEW YORK   )
6
7         I, DAVID HENRY, a Notary Public within
8     and for the State of New York, do hereby
9     certify:
10        That PAOLO BOFFETTA, M.D., the witness
11    whose deposition is hereinbefore set forth,
12    was duly sworn by me and that such
13    deposition is a true record of the
14    testimony given by such witness.
15        I further certify that I am not
16    related to any of the parties to this
17    action by blood or marriage; and that I am
18    in no way interested in the outcome of this
19    matter.
20        IN WITNESS WHEREOF, I have hereunto
21    set my hand this 12th day of February,
22    2018.
23
24    ------------------------
25         DAVID HENRY

Page 192

1     E R R A T A
2     PAGE  LINE  EMENDATION
3     _____ _____ _____
4     _____ _____ _____
5     _____ _____ _____
6     _____ _____ _____
7     _____ _____ _____
8     _____ _____ _____
9     _____ _____ _____
10    _____ _____ _____
11    _____ _____ _____
12    _____ _____ _____
13    _____ _____ _____
14    _____ _____ _____
15    _____ _____ _____
16    _____ _____ _____
17
18    _____
19         Signature of Deponent
20    SUBSCRIBED AND SWORN BEFORE ME
21    THIS _____ DAY OF _____, 2018.
22
23    _____
24    (Notary Public)
25    MY COMMISSION EXPIRES: _____

Page 193

1     I N D E X
2
3     EXAMINATION:
4     BY MR. FINCH              4
5     BY MR. MR. FINCH            188
6
7
8     EXHIBITS
9     Exhibit 1, Notice of Deposition   6
10    Exhibit 2, Subpoena          6
11    Exhibit 3, Export Report of      10
12    Paolo Boffetta
13    Exhibit 4, Curriculum Vitae of   13
14    Paolo Boffetta
15    Exhibit 5, List of trial and     21
16    deposition testimony
17    Exhibit 6, Invoice dated January  21
18    8, 2018
19    Exhibit 7, Summary of Kilty case  44
20    Exhibit 8, Summary of Spatz case  44
21    Exhibit 9, Research Report dated  68
22    12/5/84
23    Exhibit 10, Research Report of    68
24    Joseph Wendlick dated August,
25    1985

49 (Pages 190 to 193)

Paolo Boffetta, M.D.

Page 194

1    Exhibit 11, Report entitled       69
2    Toxicological Profile for
3    Asbestos
4    Exhibit 12, ATSDR Report dated    69
5    September, 2001
6    Exhibit 13, Article by Paolo      82
7    Boffetta in Med Lav 1998; 89,
8    6:471-480
9    Exhibit 13A, Lined sheet with     90
10   handwriting
11   Exhibit 14, 2012 British Journal  99
12   of Cancer Article by McCormack,
13   Peto et al.,
14   Exhibit 15, 2013 British Journal  99
15   of Cancer Letter to the Editor
16   Exhibit 16, Rodelsperger, et al.  114
17   Article in American Journal of
18   Industrial Medicine
19   Exhibit 17, Lacourt, et al.       114
20   Article from Thorax Online
21   Exhibit 18, Jiang, et al.         114
22   Article from BD Biosciences.com
23   Exhibit 19, Rake, et al. Article  127
24   on the British Journal of Cancer
25

Page 195

1    Exhibit 20, Marsh et al. Article  133
2    in Occupational Environmental
3    Medicine
4    Exhibit 20A, Ferrante et al.      138
5    Paper of 2015
6    Exhibit 21, Helsinki Criteria     140
7    paper
8    Exhibit 22, La Vecchia and        141
9    Boffetta article
10   Exhibit 22A, Response published   142
11   in American Journal of
12   Industrial Medicine
13   Exhibit 23, Erratum published in  145
14   European Journal of Cancer
15   Prevention, 2015, 24:68
16   Exhibit 24, Curriculum Vitae      149
17   Exhibit 24A, Lined sheet with     154
18   handwritten notations
19   Exhibit 25, Response to email     154
20   dated February 8, 2000
21   Exhibit 26, Article from          166
22   RightOnCanada.ca
23   Exhibit 27, Email chain dated     166
24   November 11 and 12, 2015, and
25   attachments

Paolo Boffetta, M.D.

**A**

ability 185:24
able 48:19 77:4
  77:7 111:6
  180:18 184:15
  186:17 187:17
absence 16:4
  66:7
absolute 37:15
absolutely 10:17
  13:4 54:7
  66:18 85:21
  90:23 92:7
  100:8 108:17
  124:9,9,23
  161:22
abstract 138:4,5
abstracted
  183:5
academy 75:7
accept 156:9
acceptance
  167:21
accepted 85:14
  85:23 87:3
  97:4 167:20
account 12:21
  129:2
acknowledgm...
  143:10,19
acknowledgm...
  143:6,8
acronym 39:21
acrylamide
  42:10,11,15,18
  43:2,6
acted 146:4
acting 18:13
action 191:17
adams 25:8,12
adapting 26:25
add 174:20
  184:23 185:9
addition 87:12
additional
  100:12 130:4

130:25 179:19
  180:6
additives 152:1
adds 138:6
adequate 111:1
adjust 53:4
admit 82:10
affect 19:25
affiliated 155:25
  156:3
affiliation
  149:15 155:21
african 123:22
  124:4 177:22
  177:23
age 46:7 56:13
  127:22 128:3
  128:23 129:7
agency 70:15
agent 36:22 37:8
  39:19 163:3
  185:24 186:16
agents 37:1 39:5
  39:15 132:17
ago 9:2 14:1
  67:13 83:6
  84:23 120:13
  157:25 172:8
  172:18,20
  174:18
agree 12:23 13:8
  20:4,9 27:24
  28:12,17 49:3
  51:12 55:10
  59:22 60:2
  61:10 64:16
  65:1 67:4
  75:18 76:4
  77:9,20,24
  78:1,25 87:20
  87:24 88:6
  96:7 100:9
  101:18,22,23
  102:13 103:12
  106:14 108:16
  108:18 109:3

109:11 117:4
  119:5 120:19
  122:19 123:13
  124:16 125:3
  128:8,19,20
  129:8 131:24
  139:3 140:7
  143:7 151:1
  152:4 153:3
  176:6 179:18
  180:3 181:16
  186:7
agreed 20:21
agreeing 130:13
agreement
  161:15
ah 105:15
  111:17
ahead 177:14
air 27:14 29:4
  67:13 68:13,25
  69:10,12,16
  70:24 72:5
  73:14 74:1,8
  75:21 76:6,9
  77:10 120:12
  181:18
al 1:7,14 99:6
  114:6,10,13
  127:1 133:25
  138:1 194:13
  194:16,19,21
  194:23 195:1,4
alive 175:24
alleged 79:5
allow 38:11 48:7
  102:5
allowed 184:6
  189:9
alright 10:21
  14:13 41:14,22
  62:11 69:5
  77:6,9 83:15
  95:1,6 96:7
  97:17 100:4,9
  102:25 105:21

110:5 111:11
  115:9 119:5
  128:6 129:1
  140:8 146:24
  159:4 164:23
  167:2 175:1
  177:20 179:2
ambient 67:13
  67:21,22 69:10
  69:11,16 70:24
  74:8 75:21
  76:6 77:10
america 74:8,9
  75:22
american 7:18
  114:7,19 132:1
  132:23 142:13
  142:18 194:17
  195:11
americas 69:6
amosite 25:19
  26:2,9,16 27:7
  47:9 49:2
  103:17 106:18
  106:24
amount 43:15
  74:7 75:21
  76:5 124:17
  131:1 141:24
  164:19
amphibole 97:8
  111:8
amphiboles
  18:13 97:21,24
  98:1,9,14
  102:2 105:25
  106:9,19,23
  107:5 110:16
  110:23 111:15
  111:20 178:4
analyses 106:15
analysis 15:21
  19:11 62:4,8
  62:12 74:6
  129:9 136:21
  138:14 147:16

160:7 174:22
analytical 49:9
  51:13 78:4
  119:8 181:1
  182:17
analyze 139:19
  188:6,23
analyzed 105:23
  110:21 126:12
analyzing 139:4
  171:25
anderson 13:7
  81:17
andersons 13:3
  23:25 80:25
  81:1 113:25
animals 42:11
annoyed 170:13
answer 5:4,23
  14:21 18:18,18
  19:4 27:22
  36:13 50:23
  51:18,23 52:16
  60:13 104:21
  110:17 111:1
  132:7 150:24
  180:15
answers 4:21
  190:13
anybody 28:20
  29:9 65:14
  93:11 118:5
  165:9
anybodys
  154:16
anyway 40:19
  55:4 66:19
  70:6 85:6 88:5
  144:1 147:20
  180:15
apart 136:24
apologize
  111:12
appeared 82:9
appearing 7:4
applied 167:14

188:5,22,25
**apply** 113:2
  129:21 139:7
  140:1 167:10
**applying** 13:1
**approach**
  157:16
**approached**
  157:9
**approximately**
  29:20 148:24
**arbitration**
  33:12,20
**area** 76:3,3,14
  76:22 78:21
  97:14 161:3
**areas** 56:5 72:12
  72:13 73:14
  74:1,17,25
  75:23,24 78:18
**arises** 176:23
**arose** 147:24
**arrow** 63:22
**arsenic** 35:8,15
  35:21 36:9,15
  36:22 37:3
**article** 82:24
  99:5 100:6
  107:20 111:14
  114:7,11,14
  122:25 127:1
  133:25 141:9
  166:20 167:3,4
  167:5 177:15
  194:6,12,17,20
  194:22,23
  195:1,9,21
**articles** 10:6,7
  122:20
**articulate** 51:18
**asbestos** 9:19
  10:1,10,11
  11:2 15:12,15
  15:17,23,25
  16:5,7,11,13
  16:14,16,24,25

17:3,7,11 18:5
18:6,21 19:14
20:2,11,13,15
22:23 25:15
28:2,13 31:10
31:11 32:19
38:21 39:2,10
39:25 40:3
41:9 46:17,23
47:15,21 48:3
48:9,17 49:10
50:4 51:7 52:1
52:15,20 53:25
55:7,14,16,22
56:7,11,12
57:4,8,17,19
57:25 58:2,20
59:3,5,11,23
60:3,5,9,11,25
61:12,14 65:4
65:11,11 66:1
66:8,17,25
67:21,22 68:17
68:22,25 69:7
69:13,18 70:2
70:7,23,25
71:12,19 72:4
72:18 73:9
74:1,7,17,18
74:19 75:3,21
76:8 77:14,20
77:21 78:6,9
78:19 83:12,25
85:16,25 86:20
87:12,15 88:20
89:10,13,14,15
89:21 92:10
95:14 97:15
99:25 101:3,21
102:4,10,10
103:7 104:5,23
107:4 108:8,21
109:5,12,15,17
109:18,23,25
109:25 110:8
110:12,19,19

112:3,17,21,24
115:16 116:1
118:18 119:10
119:24 122:16
122:24 123:3,9
123:22 124:20
125:8,11 126:6
127:10 129:6
129:23 132:2,6
132:10,14,17
132:19 133:8
133:12,21,22
134:11,18
136:3 137:12
139:5 140:12
144:4,14,18
146:6 147:1,5
148:6,8 160:10
161:17 164:25
165:25 166:6
166:12 168:18
170:18,23
171:1,7,9
172:2,13,25
173:8,16,23
174:6,7 177:23
177:23 178:2
178:21 179:11
181:18 186:9
194:3
**asbestoscontai...**
  133:4
**asbestosis** 15:16
  15:25 39:24
  40:4,10,19
  41:2 140:12
**asbestosrelated**
  56:21
**ascribe** 37:14
**aside** 17:4 21:1
  50:24 55:5
  99:3 176:18
**asked** 12:19
  22:20 37:25
  60:14 65:22
  121:18 126:22

158:13 165:21
172:24 173:5
175:8 177:21
179:9 180:20
181:9 182:21
**asking** 5:15 7:4
  23:5 84:10
  111:12 158:5
**asks** 7:16
**aspect** 23:7
  46:25 52:3
  128:25
**aspects** 127:10
  152:18,19
**assess** 112:16
**assessment**
  80:10,12
**assignment**
  29:22
**assignments**
  79:4
**associated** 19:1
  55:7 83:12
  107:22
**association**
  127:20 141:18
  143:11,13,17
  143:19 185:2
  185:14
**assume** 5:5
  45:21 46:3
  47:11 48:5,15
  54:19 89:14
  111:18 128:24
  155:13
**assumes** 85:17
  86:21
**assuming** 17:6
  52:19
**assumption**
  89:11 123:11
  130:22
**astdr** 75:2
**atrazine** 163:19
  163:21,24
  164:5

**atsdr** 69:20 70:3
  70:7,14,20
  72:9 75:16,20
  76:10 77:18
  194:4
**atsdrs** 74:6
  181:10
**attachments**
  166:25 195:25
**attacks** 168:9
**attempt** 101:14
  113:25 135:5
  170:22 178:12
  189:9
**attempted**
  138:15,23
  178:20
**attempting**
  104:3
**attempts** 134:19
**attended** 172:21
**attending**
  158:13
**attention** 123:14
  126:24 146:1
  163:6
**attorneys** 3:4,11
  3:19 28:18
  29:13,21
**attributed** 20:20
**attribution**
  140:14,25
  141:4
**august** 68:4
  193:24
**author** 114:23
  182:25
**authors** 102:15
  138:5 145:25
  156:12,17
  165:11 175:18
**auto** 106:9
**automobile**
  165:1 166:17
  171:9
**available** 75:11

85:9,13 86:8
86:10,17 100:1
102:11 145:6
187:11
**avenue** 2:9 3:20
7:10,10
**average** 51:9
69:11 91:15
**avoid** 49:5
**aware** 138:21
171:5
**axis** 94:9,10

**B**

**b** 4:1 13:2 114:5
**back** 10:3 21:2
22:8 27:20
28:21 29:1,14
53:8 56:16,23
59:11,12 74:15
75:12 86:15
91:12 105:22
108:13 116:6
120:5 126:3
143:5 158:8,21
159:4 164:17
180:19 181:5
182:1
**background**
66:6,15,21
67:2,8 87:6
89:12
**bad** 122:8
**band** 151:22
**bap1** 15:20,21
16:3,6,11,11
16:21,21,22
17:9,10 18:2
18:17,20,25
19:20
**based** 12:22
15:16 18:24
28:16 36:14
43:4,15 51:8
55:22 75:3,5
82:11 84:22

85:20,25 89:23
90:1,9 96:4
103:7,11
111:16 113:9
123:20 135:11
145:1,5 162:11
182:10 187:9
187:19,24
188:4
**baseline** 117:14
**bases** 12:7
**basically** 20:17
23:16 35:21
39:16 43:6
45:25 84:25
89:16 92:18
153:9 172:14
188:17
**basis** 14:3 54:4
57:16 106:9,16
116:13 184:5
**bd** 114:14
194:22
**bears** 96:10
**becoming**
170:17
**beginning** 24:7
24:9 26:23
29:15 57:11
87:15 162:23
168:15
**beings** 153:1
**believe** 17:10
25:4 27:13
29:11 50:7
122:2,15
152:23 153:24
177:6
**best** 48:1,7
51:25 52:13
62:17 66:11
98:25 153:15
153:18 183:9
**better** 7:17 73:5
77:7 88:12
96:21 98:25

122:6 134:13
141:23 147:15
168:22 182:15
**beyond** 59:6
60:12
**bias** 119:18
122:9
**big** 73:6 93:6
161:4 167:23
168:19
**bigger** 71:8
76:24 153:22
**biography**
149:22
**biologic** 110:6
**biological** 112:1
185:25
**biomarkers**
42:18
**biopersistent**
110:15
**biosciences**
114:14 194:22
**birth** 42:9
**bisects** 94:13
96:3
**bishop** 172:6,7
172:10 173:5
173:12
**bishops** 173:16
**bit** 22:25 39:21
40:23 42:4
57:1 59:9
63:21 111:12
152:18 170:6
173:23 174:2
175:25
**blackpool**
160:20
**blahblahblah**
44:8
**blind** 170:11
171:18,18
**blood** 42:18
191:17
**body** 109:4

110:6,11 111:2
112:2,13
**boffetta** 1:19 2:7
4:6,8,9 10:19
13:13 44:16
68:7 82:25
90:17 99:13
114:17 134:6
141:9 146:3
149:11 159:9
167:7 177:13
190:7,17
191:10 193:12
193:14 194:7
195:9
**book** 8:14,16,20
8:23,24,25
71:9 73:6
**books** 8:13 9:6
10:16 71:12
**bottom** 72:3,9
105:22 166:2
181:16
**box** 138:4,6
**brake** 132:24
171:9 174:7
**brakes** 165:25
166:13 171:1
**brand** 151:6,24
**brands** 151:17
151:25
**break** 10:13
20:23,25 39:20
49:22,25
**breathe** 48:10
109:12,15
**breathed** 47:22
112:4
**breathing** 28:13
48:21 109:5
**bring** 60:11
146:1 163:5
170:4 171:13
**bringing** 55:14
**brings** 109:25
**british** 56:4 99:4

99:7 126:14
127:2 194:11
194:14,24
**broadly** 86:14
**brought** 55:8,23
57:18 59:11
60:3,9
**bruce** 172:5,7
173:12,15
**budner** 3:22
49:6 61:18
**bullet** 61:17
**bunch** 107:11
**business** 23:2
26:1
**buying** 26:23
27:8

**C**

**c** 3:1,14 190:1
191:1,1
**ca** 166:21
195:22
**calculate** 51:8
180:13
**calculated**
105:17 117:25
131:13 181:24
188:15
**california** 33:10
41:23 42:8
43:9
**call** 33:12 62:11
62:12 161:12
186:18
**called** 4:2 7:18
8:25 25:25
41:11 42:6
66:6 67:22
70:4 97:13
140:10 157:24
167:6,15 186:8
**calls** 24:8 29:20
**camels** 151:7,10
**canadian** 100:6
**cancer** 8:18 9:1

Paolo Boffetta, M.D.

9:4 14:17
30:22 34:7
35:9,13,24
36:11,17,24
42:3,9,11,15
42:20,21 43:3
43:4,6,7,19
62:10 79:6,7
79:22,24 80:8
83:24 84:14,14
84:20,21 85:2
85:17,25 86:25
89:11,13,23
92:15 99:5,8
101:10,16
102:23 103:1,2
104:18,19
107:22 113:5
114:25 127:2
140:13 141:19
143:11 145:14
149:23 150:2
150:22 151:3
151:11,12,23
152:13,16,21
152:22,25
153:9 154:1
155:10,16
164:1,2,6
169:1 186:1
194:12,15,24
195:14
**cancers** 42:23
43:24 143:17
**candidacy** 167:7
167:18 168:1
168:14
**candidate**
168:13,13
**cant** 5:23 139:17
**capable** 186:21
**capitol** 3:12
**car** 59:19 60:4,6
132:24 171:9
174:6
**carcinogen**

42:13 43:11
108:5 124:10
162:6,20 163:1
**carcinogenic**
108:10 111:9
162:13 166:15
**carcinogenicity**
10:10 16:24
107:20
**carcinogenics**
151:18
**career** 156:7
**carlo** 141:14
168:10
**casale** 136:8,9
136:24 137:6
137:21 187:9
187:25 188:7,7
**case** 1:9,16 8:7,7
9:24 10:5 11:3
11:9,14,25
12:9 15:22
21:23 22:11
23:14 24:4
34:3,5,22,24
35:5,9 36:4,15
37:24 38:15,15
40:8 41:5,12
41:24 42:5
44:3,3,13,15
44:20,22 51:22
61:20 67:24
75:4,9 80:22
82:20 86:11
89:19 92:19,20
94:2 96:9
115:3,14
119:19,20,21
120:20 121:6
122:21,23
123:4,4,5,10
124:7,8 126:5
126:5 128:7
132:10 136:20
138:15 146:17
148:1,8 166:8

178:9,17
179:17 182:7
193:19,20
**cases** 16:12 18:4
18:8,16,19
19:14 20:17,18
22:4 23:5
41:15 43:4
64:2 65:7,19
66:3,9 84:19
87:5 110:22
117:17,19,20
121:1,10,15
122:12,12
123:8,12
127:15 132:2
133:8 135:7,7
148:14,17
170:23 172:25
178:11,18
188:10
**categories** 63:5
**category** 64:10
64:12,22 107:9
117:24 118:2,3
118:5 179:17
**causation** 22:19
37:14,23 38:8
38:12 186:9,13
186:14,18
**cause** 16:4 17:12
17:25 20:10
37:11 39:2,10
39:19 41:10
42:8,11 49:12
79:6 92:11
125:25 150:22
151:3 152:13
152:21,21,25
163:24 164:6
165:25 174:10
185:25 186:17
**caused** 39:5,25
123:22 125:11
154:1
**causes** 16:7

17:23 18:15
39:12 40:4
152:16 166:4
186:10
**causing** 17:15
18:1 22:24
146:12 148:9
186:1,21
**caution** 182:12
**cc** 28:13 48:22
48:23 49:2,11
49:19 51:2,5,6
51:16 54:1
61:1,7,8,16
62:2 96:11
116:12,22
118:6,19 119:3
119:12 170:11
171:18,18
179:12,15,16
179:21 180:5,7
**ce** 84:17
**cease** 155:24
156:2
**ceased** 68:22
**cellular** 109:6
110:6
**cement** 125:8
**center** 150:2
167:9,12,14,15
169:1
**centimeter** 28:4
47:4,6 50:2
51:1,21 69:2,3
72:21,23 73:2
75:23
**centimeters**
73:23
**central** 144:3
**ceo** 150:10
**certain** 7:16
42:3,23 45:10
75:1 81:1
127:10 178:10
178:11
**certainly** 49:7

50:6 62:1 65:6
68:11 82:7
154:2
**certified** 2:11
30:18
**certify** 190:8
191:9,15
**cesp** 167:16
**cetera** 9:20
18:23 23:3
38:11 74:21
105:8 130:20
147:16 152:20
153:18 160:8
**chain** 166:23
195:23
**chair** 121:11
**change** 19:13
155:18
**changed** 155:19
**chapter** 8:20,22
**charge** 6:5,8,10
143:24
**charged** 146:12
147:2,3
**chart** 62:13 71:6
**check** 15:13
22:8 24:25
25:1 164:18
181:5 182:1
**checked** 45:23
**chemical** 37:10
161:5
**chemicals**
161:25
**chemist** 170:22
**chief** 155:9,16
**children** 54:9
**childrens** 54:16
**china** 100:23
**chinese** 115:8
**chisone** 175:14
175:16,17
**christian** 169:14
**chrysidolite**
103:14 106:18

106:24 107:10
**chrysler** 170:20
**chrysotile** 25:19
  26:2,9,15 27:7
  47:9 49:1 97:5
  97:22 98:3,15
  98:16,17 102:2
  103:15 106:1
  106:10,20,23
  107:5,9,20,23
  108:4,7,19,20
  110:15,24
  111:7,14,20
  178:5,7
**cigar** 14:16
**cigarette** 151:22
  151:24
**cigarettes**
  150:22 151:2
  151:24 152:2
**circumstance**
  186:4
**cite** 134:5
**cited** 56:1
**cities** 74:2,8
  77:21 180:22
**city** 169:7
**civil** 161:10
**claim** 38:19 42:9
**claiming** 22:17
  35:13
**classification**
  87:13 103:10
  103:24 108:4
  162:10
**classified** 162:6
  162:25
**classify** 102:9
**clear** 90:12
  126:15 184:19
**clearcut** 80:5
**clearly** 37:20
  43:1 107:21
  111:5 152:20
  176:22
**clients** 173:16

**clinical** 79:10,20
  79:25 80:12
**clinician** 32:3
**close** 34:12
  46:13,14 58:24
  67:15 78:14
  109:16
**clothes** 54:16,21
  55:9 57:19
  58:20 59:4,12
  60:4 110:1
**coast** 160:19
**coauthor** 165:5
**coauthored**
  169:15
**coauthors** 99:16
  99:21 107:18
**code** 89:18
**coded** 63:4
**coffee** 41:17,23
  42:2,10,12,19
  42:20,24 43:7
  43:10,17,18,22
  43:25
**cognitive** 92:8
**cohort** 15:16
  16:16 78:7
  86:12 88:8
  96:8,8 99:23
  101:2,15,19
  105:14 119:25
  120:1,11,16
  124:7,11,11
  145:6 175:21
  176:2,6,18,23
**cohorts** 87:24
  95:13 96:24
  99:24 100:13
  100:14,15,18
  100:20,22
  101:9,11 102:7
  102:9,16,20
  103:8 104:11
  104:13,25
  105:2 106:25
  107:5 108:8,20

**collaborations**
  149:20
**collaborators**
  157:6,15
**colleague** 24:12
**colleagues** 8:25
**collect** 101:15
**collected** 69:10
  70:24 99:22
  126:11
**collection** 101:5
**collects** 155:6
**collegium**
  142:10,13,21
  142:22
**color** 62:17,18
  63:4 64:23,24
**column** 103:3
  107:19
**com** 114:14
  194:22
**combination**
  26:9 132:3
  188:11
**combined**
  179:21
**come** 15:14
  25:14 98:7
  102:17 106:7
  165:18 172:9
**comes** 12:2,18
  89:15 125:20
  130:23 166:12
  186:14
**coming** 21:2
  50:19 58:4
**comment** 19:11
  99:18 107:14
  173:6 184:6,15
**commenting**
  183:15
**comments**
  174:21
**commission**
  192:25
**committee** 31:24

**commonly** 140:9
**communicatio...**
  175:4
**community**
  180:12 187:6
**companies**
  132:24 133:3,9
  163:15 174:6,7
**company** 1:7,14
  3:19 4:16
  11:11 22:15
  23:1,3 25:24
  27:9 32:19
  34:15,16
  132:17 146:11
  147:1 148:12
  148:18,19,20
  148:22 150:13
  150:14 159:21
  160:14,16,18
  161:16 163:14
  175:5
**comparable**
  129:11
**compare** 102:19
  122:11 182:16
**compared** 23:9
  53:12 62:15
  63:16 76:13,21
  79:16 86:9
  87:22 95:3,8
  97:21 104:5
  106:18 111:8
  112:23 116:14
  130:5 131:2,5
  131:10 145:3
**comparing**
  104:13 139:5
**comparison**
  78:7 79:14
**comparisons**
  78:13
**compatible**
  40:18
**compensate**
  6:19

**compensated**
  148:25 165:14
**compensation**
  35:10,11,12
**compiled** 75:6
**complete** 13:10
  190:11
**completed** 80:1
**completely**
  170:15
**complicated**
  42:5 79:20
  101:24 182:3
**complicates**
  87:10
**component**
  22:19
**components**
  131:8
**compounds**
  133:5
**comprehensive**
  13:9
**comprises** 101:9
**concentration**
  28:3,14 72:4
  72:18 74:23
**concentrations**
  72:10 181:17
**concept** 115:15
**concepts** 186:5
**conclude** 38:8
  73:22 108:6
**concluded** 19:8
  36:15 39:9,17
  123:20,25
  163:23 164:5
**concludes** 44:1
**concluding**
  38:11 123:2
**conclusion** 6:15
  20:14 97:18
  123:7 151:9
  184:20 185:7
**conclusions**
  82:14

condition 32:10
  41:11
conditions 42:12
conducted 42:21
  141:17
conference
  183:14
conferences
  172:22
confidence
  118:13 127:23
conflict 143:6
  147:18
conflicts 141:20
  145:24 146:2
confront 78:3
confronted
  183:6
confused 93:9
confusing 164:4
congress 9:11
connected 157:2
  158:16
consider 10:4
  30:20 31:14
  133:12 134:14
  169:18 171:23
considered 8:6
  92:11 108:9
  133:12
consistent 12:1
  12:9 38:6
  85:13 86:18
  108:3 144:10
  153:11
constant 84:17
  89:8 95:13,22
  96:22
consult 9:23
  172:25
consultancy
  165:9 170:2
consultant
  157:10 163:19
consultants
  161:24 164:23

consulting 21:18
  158:24 159:10
  159:20,23
  161:16,20
consumer 42:7
  74:20
contact 171:3
contacted 22:1
  157:19
contacting
  156:17 172:12
contacts 156:12
  175:4
containing
  109:18 124:20
contains 42:10
  125:6
contaminated
  175:10
contaminates
  110:2
contamination
  80:2
contemporane...
  101:20 102:4
  104:10 120:12
contemporane...
  29:1
context 131:23
continuous
  153:17
contrast 181:5
contribute
  144:17
contributed
  32:9
contributing
  131:18,25
contribution
  108:12,22
  112:16 113:12
  114:4 130:5
  131:21 141:18
  144:7,9 145:3
  145:5 180:7
  183:1

contributions
  112:21
control 86:12
  94:1 96:9
  115:4,14
  119:19,20,22
  120:20 121:2,7
  122:13 123:4
  124:7 135:5,15
  135:16 137:11
controlled 79:9
  79:10
controlling
  94:10
controls 119:18
  121:13,15,17
  122:11 136:20
  188:10
controversy
  141:24
conversation
  22:13
conversely 38:8
conversion
  73:17 181:24
  182:7
convert 73:18
convey 5:19
cookbook
  139:18
copied 170:8
coplin 34:24
  44:3,7
copy 7:2 9:8
  13:15,17,19
  14:25 62:16,18
core 46:17,23
  60:18
cores 26:10
corning 26:1
corollary 20:17
corporation
  11:10 41:16
  150:11
correct 11:12
  20:3 21:17,23

21:24 24:6
  25:12 28:11,16
  30:8,9,17 31:5
  31:6 33:3,4
  36:11,20 39:22
  40:1,7 44:2
  46:7,12,18
  47:11 48:13
  49:5,13 50:5
  51:3,10 53:8
  54:4 56:8,9
  58:13,21 60:7
  61:17,19 62:7
  62:15 63:23
  64:2,5,6,8,14
  65:5 66:10,17
  66:25 67:1,16
  67:17 68:14,22
  69:3,4 70:19
  71:10,15,20,21
  72:17,24 73:3
  73:19 75:25
  78:10 79:6,17
  79:18 80:22
  81:2,19 82:11
  82:21 83:14,18
  84:1 85:11,19
  85:22 87:7
  89:25 90:5
  92:6,12 94:11
  95:12,25 96:3
  97:8,12 98:20
  99:16,18,19,20
  100:6,13 101:6
  101:16,17
  102:14 103:3,8
  105:4 106:2,10
  108:24 110:2
  113:25 115:13
  115:21,24
  116:16 117:18
  118:7,11,14,15
  119:3,4 121:23
  121:24 127:8
  127:12 128:4
  128:11 132:11

132:12 134:22
  134:23 135:2
  135:19,22
  136:7 138:7,19
  138:20 139:9
  139:13,20
  140:5 141:15
  141:21,22
  142:7 143:9
  144:2 146:13
  146:16 147:7
  149:25 151:4
  155:17 162:4
  162:12,17
  163:20 164:7
  165:2,12
  166:19 167:19
  177:24 178:15
  178:16 179:7
  179:12,13,16
  180:22,23
  181:4,7,11,21
  181:22 182:18
  183:12 184:4
  184:10,17,24
  185:11 186:24
  187:7,23 188:8
  188:24 189:1
  189:10 190:11
  190:14
correctly 8:19
  22:5 56:18
  147:11 166:11
correlated 53:6
corresponded
  171:22
couldnt 9:5
  116:19
counsel 6:14
  7:23,23,25 8:8
  14:4 15:7
  20:22 45:1,8
  177:6
counties 62:14
countries 78:11
  87:4 157:8

country 69:11
counts 182:5
county 62:5,6,10
  63:3,7,14,17
  63:21 64:1,7,9
  64:10,13 66:14
  67:6,14 190:5
  191:5
couple 13:25
  67:18 76:7
course 9:22 14:6
court 1:1 2:11
  4:22 11:15
  12:2
courtrooms
  33:18
covered 59:5
create 56:14
  129:24 170:22
created 130:3
creates 42:2
criminal 146:5
  148:1,5
criminally
  146:12 147:2,3
criteria 140:9,10
  140:13,21,23
  140:25 141:4
  195:6
criticism 81:13
  81:15 134:14
  142:6
criticisms 74:6
  81:1,6 82:19
  121:19 122:1
  134:9 141:3
criticized 113:24
criticizing
  143:25
crossed 93:22
ct 40:12
cubic 28:4 47:4
  47:5 50:1 51:1
  51:21 53:11,15
  69:2,3 72:21
  72:22 73:1,13

73:18,23,24
75:23 91:8
181:20 182:4
cumulative
  49:19 51:5,7
  51:24 52:8
  83:25 84:16
  85:3,16,24
  86:20 91:3,4
  95:8 113:4
  115:20 116:12
  117:8,12
  118:18 125:5
  138:8
cups 43:22
curious 30:2
current 6:3
  13:22 14:8
  15:2,8 20:22
curriculum
  13:12 149:9
  193:13 195:16
curve 89:22 90:6
  90:20 91:10
  93:20,21 94:8
  94:12 96:2
curves 92:3
cutoff 117:9
cutpoints 63:9
  63:12
cutting 26:25
  58:3,17
cv 13:16,17,19
  13:24 14:8,14
  15:9 20:23

————————
        D
d 1:19 2:7 3:7
  4:1 190:1,7,17
  191:10 193:1
dangerous 54:2
  61:23
data 10:15 50:13
  50:21 58:9
  59:10 60:22
  62:9 70:24

74:13 75:1,15
75:19 85:9,9
85:11,13,20
86:7,9,18
87:22 88:9,15
92:15 98:4,6
98:19,24 99:1
101:10,12,15
102:4 103:11
103:22 104:10
104:24 105:23
106:17 120:2
121:16 130:8
130:14 136:22
145:5 147:13
154:8 160:5
182:10,12,25
183:5,10,17
184:6,15,25
185:6,13 187:4
187:11,16,20
189:9
date 12:19 13:21
  22:7 155:12,12
  168:4,4
dated 21:8,15
  23:16 68:1,4
  69:20 70:7
  154:23 166:23
  193:17,21,24
  194:4 195:20
  195:23
david 1:24 2:11
  165:6,8,20
  171:4 173:12
  173:14,23
  174:4 182:22
  191:7,25
day 6:7,7 30:4,4
  50:9,11,13,16
  50:23,25 52:2
  124:21 125:7
  125:14 126:9
  126:10 151:10
  190:20 191:21
  192:21

days 23:18
  124:21 126:10
  126:10
dc 3:6
deal 5:25
dealing 116:21
  140:4
deaths 102:17
  102:18,22,24
  103:1,3 104:15
  104:16 105:6,8
  105:11,19
debatable
  143:12
december 21:19
decide 168:7
decided 156:8
  168:2,5,19,24
  170:14
deciding 170:24
decontaminate
  60:7
defects 42:9
defend 172:1
defendant 1:8
  1:15 3:11,19
  170:17,18
defendants
  132:14 146:5
defense 25:12
  34:19 38:24
  146:17 170:23
defined 55:20
  185:15
definitely 166:8
definition 39:11
  39:24 66:23
  78:18
definitions
  72:17 128:9
demonstrated
  39:18 129:24
  137:7
demonstrates
  124:18
dennis 170:21

department
  60:18 63:1
depends 77:17
  85:1 86:5
  91:13
depicted 62:13
deponent 192:19
deposition 1:19
  2:7 4:16 6:16
  6:22 7:2,6 21:6
  23:22 33:2
  35:1 36:1,2
  37:3 44:6
  116:24 190:10
  191:11,13
  193:9,16
depositions 25:5
derived 63:1
  84:21 183:7
  188:9
describe 84:5
  90:2
described
  100:18
description 47:1
design 32:20
  160:6
designed 25:24
designing 160:2
detail 86:15
details 56:17
  150:9,16
  156:20
detect 130:25
determinant
  52:4,6
determination
  105:24
determine 30:21
  31:10 37:9
determining
  38:3
develop 176:5
developed 20:5
  22:16 35:8
  38:17 124:19

125:10 128:22
151:11
**developing**
17:23 35:24
36:17
**development**
87:16
**dhhs** 70:3
**diabetes** 34:6
79:5
**diagnosing**
32:16
**diagnosis** 40:13
87:13 140:13
144:15,16
**didnt** 8:8,12
9:15,16,22,23
10:4 28:23
35:1,2,2 37:3
45:17 46:2
64:11 67:13
81:4,11 82:3,7
82:10,13 89:18
113:20 120:14
128:24 129:14
135:14,16
150:16 154:3
157:3 167:25
168:20 169:18
170:3 171:12
173:9 174:22
174:23 183:22
184:2
**died** 46:6 175:24
**diesel** 38:20 39:2
39:10,16 41:10
**difference** 16:20
84:13,15 85:1
104:22 110:8
111:5 166:4
167:23 185:22
**differences**
102:1 104:4
111:16 124:13
**different** 15:14
25:6 30:5 38:7

39:14 48:4
63:9,12 68:19
71:17 79:24
83:12 86:24
89:10 92:2
97:1 98:19
102:20 103:6
104:23,25
105:2 106:5,5
106:8,8 107:11
110:12,12,20
111:9,21
112:11,22,22
113:3,12 115:1
116:15 121:1
131:21 139:6
140:2,2 150:8
151:16,17,25
152:1 155:19
156:6 164:4
177:21 186:5
188:11
**differential**
40:13
**differently**
112:3
**difficult** 59:24
78:6 107:7
108:12,23
112:20 145:9
**difficulty** 106:22
**dig** 154:8
**dioxin** 162:3,5
162:13,19,25
163:14
**direct** 57:23
**direction** 174:24
**directly** 163:13
**director** 167:8
167:11,15
**disagree** 113:14
**disagreed** 162:5
**disagreement**
162:8
**disavow** 164:14
**discipline**

139:14,22
**discovered**
157:2,18 158:7
**discuss** 82:13
108:10
**discussed** 39:8
78:16 86:23
87:9 132:18
144:11 145:2
**discussing**
133:22 160:7
**discussion** 12:25
83:11 87:1
116:24 122:22
122:22 156:11
**disease** 22:20
30:23 31:21
32:10 37:11,13
37:17 41:7
70:15 80:16
103:13 112:17
116:15 163:25
186:21
**diseases** 83:12
**disentangle**
108:13,23
112:20 138:16
138:23 187:13
**disentangleme...**
189:10
**disentangling**
188:5
**dispute** 40:9,24
148:10
**dissolve** 111:7
**distance** 184:7
**distinction**
106:17
**distinguish**
145:9
**district** 1:1,2
**divided** 103:5
**division** 77:1
**doctor** 7:4 21:12
28:9 31:15
32:3,6 40:25

50:3 53:24
54:6,7 69:23
104:7 122:25
139:4 189:15
**doctors** 106:6
**document** 10:22
69:15 70:6,13
73:4
**documented**
122:23
**documents** 7:16
7:22 8:11 9:13
15:4 19:10
24:18,21 27:12
27:17,21 45:3
45:10 68:9
70:10,11,12
141:1 155:7
**doe** 34:24 35:5
44:8
**doesnt** 16:23
43:18 109:4
129:20 163:24
**doing** 32:14 78:3
157:19 168:21
183:23 188:5
**dojacono** 157:24
**dollars** 173:15
173:20 174:1,5
**domestic** 17:8
55:15 129:18
130:10 135:7
137:10 189:7
**dominant** 52:18
**dominates** 95:8
**donald** 100:7
**dont** 4:24 8:13
8:21 9:7 14:1
15:13 18:1,14
19:3,4 22:7,12
25:4,22 26:4
29:25 32:6,13
33:25,25 45:16
46:24 47:17,23
50:11,12,14,21
51:19 52:9,12

54:13,25 56:17
57:22 58:5,9,9
58:11 59:1,10
59:16,21 60:10
60:20 62:20
65:13,13 69:14
70:5,13 71:4
74:12 75:11,14
75:17 77:23
81:25 82:5,5
82:18 92:18,19
94:15,16,25
96:5 98:5,11
98:13 104:9
105:10 110:17
110:25 111:2
113:21,23
117:17 119:14
119:15,15,19
119:21 120:11
121:25 122:1,9
122:10 123:24
124:10 125:13
128:17 129:8
131:22 132:5,7
135:9 137:4,14
142:1 143:22
144:17 147:6
147:10,22
149:3 150:8,12
150:20 151:14
151:20,21
154:16 155:23
156:20 157:12
162:12,24
163:2,10
164:10,11,12
164:18 165:3
167:14 169:16
171:21 172:19
173:13,17,24
174:13 175:7
176:11 178:5
178:22,25
179:25 180:11
**door** 46:23

doors 25:17
  26:10 27:7
  46:17 47:10
  58:18
dosage 131:5,6
dose 85:15,23
  86:19 89:22
  90:6,19 91:7
  91:10,17 92:14
  93:19,20 94:8
  94:12,20,24
  96:2 131:7
  152:17
doses 96:11
doubled 36:16
  37:16
doubles 37:12
doubling 37:21
  37:22
doubt 132:18
downgrade
  163:3
dr 4:6 13:3,7
  19:6 23:25
  44:16 68:7
  80:20,24 81:1
  81:6,17,24
  82:8,14,20
  90:17 99:13
  113:25 114:17
  134:6 143:13
  143:15 149:11
  158:9 159:9
  167:7 177:13
drafting 140:24
draw 91:9 93:6
  93:20 94:7,15
  94:16 95:17
  106:17 121:1
  126:24 151:8
drew 89:22 93:7
  93:16,19
drift 125:6
drinking 42:2
  42:19 43:7,18
  43:25

drop 170:14
drug 34:5,8 79:5
  79:11,13,15
  80:3,4,8
drugs 79:23
due 38:20 108:8
duly 4:2 191:12
duration 16:17
  16:19,19 51:11
  52:2,22 53:2,5
  53:12,19
  124:21 125:1
  125:16,20,22
  125:24,25
  126:6,8
dust 55:14 58:20
  110:1

-------
**E**

e 3:1,1 4:1 55:9
  89:8 190:1,1
  191:1,1 192:1
  193:1
earlier 36:20
  79:3 87:7
  116:18 127:5
  146:20 177:20
  179:7 180:19
  181:15 182:21
  184:1,14
  185:19
early 26:19 53:9
  57:12 116:23
east 3:12
economics 158:2
edison 148:23
  148:24
edited 8:24
edition 8:17
editor 99:8
  194:15
effect 22:22
  36:18 52:12,14
  53:2,18 93:14
  93:15 95:2,4,7
  119:24 125:15

125:21 136:14
  185:25 186:2
  186:17
effective 47:20
  48:16 61:12
effects 79:21,22
  80:17
efficacy 47:14
eight 67:7,11
  169:4 173:3
either 13:1,6
  17:12 18:25
  19:20 39:2
  40:11 41:9
  47:18 70:9
  78:22 81:22
  131:14 136:1
  137:8 140:25
electronic 14:24
element 121:11
elevated 37:16
  87:18 89:5
  129:4 135:25
eliminate 111:6
email 15:9,10
  154:22 155:3
  166:23 169:14
  170:13 195:19
  195:23
emendation
  192:2
empirical 93:1
empirically
  92:24
employed 22:15
  50:17 55:24
  125:16
employee
  180:21
employees 28:20
  67:19
employment
  39:15
encompassed
  33:6
energy 35:5

engineered 27:6
england 178:24
english 4:7 5:12
  5:14,19,20,24
eni 159:11
  160:12,13
enlisted 172:1
entire 9:4 64:24
entirely 108:3
entities 159:15
entitled 69:17
  134:10 194:1
environ 159:11
  159:20 160:10
environment
  48:18,25 71:20
  78:23 140:12
environmental
  17:7 23:7 59:7
  78:5 97:14
  134:1 136:10
  137:18 155:10
  155:16 187:7
  195:2
epidemiological
  5:16 12:25
  41:6 43:16
  57:15 85:10
  86:1,18 113:2
  116:20 121:4
  132:3 135:24
  141:25 166:16
epidemiologic...
  113:8 152:24
epidemiologies
  189:3
epidemiologist
  32:2 70:18
  104:7 123:1
epidemiologists
  106:7 188:16
epidemiology
  8:18 9:1,4
  32:12 38:4
  42:14 49:9
  51:13 55:11

78:4 80:8,9
  81:16 93:2
  96:9 112:18
  119:8 120:21
  131:19 139:4,5
  139:20 151:7
  152:15 155:10
  155:17 162:16
  162:19 167:9
  167:11 175:9
  175:20
equal 89:17
equation 84:5,7
equivalency
  181:21
erionite 18:11
  18:12
erratum 145:13
  145:19,22,25
  148:2 159:3
  195:13
especially 86:11
  171:13
esq 3:7,14,22
essentially 27:5
  147:5 184:23
  185:9 186:7
established
  150:1 152:24
  153:25
estimate 66:2,12
  77:23 98:22,25
  104:3,22 116:1
  119:23 120:3
  122:2 153:18
  178:12,20
  180:1
estimated 65:23
  96:22
estimates 69:8,9
  114:2 116:8,11
  120:7 153:15
et 1:7,14 9:20
  18:23 23:3
  38:10 74:20
  99:6 105:8

114:6,10,13
127:1 130:20
133:25 138:1
147:16 152:20
153:18 160:7
194:13,16,19
194:21,23
195:1,4
**europe** 79:1
**european**
145:14 157:8
195:14
**euros** 149:3,4
**eventually** 7:11
157:2 158:7
**everybody** 16:15
17:17 58:8
59:1,8
**evidence** 12:2,18
12:21 18:14
37:12 38:7
39:5,10 41:8,9
42:22 43:3
57:23 59:5
86:6 145:7
153:24 154:10
162:9,11 166:3
166:16 176:7
176:23
**evident** 88:8
**exact** 22:12
76:23 152:17
164:19
**exactly** 8:21
9:12,23 14:1
22:8 36:19
39:4 52:9
53:14 58:14
70:5 75:12
77:23 78:2
80:18 124:24
125:1 129:16
131:22 137:24
139:19 151:19
162:21 184:18
**examination** 4:5

44:11 82:23
133:24 177:12
188:3 193:3
**examined** 4:3
19:6
**examining** 140:3
**example** 9:11
10:11 18:10,11
28:24 73:12
79:2,23 113:4
117:11 118:12
126:18 132:25
139:15 160:2,4
186:1,9
**excerpt** 71:8,23
**excess** 42:3
49:12 51:14
55:6 56:14
89:12,17,18
92:21 96:10
118:20 119:9
120:21 129:24
137:8
**excesses** 107:21
**exchanging**
183:15
**executive** 146:17
**executives**
146:11 147:1
147:25 148:5
148:17
**exercise** 102:5
**exhaust** 38:20
39:16 41:10
**exhibit** 6:22,24
7:1,15 10:18
10:22 13:12,15
13:18 14:15,18
21:1,3,5,8,11
21:11,12,14,15
32:24 44:12,14
44:17,18,21
47:2 57:2
60:23 62:16
68:1,3 69:17
69:20 71:5,7,7

71:24 82:9,15
82:24 83:3
90:12,13,16
93:5 99:4,7,12
101:4 107:13
107:16 114:6
114:10,13
116:10,11
126:16,25
127:1 133:25
134:3 138:1
140:21 141:8
141:11 142:17
143:5,9 144:2
145:13,17,18
149:6,8,9
154:19,22,25
156:10,11
158:22 159:1
166:20,23
169:13 177:14
180:24 183:24
193:9,10,11,13
193:15,17,19
193:20,21,23
194:1,4,6,9,11
194:14,16,19
194:21,23
195:1,4,6,8,10
195:13,16,17
195:19,21,23
**exhibits** 68:6
193:8
**exists** 105:23
**expect** 66:21
77:12 88:5
**expected** 58:19
84:19 85:3
89:16 95:24
**experience**
79:24 132:5
139:8
**experienced**
55:13 81:12
**experimental**
42:12 139:23

**expert** 6:12 7:18
11:11,19 12:5
12:6,15 21:22
22:3 25:11,12
30:21 33:8
47:14,18,25
81:22 115:25
132:23 133:3,7
134:5 146:4,11
147:25 188:6
188:22 189:1
**expertise** 31:9
139:7
**experts** 25:5
106:6 161:7
**expires** 192:25
**explain** 88:23
91:1
**explained** 22:25
**exponent** 159:11
161:20,24
162:3 163:13
163:17,19
164:23 165:11
170:22,25
**export** 10:18
193:11
**expose** 28:15
50:4 61:24
**exposed** 16:13
16:16 17:3
28:1 39:1 48:9
49:1 50:15,16
50:25 55:22
56:11 57:17
60:25 61:14
65:4 73:8 78:8
79:17 87:12
89:15 99:24
101:3 108:8,20
108:24 109:22
109:24 110:4
110:19 112:23
117:14 118:5
118:17 124:3
127:21 128:10

129:6 130:1,2
130:23 133:21
136:3,12,15
137:2,3 144:19
184:8,17,24
185:10 187:5
187:21
**exposure** 11:2
15:15 16:5,7
16:15,18 17:7
17:12 18:5,6,7
18:21,22 19:16
19:17,17 20:2
20:11,13,15,19
20:19,20 22:18
22:22,24 23:2
23:10 32:7
35:8,14,15,20
35:22 36:9,16
37:10 38:20
39:8,18 40:1
41:10 46:25
47:15 49:4,10
49:18,20,24
50:1,8,14 51:5
51:7,15,24
52:1,2,5,8,15
52:20,21,22,23
52:25 53:11,17
53:25 54:2
55:12,15,21
56:6,20 58:7
58:10 59:7,9
61:21,22 65:10
65:11,16 66:8
66:17,25 67:21
67:22 70:24
71:19 74:18
78:22 80:10
83:13,25 84:16
85:4,16,24
86:8,20 87:15
87:18,19 88:20
89:7,21 91:6
91:14,15,16
92:2,6,10,20

93:14,22 94:9
95:3,9,10,11
95:14,19,20,23
95:23 97:8
101:21 102:4
104:10 108:20
110:3,24
111:22,22,23
111:25 112:11
112:21 113:4,6
114:4,5 115:16
115:20 116:1
116:12,15
117:8,12
118:25 120:2,3
120:7,22 122:4
122:16,24
123:3,9 125:5
125:9,19 126:6
127:9,11
128:18 129:10
129:13,16,19
129:20,23
130:7,9,17,18
130:20,24
131:1,6,14
134:11,18
135:1,8,12,17
136:1,2,11,11
136:14 137:9
137:10,12,18
137:19 138:8
138:10,11
144:4,8,9
145:4 146:6
148:6,9 152:15
153:17 163:24
164:25 165:25
166:6 168:11
171:1 175:9
178:21 179:20
180:2,12
184:10,21,22
185:3,5,8,9,14
185:17 186:3,3
187:7 188:7,12

188:19,20
189:7,12,13
**exposures** 18:10
32:9 78:5 97:6
104:6 119:11
137:17 144:14
146:19,21
147:6 179:11
179:15,22,25
184:16 186:23
187:23
**express** 12:14
72:25
**extends** 64:8
**extent** 60:3
80:11
**extremely** 20:16
**exxon** 160:14

**F**

**f** 4:1,1 191:1
**face** 119:13
181:5
**facility** 25:16
46:12 54:11
56:12 57:4
161:9
**fact** 25:6 36:21
49:8 64:21
74:24 76:5
104:9 130:14
136:18 151:15
158:11 161:11
170:6
**factor** 53:19
87:10 89:9
91:23 97:1
111:24 131:18
131:25
**factories** 78:19
**factors** 131:21
177:2
**factory** 46:14,15
46:16,22 50:19
55:15 59:17
60:11 109:18

111:23
**fair** 141:23
171:12,23
180:17
**fairly** 13:9
**falls** 64:22
153:10
**false** 168:16
**familiar** 55:25
69:5
**families** 4:14
**family** 56:22
150:4
**far** 33:13 135:21
136:25 137:3
172:7 176:2
**fat** 73:6
**father** 57:3,17
58:5,10,12
59:14,15 128:7
128:8,10,23
**fathers** 59:12
**fatter** 71:8
**february** 1:21
2:3 154:23
159:17 190:10
191:21 195:20
**federal** 6:12
11:15,19 12:5
12:15
**feel** 174:23
183:19,23
**fees** 21:19
**felt** 81:11 147:17
**ferrante** 137:22
138:1 184:2,13
185:7,13
188:14 195:4
**fiber** 18:12 28:3
28:13 49:18
51:2,5,6,16
52:10 58:11
62:2 68:17
69:13 85:5
93:21 96:11,24
98:14 101:25

102:10,16
103:7 104:3,6
106:9,16,16
108:22,24
111:19 112:9
116:12,13,22
116:22 118:6
118:19 119:3
119:10 120:23
131:13 134:24
182:5
**fibers** 28:4
31:10 40:16
47:4,5,21 48:9
48:18,22,23
49:2,11 50:1
51:1 53:25
61:1,7,8,15
69:2,3 72:5,11
72:19,21 73:1
73:12,18,25
75:22 89:10
97:2 108:11
110:13,22,23
111:7,8,16
112:3 119:12
179:12,15,16
179:21 180:5,7
181:18
**fibrosis** 38:18
39:3,6,22,25
**fibrous** 166:12
**field** 9:4,25 32:1
79:8
**fifth** 72:11,19,21
73:1
**figure** 5:25 32:8
36:6 62:19,22
62:24 63:8,13
76:24 77:4
87:4 89:24
**figures** 87:9
102:19 164:11
**file** 7:19,25
44:25 45:2
**financial** 159:8

159:13,14
**finch** 3:7 4:5,13
44:11 82:23
133:24 177:3
179:23 188:3
189:14 193:4,5
**find** 10:16 36:5
74:7 76:9 78:7
105:3 126:5
127:13 161:14
**finish** 23:16
**finished** 27:2
**fire** 25:17
**firm** 11:5,6,7
34:15 161:20
**first** 4:2 5:8
21:14,25 29:22
41:21 46:5
48:21 52:5,23
53:10,17 69:23
74:5 79:19
84:24 87:2,17
87:17,19,19
88:3 92:19
114:16 115:5
118:3 124:2
127:16 143:7
143:12 145:1
149:2 155:8
167:9 171:15
178:19,23,24
179:1 188:21
**fit** 129:2
**five** 30:3 32:25
94:9 100:18,22
103:6 121:17
126:10 177:9
**fix** 5:1
**fixed** 7:9,11
**flawed** 180:14
**fluent** 5:11,14
**focus** 37:3
107:17
**focused** 81:15
162:15
**focusing** 162:14

follow 14:9
following 18:8,9
   50:13 52:1
   74:18
follows 4:4
followup 21:1
   87:25 88:9
followups 188:4
ford 170:19
   171:6,25
form 10:8 17:14
   26:13,21 37:19
   40:14 49:6,14
   51:17 55:18
   57:21 58:23
   60:8 61:18
   67:10 74:11
   76:1,12 77:16
   78:9 81:9
   97:10 101:7
   103:20 106:21
   108:25 109:8
   109:21 112:8
   112:25 117:1
   124:22 128:13
   135:20 136:6
   137:13 139:11
   140:6 144:21
   147:9 151:13
   153:14 171:2
   176:10 179:23
formaldehyde
   160:4
forman 3:10
   11:6,7
formula 53:20
   84:11,12 88:25
   89:2 90:9 91:5
   91:11 113:3
formulas 53:21
   84:20
forth 191:11
forum 171:5
found 40:16
   44:25 56:9
   68:25 74:2

107:7 110:23
136:13,16,20
   168:17
foundation
   55:18 74:11
   76:12 77:16
   139:11 153:14
   176:10
four 29:24 33:1
   53:15,16 54:13
   54:13 63:5
   71:14 72:8
   83:11 97:24
   98:15 100:17
   100:19,22
   103:6,16
   121:17 142:23
   177:5,5,7
fourth 77:3
   144:11
fouryear 33:5
france 158:5
frances 167:8,11
frank 24:24
frankly 29:25
   50:14 54:14
   55:1 169:19
free 174:20
french 116:4
   121:4,7,20
   122:7
frequently
   169:10
friendly 73:6
front 21:11
   44:17 68:7
   83:3 99:12
   154:25
fuel 39:2
fulltime 149:19
fume 41:10
function 83:25
   84:16 131:3
funded 163:12
further 44:11
   82:23 130:11

133:24 191:15
fylde 160:19

_____
**G**
g 190:1
garabrant 165:6
   165:8,16,20
   171:4 173:12
   173:14 174:4
   182:22
gas 100:6 125:17
   126:14 160:15
   160:17
gaskets 133:4
gene 15:20
   16:23 17:10,11
   17:17,19
general 9:24
   10:9 23:4
   30:25 37:4
   42:17 51:23
   54:7 55:19
   59:7 60:1
   65:21 78:23
   106:15 121:13
   128:19 133:20
   139:12 162:13
   170:19 171:15
   180:10,25
   182:14 186:8
   186:13,14,18
generally 20:4
   101:19 106:19
generated
   141:23
genetic 16:3,6
   19:1,11,21
genetics 16:1
german 116:5
   121:5,25 122:5
getting 49:2
   77:7
giuseppe 157:24
give 9:5,9 11:22
   12:19 35:23
given 20:12 39:9

79:11,12 89:3
95:22 186:3,3
   190:13 191:14
gives 113:10
giving 12:8
   150:7
global 159:11
   160:23
go 22:8 27:20
   32:6 35:2,3
   56:16,23 72:2
   73:21 74:15
   75:12 86:15
   88:13 91:23
   92:1 99:11
   100:25 116:6
   120:5 127:15
   130:3 139:17
   149:19 158:21
   164:17 169:11
   174:24 177:13
   181:5 182:1
goes 119:1 146:3
   147:24 179:14
going 5:5 21:2
   43:10 44:16
   71:25 80:15
   83:2 96:5
   99:10 100:25
   114:24 143:5
   154:16 156:25
   158:6 167:3
   171:8 180:18
   182:6
good 4:6 43:21
   101:5 102:3
   104:9 120:2
   134:16 137:16
   141:7
goodman 165:15
   182:24
grab 177:14
grade 76:25
   77:3
grams 182:4
grant 143:12,16

143:24 150:4
grants 15:5
graphic 83:16
   83:19
gravimetric
   182:3,10
greater 118:5,18
   119:11 179:11
   179:16,20
   180:5
grew 4:10
group 79:11,12
   108:5 113:11
   117:18,19,21
   136:8 161:6
   162:10
groups 16:21
   18:16 79:25
guess 128:7
   129:22
guidance 174:24

_____
**H**
half 6:7 46:11
   54:23 111:23
   122:13
hand 40:24
   99:10 152:12
   191:21
handful 100:11
handwriting
   90:14 194:10
handwritten
   154:20 195:18
happen 6:1
happened
   146:19
happening 59:6
happens 110:16
happy 142:3
   143:20
hard 9:17 65:25
   182:9
hartley 169:14
   171:22
hasnt 176:1

Case: 3:16-cv-00726-wmc   Document #: 311   Filed: 06/20/18   Page 63 of 81
Paolo Boffetta, M.D.

Page 208

havent 12:14
19:21 23:19
65:17 98:4,18
105:22 126:3
126:11
hazard 166:5
185:20,20,23
186:7,12,15,20
186:23
hazards 10:10
health 63:2
158:2
heard 25:20
26:3 140:8,14
heavy 19:16
hed 77:7
held 2:8
hell 6:18
hello 172:23
help 10:15 172:1
helping 160:2,6
174:22
helsinki 140:9
140:10,13,21
140:23,25
141:4 195:6
henry 1:24 2:11
13:3 80:24
191:7,25
herbicide
163:22
hereinbefore
191:11
heres 129:22
hereunto 191:20
hes 77:6 171:4
high 18:22 20:18
28:6,8 35:20
63:16 97:14
110:4 125:18
179:22
higher 28:3 37:6
38:5 59:9
63:11 64:17
66:15 67:8
72:13 74:3

75:24 76:8,17
77:12,22 91:8
92:3 94:25
95:18,19 97:21
98:2,8,15,16
98:16 118:2
highest 63:6,7
highlighted
126:23
highlighting
127:17
highly 72:5
181:18
hire 170:21
hired 32:18 36:3
50:20 132:22
133:2,7
historical
120:16
history 32:7
122:23
hold 47:17 95:12
123:11
holding 95:21
112:9
holidays 23:17
home 54:17 55:8
55:14,22 57:19
60:3 110:1,2
112:6 169:9
hope 77:5,6
hopefully 6:1
62:16 180:17
hour 6:5,8,9,10
21:21 24:1
29:14
hours 21:21
23:12 30:3
177:5,6,7
house 55:13
59:20,23
111:25
household 11:2
22:17,24 23:9
55:15,21
130:10,20

134:21 136:2
184:16 185:7
185:14 187:22
188:12,15
189:13
human 42:13
71:19 109:4
110:6,11 112:2
153:1 162:6,9
162:15,19,20
163:1
humans 42:15
92:12 108:5
152:13 162:11
166:1
hundred 76:20
150:24
husband 56:22
hygiene 25:10
116:7
hygienist 24:23
28:25 31:5
47:19 48:7
81:18 120:9
hygienists 80:21
81:7,13 115:25
hypotheses
92:25
hypothetical
111:19

_____
**I**
_____

iarc 108:4,5
155:9,17,22,25
156:3,12,25
158:19 162:7
163:1,5
icahn 149:12
id 36:6 177:15
idea 65:15
114:23 160:22
identification
6:23,25 10:20
13:14 21:7,9
44:13,15 68:2
68:5 69:19,22

83:1 90:15
99:6,9 114:9
114:12,15
127:3 134:2
138:3 140:22
141:10 142:19
145:16 149:10
154:21,24
166:22 167:1
identified 17:9
56:10
identifying
10:15
idiopathic 38:18
39:6,12,22
ignore 93:23
ignored 183:20
ii 125:17
ill 4:9,25 20:25
93:6 96:15
177:17 180:25
im 4:11 5:5 7:3
17:15 18:1
24:6 25:3 30:1
30:12,18 31:1
31:13 33:14
40:21,22 42:25
44:16 47:23
51:19 53:1
54:5 64:20
71:23,24 72:1
83:2 84:9,10
93:25 95:2
99:10 105:9
109:9 110:9
111:4 112:17
113:1 114:24
124:15 125:22
125:23 127:16
129:17 140:18
150:3 161:2
164:4 167:3
186:12
impact 184:15
implication
92:13

implies 92:9
important 16:22
16:23 30:1
53:1 124:25
144:8 147:22
169:18,20
170:16 171:24
impossible 78:7
101:25 125:23
inappropriate
171:19
inches 71:14
incidence 64:18
65:18 93:17,18
93:21 94:10
95:15,24
104:13,24
105:1,12,17
incidents 89:2
89:14,17 91:2
91:3,4
include 23:13
101:13
included 9:15
12:15 183:9
includes 65:3
including 39:15
incorrect 90:21
90:22,24 106:2
increase 17:13
37:2 43:18
51:20 53:11
130:11 144:5
147:6 186:23
increased 16:7
43:1 136:17,21
164:6 166:18
176:7 187:6,22
189:5
increases 119:1
186:22
increasing 94:5
138:10
independent
18:21 38:13
indicated 63:15

**indication**
113:11 186:16
**indicator** 96:25
**individual**
112:17,19
113:10 114:3
153:21
**industrial** 24:23
25:10 28:25
31:4 42:16
47:18 48:6
78:11,17 80:20
81:6,13,18
114:8,20
115:25 116:7
120:8 122:18
142:14,18
161:9 194:18
195:12
**industrialized**
17:6
**industries** 78:23
**industry** 38:21
39:16 74:20
84:18 85:4,7
132:19 156:14
156:17,23
157:3,21 158:9
158:11,16
159:8
**inexact** 103:24
103:25
**influence** 156:24
157:14
**information**
5:19 9:6,10,10
13:6 45:11,20
45:24 181:23
187:14
**informative**
87:25 88:4,15
**inherent** 185:24
**initials** 93:10
**injury** 44:8
**inperson** 29:12
**inserve** 84:24

**inside** 27:14
60:6 111:22,25
112:4,6
**institute** 149:24
**institutions**
150:8
**insufficient**
92:11,16
**insulation** 25:21
25:23 26:3
27:9
**intend** 12:14
**intensity** 51:9
52:21,25 53:13
53:18
**intentionally**
49:21
**interaction**
16:10 36:25
**interest** 141:20
143:7 145:24
146:2 147:18
**interested** 23:6
172:15 191:18
**interesting**
98:23
**internal** 168:13
**international**
31:24 114:25
**internet** 9:7
**interpretation**
103:22 139:24
**interpreting**
182:12
**intersect** 92:5
**interval** 118:13
**interview** 50:20
**introduction**
23:4
**investigated**
19:19
**investigation**
19:24 87:11
**invited** 11:22
15:4
**invoice** 6:17

21:8,13,15
23:11,19
193:17
**invoices** 164:18
**involve** 41:15
161:17
**involved** 15:20
33:11 36:23
54:20 58:5
116:2 128:17
132:20 140:24
148:12 150:19
160:1,6 161:2
163:16 164:24
165:18,22
171:10,11
172:13 175:12
183:3
**involvement**
133:22
**involving** 33:8
146:5 148:6
161:8
**ipf** 38:18 39:6
39:11,11,14,19
39:21 40:10,18
41:4,7,11
**isbn** 10:14
**isenhour** 38:14
39:1 40:8,10
41:2
**isnt** 94:1 120:10
138:13
**issue** 33:23 34:3
37:21 42:1,7
43:9 80:10
107:4 111:19
133:19 148:8
150:24 151:15
153:5 154:9
158:13
**issues** 78:3
174:12
**italian** 4:12 5:8
15:17 137:6
141:18 143:10

143:13,16,18
146:11,25
148:1 160:13
161:13
**italy** 30:8 31:23
33:16 148:5,14
148:16 149:18
149:20 157:23
158:1 161:3,9
169:9,11
175:15
**ive** 7:1,20 9:20
10:21 31:1,20
31:25 68:12
70:11 106:3
115:5,5 125:20
156:7 160:1
175:12 188:1

_____
**J**
_____
**j** 150:15
**jackson** 3:13
**james** 150:5
**january** 21:8,15
21:20 23:12,16
193:17
**jennifer** 3:22
**jiang** 114:13,24
194:21
**job** 37:8 50:17
56:21 61:6
109:13 131:2
156:9 167:20
167:20 168:1,2
168:3,6,23
**jobs** 156:7
**john** 81:24
82:20
**joint** 133:4
**joseph** 28:23
68:4 193:24
**journal** 83:9
99:4,7 107:15
114:7,20,25
121:22 122:20
127:2 140:11

142:8,13,18
145:14,20
167:5 194:11
194:14,17,24
195:11,14
**judgment** 139:8
139:25 140:1
188:6,22 189:2
**justified** 123:1

_____
**K**
_____
**k** 84:17 190:1
**k1** 84:5,6
**kaylo** 25:20,23
26:3 27:6,8
58:18
**keep** 47:21 48:1
93:5 182:11
**keeping** 103:22
**key** 23:24 91:22
**kidney** 34:7 43:4
79:6,7
**kill** 168:14,17
**killing** 147:3
**kilty** 1:4 4:14
8:6 18:25
19:20 20:5
22:3 24:20
28:1 44:12,20
45:11 46:6
48:18 54:2,10
54:16 55:8,13
57:1 60:15
127:14 131:14
193:19
**kiltys** 27:16
54:22
**kind** 44:4 48:25
50:10 55:12
77:14
**kingdom** 160:20
**km** 96:17,19,21
97:4,23
**knew** 157:6,25
158:3,12,15
**know** 4:25 5:24

7:8 9:7 16:14
18:1,9,15 19:4
23:1 26:24
28:16 35:22
45:16 46:5
50:12,14,21
52:7 54:9,15
54:22 57:2,23
58:8,9 59:6,11
60:12,14,16,20
65:13 66:1
70:5,20 74:15
74:19 75:11,15
77:23 78:21
91:20 92:22
93:12 94:25
96:5 98:5,11
99:11 107:3,12
109:4 110:7,18
110:25 111:2
116:12 121:12
122:9 123:19
123:24 125:14
125:14 126:2
128:17 131:22
132:8,23
135:11 139:15
140:20 142:1
143:22,24
147:23 150:1,5
150:9,11,12,13
150:16 151:17
151:20 152:7,9
152:19 155:5
155:18 156:25
157:3,10
161:16,19
164:11 165:20
167:14 168:16
168:16,23
169:25 170:3
171:14 173:11
173:14,17,24
174:13,16,20
174:21 175:11
176:11 180:6

181:1 182:1,4
182:11 183:8
183:14,15,16
183:17
**knowing** 104:8
**knowledge** 9:24
10:2,9 82:19
156:16
**known** 39:12
42:8 92:14
104:15 110:17
129:20 162:6
162:20 163:1
**knows** 111:2
**krutz** 3:10

**L**

**l** 3:22 4:1 190:1
**la** 141:8,14
142:14 143:13
143:15,25
168:10 195:8
**labeled** 42:13
43:10
**labeling** 42:7
**lack** 7:17 73:5
96:21 141:23
**lacourt** 114:10
114:21 115:10
116:5 120:20
194:19
**language** 5:8
**large** 80:11
**largest** 154:5
160:13
**las** 34:12
**late** 22:6 26:8
115:1
**latency** 16:18
53:3,4,17
80:17 87:14
89:4 91:5,7,14
91:22,23 93:15
93:17,24 94:1
94:6,11,19,23
95:4,7,12,18

95:22 113:5
124:25 144:11
**lav** 82:25 194:7
**law** 34:14
**lawyer** 172:5
**lawyers** 11:5
22:1 24:3 36:3
45:12,14 60:23
148:20
**laypersons**
88:22
**lead** 30:5 35:7
35:16,17 36:10
36:24 37:5
114:22 182:25
**leading** 36:10
167:8,11,13
**learn** 173:18
174:4
**learned** 4:12
**leave** 50:24
**leaving** 17:4
50:21 55:5
176:17
**lectures** 15:5
**lee** 158:10,15
**left** 53:5
**legacy** 155:6
**legend** 63:8,19
**letter** 99:8 142:8
194:15
**level** 49:18 50:1
50:5,8,25
51:21 52:5,11
61:1,15 79:19
89:7,20 91:6,8
91:14 92:10
95:3,10,11,22
109:6 110:14
111:3,4 113:3
113:5,10,11
116:1 118:3,18
119:1 124:12
125:9,19
131:14
**levels** 28:3 49:10

49:24 51:15
61:23 69:1
74:2 86:8 92:2
115:20 116:14
116:16,22
117:7 120:3,4
120:7,22 122:3
131:9
**library** 9:11
71:13
**licensed** 30:10
**light** 63:5
139:16 140:5
**limitations**
104:1,8 121:6
**line** 105:22
166:2 192:2
**linear** 85:17
86:1,21 91:6
91:17 92:14
**linearly** 89:7
**lined** 90:13
154:19 194:9
195:17
**lines** 38:7 72:8
93:16
**link** 39:17
186:12
**linked** 34:7
156:22 157:20
**list** 8:12 9:13
15:19 21:5,12
32:24 33:6
41:15,21 44:1
44:2 101:4
170:10 193:15
**listed** 8:11
126:15
**literally** 49:16
**literature** 5:18
10:8 13:8 41:7
42:19 43:16
100:19 123:15
124:18 126:4
126:11,12
138:19,22

141:25 142:2
173:6,7 187:3
**litigation** 4:15
7:18 11:21
44:5 79:4
132:6 155:7
161:2,8,10,11
169:23 170:2
170:19 171:8
172:2,13
173:16 174:7
**litigations** 171:7
**little** 39:20
40:23 42:4
46:10 57:1
59:9 63:20
106:17 111:11
145:7 170:6
173:23 174:2
**live** 109:16
**lived** 46:10,13
54:17,23 56:11
59:14 60:5
128:22 129:5
**living** 59:16,19
111:23 127:20
128:2 169:6
178:13,14
**llc** 3:3
**llp** 3:10
**located** 78:20
**location** 7:7 59:2
**locations** 68:19
**loews** 150:10
**long** 31:2,22
52:16 54:22
87:25 149:14
153:17
**longer** 16:18
88:11 166:14
168:5
**longterm** 79:21
79:22 80:16
**look** 14:17,24
27:21 31:11
32:23 71:25

Case: 3:16-cv-00726-wmc   Document #: 311   Filed: 06/20/18   Page 66 of 81
Paolo Boffetta, M.D.

Page 211

74:15 75:12
79:21,23 107:3
113:3 120:6
121:10 126:4
130:17,19
135:2 136:10
137:1,18 139:1
147:13 151:15
151:16 153:21
154:16 176:12
177:1 179:3
181:9
**looked** 16:17
19:21 56:5
62:9 98:18
136:13 153:5
177:22
**looking** 14:14
36:21,23 40:12
41:6 62:22
71:23 95:14
105:3,9 107:16
108:1 117:3
127:9 130:16
154:15 156:5
156:10 179:6
180:4,19
181:15 184:20
185:6
**looks** 14:13
32:25 44:19
63:22 115:1
**lorillard** 150:14
**lot** 62:3 80:2
119:18 122:9
170:10
**louisiana** 34:10
**low** 18:22 19:17
51:16 86:8
92:1,20 96:6
119:17 120:4
**lower** 74:24 92:4
95:19
**lowest** 63:6
120:3
**lung** 35:8,13,24

36:10,17,24
83:24 84:13,14
84:19,21 85:2
85:16,25 86:25
89:11,13,23
92:15 101:10
101:16 102:23
103:1 104:17
104:19 107:22
110:14,20
111:3,6 112:2
113:5 150:22
151:3,11,12,23
152:13,16,21
152:21,25
153:9 154:1

**M**

**m** 1:19 2:4,7 4:1
44:10 82:22
133:23 177:11
189:16 190:1,7
190:17 191:10
**maddox** 19:6
81:24 82:20
**maddoxs** 82:8
82:14
**magically**
166:13
**magnitude**
72:13 76:8,17
76:19,20
131:12
**mahoney** 2:9
3:18
**main** 36:22 39:7
39:7
**major** 22:19
52:4,6 106:22
134:9,13
**majority** 12:23
110:21
**making** 25:17
**malformation**
161:3
**malignant** 138:9

**manufacture**
125:17 146:6
**manufactured**
151:2
**manufacturer**
34:18
125:17 126:14
**manufacturers**
132:24
**manufacturing**
58:1 150:19
**map** 64:3
**maps** 62:25
63:15
**marginalized**
183:20
**mark** 69:24,24
119:3 149:5,8
154:14 184:3
**marked** 6:23,24
7:1,15 10:19
10:21 13:13
21:6,9,10,14
44:13,15,17
68:2,5 69:19
69:21 83:1,3
90:14 99:6,8
114:8,11,15
127:3 134:2
138:2 140:22
141:9 142:19
145:15 149:10
154:20,23
166:21,25
184:1,14
**marlboros** 151:8
**marriage** 191:17
**marsh** 133:25
134:4,9 195:1
**marshfield** 13:2
13:6 24:19
25:16 26:7,18
29:5 46:11
54:11,24 57:4
60:19 62:6
67:15 68:18,21
69:1 76:6

77:11 128:11
**mask** 46:21
47:18,20 48:3
48:10 60:16
61:11 100:7
125:17 126:14
**masks** 47:14
48:1,7,16,20
**material** 27:3
31:7 58:4
170:24
**materials** 6:11
27:13 36:14
37:4 44:25
80:21 82:4
171:24
**math** 76:24 77:7
**mathematical**
76:5
**matter** 182:3
191:19
**maule** 184:3,11
184:12,20
185:1 188:8,13
**mccambridge**
2:8 3:17
**mccormack**
99:5 194:12
**mcdonald** 100:7
**mcguffey** 3:14
11:4 14:7
17:14 24:1,11
24:13 26:12,21
28:19 29:13,15
37:18 40:14
49:14 51:17
55:17 57:21
58:22 60:8
67:10 74:10
76:1,11 77:15
81:8 97:9
101:7 103:19
106:21 108:25
109:7,20 112:7
112:25 117:1
124:22 128:12

135:20 136:5
137:13 139:10
140:6 144:20
147:8 151:13
153:13 171:2
176:9 177:12
188:1
**mean** 12:1 18:16
23:8 29:6 31:8
33:9 35:21
36:21 37:21
38:19 49:8
55:20 57:23,25
58:1 59:19
60:12 61:13,20
65:24 70:12
74:22 77:19
79:2 82:2
88:25 94:18
107:1 111:2
113:2,18
117:22 120:25
123:4 126:9
131:7 136:8
137:16 139:14
148:19 152:22
153:11 157:12
164:18 166:5
169:17,19
170:1 182:2
186:22 189:1
**meaning** 39:13
48:17 53:10
186:9
**means** 39:11
77:18 86:5
117:23 118:16
121:16 122:8
131:23
**measure** 49:19
51:4,6 52:13
**measured** 47:3,5
76:6,10 77:10
117:6 135:25
182:16
**measurement**

61:4 120:12
**measurements**
27:20,23,25
28:6,7,8 58:12
67:14,20 68:17
69:9,16 74:16
75:3,5 101:20
120:15,17
180:20 182:4,9
**measuring**
117:5
**mechanics** 165:1
166:9,17
**med** 82:25 194:7
**medical** 10:7
13:7 20:8 28:9
30:7,25 31:19
40:25 41:11
50:3 81:16
106:6 121:21
122:20 124:17
126:4 132:2
139:4 141:24
150:8 182:14
**medicine** 30:11
31:15,18,23,25
32:1,6,20 38:4
53:24 114:8,20
131:19 134:1
142:14,19
149:12 194:18
195:3,12
**medium** 19:17
**meet** 172:9
**meetings** 29:12
29:17
**member** 31:22
**memorial**
150:17
**memory** 25:2,5
82:12,12
**men** 14:17 63:3
63:9,11,22
64:1,18 66:19
66:20,23
**mentioned**

37:23 52:3
150:18 185:20
**merged** 150:15
**meso** 105:7
**mesothelioma**
8:21 9:20 10:2
11:3 15:21,22
16:1,4,8,22
17:12,13,23,24
18:3,9,20 19:2
20:1,6,10,15
22:16,24 46:6
49:13 51:15
52:1,19 55:7
56:15 62:5,13
63:3,11,21
64:1 65:7,9,18
66:7,16,22
67:3,5,9 86:21
86:24 87:2,11
88:1,2,7,19
89:3 90:7,20
91:5,10 92:12
92:18 94:8
95:15,24 96:3
96:11 97:20
98:1,21 101:10
101:16 102:17
103:14,16,18
104:14,19,25
105:2,11
106:11 107:22
108:7 113:7
115:15,19
116:21 117:7
118:21 119:10
119:23 120:22
122:3,15,21
123:2,14,22
124:19,25
125:10,12,25
126:7 128:22
129:5,25 131:9
134:12 135:25
137:8 138:9
141:5 144:5,15

144:17,18
146:8,13 147:4
147:7 148:7,9
165:1 166:1,18
172:21 176:3,5
176:8,22
178:11,21
180:13 185:3
185:16 186:11
189:6
**mesotheliomas**
87:16 176:2,20
**mess** 182:2
**message** 171:15
**met** 23:25 24:2,6
24:9 150:6
172:4,15,19
**metaanalysis**
134:10,17
171:11 174:15
183:3,9
**metals** 37:5
**meter** 73:13,24
181:20 182:5
**meters** 73:18
**method** 181:1
182:17 189:1,2
**methodology**
121:4
**microscopy**
181:6
**mid1950s** 26:19
**mid1980s** 76:7
**mid50s** 57:12,13
**mile** 46:11,11
54:23 111:24
112:5 128:2
**miles** 139:17
**mill** 54:18 57:18
57:20
**milliliter** 52:10
72:19 73:19
116:13 120:23
**milliliters** 72:12
72:22 73:24,25
**million** 65:20

66:3,9 73:22
73:23 87:5
170:21
**millions** 173:15
173:20 174:1,5
**mind** 10:3
103:22
**mine** 175:6,15
176:8,13,20
178:13,14,15
**mined** 178:2
**mineral** 60:18
**minerals** 104:5
**miners** 124:5
175:22 176:19
**mines** 177:23,24
**minimal** 16:14
18:7 58:7
130:5 131:1,4
131:5 185:4
**minimum** 6:6
166:7
**mining** 97:13
178:4
**minotra** 15:2
**minus** 72:19,21
89:5 97:5,6,7
**minute** 93:2
96:16 120:19
124:13
**minutes** 120:13
175:2 177:10
**misleading**
94:18
**missed** 81:5
122:13
**mister** 81:9
**mitch** 3:14
**mixed** 87:13
97:6 102:11
104:5 106:25
110:19 119:10
**mixing** 49:16
**mixture** 25:19
26:2 27:6 47:9
111:20

**model** 85:14,23
86:19,24 89:24
90:1,8,10
92:17,22 145:2
**modeling** 83:24
**modern** 151:2
**money** 143:22
150:7 164:22
**monitoring** 47:2
68:13
**months** 14:2
125:18 126:1
176:14
**morning** 4:6
29:18,19 43:22
**mortality**
175:19
**mother** 5:10
**motley** 3:3
**motors** 170:19
**mount** 24:16,17
149:12,15
150:4 156:9
158:25 169:1,2
**multicentered**
157:7
**multiple** 71:17
108:10 153:4
**multiplying** 51:8
**mutated** 16:12
**mutation** 15:22
16:3,6,20,22
17:19,22 18:17
18:20 19:1,15
19:15,21
**mutative** 18:4

---

**N**

**n** 3:1 190:1,1
193:1
**name** 4:7,13
26:5 34:8 36:3
70:6 81:25
82:8 148:21
**named** 172:5
**names** 25:1

Paolo Boffetta, M.D.

157:21,22
**nanogram**
181:19
**nanograms**
182:5
**nate** 4:13 93:6,9
**nathan** 3:7
**national** 75:7
**nature** 35:4
**nci** 160:5
**near** 59:17
77:13 178:13
**necessarily**
139:6
**need** 15:13
24:25 27:20
51:18 56:16
86:14 116:6
119:24 124:11
124:11 151:6
151:21 181:4
**negative** 72:11
73:1
**neighborhood**
23:8 109:16
134:21 135:6
136:1 137:9
189:8
**neutral** 171:16
**never** 17:3 26:3
56:20 78:8
125:20 132:9
138:17 171:10
175:12
**new** 1:20,20
2:10,10,13
3:21 12:2,18
12:21 13:5
15:24 24:14
86:11 100:15
100:18,22
115:8 119:7
159:18 169:6
175:5 190:3,25
191:3,5,8
**newer** 119:6

**nonasbestos**
17:1 102:18
103:2
**nonoccupatio...**
56:6 127:11,20
130:17,18,19
134:10,20
136:11,14
137:2,9 138:10
138:17,24
180:2 189:6
**nonoccupatio...**
129:25
**nonsense** 121:8
**nonthreshold**
90:10
**norfolk** 38:14,22
40:8 41:3
133:14,17
**normal** 121:6
188:16
**notary** 2:12
190:25 191:7
192:24
**notations** 154:20
195:18
**noted** 189:16
**notice** 2:10 6:22
7:2,6 81:4
193:9
**noticed** 80:19
**notion** 98:8
**november** 22:6
22:7 24:10
30:4 166:24
195:24
**number** 10:14
13:20 14:18
68:11,12,13
70:4 83:21
84:19 85:3
90:12 91:20
104:15 105:3,6
105:7,10,13,13
105:19 126:17
126:19,20

143:17 170:8
177:2 178:10
178:11
**numbers** 83:18
120:8 159:1
188:10
**numerically**
72:25
**nw** 3:5
**ny** 3:21

_____
**O**
**o** 4:1,1,1 190:1
**oath** 190:9
**object** 17:14
26:21 37:18
40:14 49:6,14
51:17 57:21
58:22 60:8
67:10 74:10
76:1,11 77:15
97:9 101:7
103:19 106:21
108:25 109:7
109:20 112:25
117:1 124:22
128:12 135:20
136:5 137:13
139:10 140:6
144:20 147:8
151:13 153:13
171:2
**objection** 26:12
55:17 61:18
74:13 81:8
112:7 176:9
**objectivity**
174:11
**observation**
117:13 139:22
**observational**
80:7
**observed** 138:9
178:10
**obtained** 155:5
**obtaining**

124:13
**obvious** 66:7,24
**obviously** 7:12
12:3,18 17:18
31:21 36:5,22
38:5 40:4,20
53:6 65:25
74:12 100:5,24
106:24 112:11
151:18 153:20
153:22 154:11
156:19 178:23
180:9 182:19
**occasion** 60:25
**occasionally**
28:8
**occasions** 28:2
**occupation**
130:3,21
138:23
**occupational**
17:8 20:12,19
22:14,22 23:9
31:15,18,21,23
31:25 32:1,5,9
32:12,20 49:4
49:10 50:2,9
51:2 52:14,15
52:20 53:24
54:1,5 56:20
65:10,16 78:5
78:17 125:9
127:9 129:10
129:12,16,20
130:6,9,16,22
130:24 131:6
134:1,18 135:8
135:12,15,17
137:1,19
138:11,16
179:25 184:22
184:23 185:4,9
185:17 188:11
188:19,20
195:2
**occupationally**

50:16 55:24
56:23 65:4
130:2 136:4,12
136:15 184:7
184:16 185:10
187:5,21
**occur** 87:16
**occurring** 108:7
**occurs** 186:2
**october** 13:22
**odd** 117:16
127:23
**odds** 117:21,22
117:23,24,25
118:1,1,1,4,9
119:1 128:1
179:10
**offer** 182:6
**offered** 156:7
167:20
**offhand** 54:25
**office** 24:16
71:13
**offices** 2:8
**oh** 65:6,2 71:2
108:17 124:23
165:7 168:11
172:18 175:18
**oil** 160:14,15,17
160:19
**okay** 4:9 5:6 6:2
7:21 11:14
12:22 15:7
19:18 20:21
21:25 23:11
25:9,23 29:19
33:24 35:4
36:8 43:8 44:7
45:9,17 46:9
47:8,12,25
48:15 50:24
53:7 56:25
59:13 62:24
63:20,25 65:8
66:13 67:2,18
68:24 70:9

71:4 72:8,16
73:10,11 74:5
75:18 80:19
81:10,21 82:17
85:8 86:14
88:12,17,22
89:20 90:11
91:9 93:1,3,8
94:7 96:15
97:25 98:12
99:2,15 100:4
103:11 104:20
105:1,15,21
106:4 108:1
109:3 111:17
115:7,23 116:9
117:3 118:4,16
118:25 120:18
121:5,9 124:16
125:3 126:3,22
127:4 131:17
131:24 136:23
137:20 139:3
142:5,22,25
145:17 151:1
152:5 153:23
158:21 159:20
164:20 168:7
170:16 171:21
174:3 175:14
176:17 177:19
186:19 188:21
**oldest** 14:11
**once** 24:6,9
29:13 33:1,10
33:19 59:22
112:12 150:6
172:15 173:3
**oneday** 125:21
**online** 114:11
194:20
**openly** 158:12
**operation** 58:6
58:25 59:4
**opinion** 12:8,20
13:3 16:3,5

17:2 35:22
43:14,20 52:24
57:16 98:13,20
150:21 152:11
154:3 162:18
165:24 166:12
166:15 182:6
**opinions** 11:24
12:7,13,24
19:25 25:4
57:15 80:25
81:2 82:14,19
106:8
**opportunities**
156:6
**opposed** 14:10
105:19 149:18
**orange** 63:23
64:7,25
**order** 37:9 65:19
66:3 72:13
76:16,19 87:5
88:6 131:10,11
151:8,23
153:19
**orders** 76:7,20
**ordinary** 14:6
**original** 145:23
**originally** 25:24
84:25
**ought** 77:3
**outcome** 191:18
**outdoor** 72:5
73:14 181:18
**outside** 58:4
**overall** 64:4,17
65:24 188:17
**overlap** 57:9
**overwhelming**
42:22 43:15
**owens** 26:1
**owensillinois**
25:25
**owned** 150:14

———————————
**P**

**p** 3:1,1 4:1
133:23 159:11
160:12 177:11
189:16
**packs** 151:10
**page** 14:15
62:22 71:22
72:1,2,3,6 73:7
83:15 84:7
85:8 87:3
88:17,24 96:17
96:19 97:12
127:16,16
159:7 181:14
184:1,19 192:2
**pages** 8:15 70:1
**paid** 147:25
163:8 164:8,15
164:22 173:15
174:1,4
**paolo** 1:19 2:7
10:19 13:13
82:24 167:7
190:7,17
191:10 193:12
193:14 194:6
**paper** 14:15
15:3 40:6 56:1
56:4,17,24,25
83:5 96:16
99:17,18 100:2
100:11 101:1
102:8 103:12
104:11,18
107:2,3,15
115:21 117:4
123:16,23
126:16 128:9
134:4,15 135:4
136:16 137:6,6
137:7,21,22
138:2,6 140:4
140:22 141:13
141:16,22
142:3,6,9,23
142:24 143:18

144:3 145:21
145:23 146:3
147:4,12,17,19
147:23 156:12
162:22 163:4,9
163:12,18,23
164:5,5,16,24
165:4,11,15,19
165:23 168:9
168:11,18
169:15,24
170:25 171:4
177:21 179:3
183:1 188:7,8
195:5,7
**papers** 9:19
14:22 15:1,3
15:11,14,18,24
99:15,21 100:5
100:12 102:8
114:18 115:10
115:24 134:4
136:24,25
150:24 152:9
156:18 161:23
162:2 188:13
188:24
**paragraph**
97:18 108:2
**parameters**
129:2
**parentheses**
83:19 158:18
**parker** 24:24
25:7,11 80:20
81:6,10,18
**parkinsons**
163:25 164:3
**parliaments**
151:8
**part** 9:13,21,24
17:22 30:25
31:19 32:11,14
32:15 45:2
46:16 67:24
126:23 146:22

165:9 180:15
**participate**
121:18,18
122:10
**participated**
5:17 169:24
**participation**
121:14
**particles** 31:11
140:4
**particular** 8:14
10:25 26:4
32:17 37:5,24
43:3 46:25
59:4 61:3
69:15 70:13
74:17 117:8
124:4 167:15
181:25 182:23
186:10
**particularly**
9:25 63:16
180:19
**parties** 191:16
**passed** 157:24
**pathologically**
40:11
**pathologist**
30:16,19 31:1
40:21 41:1
**pathology** 30:21
30:24 81:23
**patient** 30:13
32:7,17 114:22
129:21
**patients** 19:7
20:18 32:4
79:25
**pattern** 40:18,20
**paustenbach**
170:21
**pay** 163:13
**pcm** 72:11 181:7
181:8,21 182:9
182:19
**pdf** 8:14

Paolo Boffetta, M.D.

peer 138:18,22
peerreviewed
 83:8 121:21
pending 11:15
people 16:13,14
 28:15 31:20
 32:14 40:12
 43:25 45:13
 49:5 50:3,15
 50:18,22 53:4
 55:14,21,23
 56:19,20 61:5
 65:3,10,15
 66:5,16,24
 78:8 79:11,12
 79:16 80:2,3
 94:16 106:5
 109:11 110:19
 116:2 117:13
 118:17 122:10
 123:20,24
 124:3,14,18
 125:23 129:3,9
 129:12 130:14
 130:15,15,23
 135:11 136:8,9
 136:12,15
 137:2 142:3
 143:24 153:16
 156:22 157:1,1
 157:9,18
 161:14 163:16
 168:21 170:3,9
 170:10,11
 171:17 183:2,6
 184:17 185:16
 187:5,21
percent 48:2,8
 48:16,17,22
 61:11,15,16,20
 61:20,22
 121:14,15,16
 122:6,14 123:8
 127:23
period 21:19
 23:3 33:5 46:9

46:17 48:25
 54:11 55:2
 56:13 57:8,11
 60:17 65:23
 87:14 128:15
 176:21
person 38:17
 40:17 65:20
 66:10 105:13
 112:19 128:21
 130:1,1 143:23
 144:19 150:7
 170:8 176:13
 178:14 180:5
personal 47:2
persons 112:17
 122:23
perspective
 55:11 110:7
 112:1
pesticide 163:21
peter 158:9,15
peto 53:20 56:1
 56:4 84:22,25
 99:5 127:4
 129:4 194:13
petos 53:8
pharma 80:9
pharmaceutical
 34:17,22 79:8
phasing 74:19
philadelphia
 34:11
phone 29:20
 30:3
physics 139:15
 140:5
physiological
 109:6 110:7
piece 169:25
 174:21
pile 93:5
pioglitazone
 34:9
pipe 14:16
place 44:16

112:24 168:20
placed 21:10
places 67:23
 112:22
plaintiff 1:5,12
 34:21,25 44:4
 58:15
plaintiffs 3:4
 7:24 22:14
 25:11 36:17
 113:21
plant 24:19
 26:18 27:15,23
 28:2 35:17
 46:14 48:19
 54:24 57:7
 58:7,8,17 59:3
 59:8,15 60:19
 62:6 67:15
 68:21 112:4,5
 128:11 161:4,5
play 45:5
plays 52:25
pleura 110:16
pleural 20:6
 87:1 111:4
 115:15 134:11
 138:9
plus 16:6
pnsm 121:10
point 5:22 17:18
 23:14 40:11
 53:5 61:17
 63:22 68:18
 77:14 105:5
 108:6 109:17
 117:9 124:24
 130:7 142:11
 150:18 155:15
 156:8 161:5
 168:17 172:11
pointed 123:7
points 61:6
pollution 97:15
 109:17
polymers 146:7

population
 42:17 78:14,21
 136:10
populations
 63:10 99:24
 101:4 112:19
 121:13
position 19:9
 38:3 48:11
possibility 22:2
 135:6,17
 137:11 157:13
possible 17:5
 19:13 82:1
 120:6 163:10
 164:10 166:6
 183:10
possibly 160:22
 162:24
potency 96:24
 97:2 98:14
 102:1 104:4
 111:10 151:16
potent 106:1
potential 43:11
 71:19 128:2
potentially
 79:16 127:21
 128:10,18
 129:6
power 53:11,15
 89:5 144:10
practice 30:10
 131:19
precise 86:7
 113:9
predate 100:5
predominant
 97:24
predominantly
 97:7
prefer 104:12
preliminary
 161:13
premarked
 13:15

preparation
 21:22
prepare 6:16
 23:21 45:17
 161:6,7
prepared 10:25
 45:12,16,19
preparing 23:6
 45:6 58:2
presence 30:22
present 23:2
 73:13 108:11
presents 50:10
pressure 174:23
 183:23
presumably
 35:18 40:25
pretend 47:23
pretty 8:15
 99:22 101:5
 122:7 152:9
prevent 47:15
prevented 42:23
prevention 8:18
 42:25 145:14
 195:15
previous 108:2
 134:15
principle 182:15
 186:17
printed 71:15
prior 33:5 56:13
 130:3 144:14
 144:16 170:17
private 160:14
probability
 186:2
probably 18:13
 22:6 58:2,6,8
 59:25 78:10,14
 85:6 86:5
 88:12 89:9
 94:25 101:17
 107:12 110:13
 116:6 123:17
 126:21 147:20

153:19 165:13
176:11 187:10
**problem** 78:2
107:24
**problems** 80:7
**procedure** 4:19
**process** 17:22
32:16 36:10
37:1 38:3
183:21
**produced** 11:21
45:1 127:22
**producers** 41:17
41:23
**producing** 27:3
58:1
**product** 25:21
25:24 26:24,25
128:16
**production**
27:13
**products** 42:7
74:20 109:19
124:20
**professional**
70:18
**professor**
157:23 158:1
**profile** 69:7,18
70:2,5,8,23
71:11 75:2
180:8 181:10
194:2
**program** 32:21
121:12
**project** 29:15
**pronounce** 4:7
114:23
**proportion**
16:20 18:17
107:12
**proportionate**
89:4
**proposed** 53:20
53:22
**proposition** 42:6

**prospective**
22:22
**provide** 7:25 8:8
8:12 10:14
13:17 14:4
114:1 187:3
**provided** 7:22
13:16 60:23
81:21 184:5
**provides** 181:20
**public** 2:12
190:25 191:7
192:24
**publication** 75:8
75:16 100:10
123:16,21
138:21
**publications**
70:17
**publish** 158:7
**published** 9:2
10:7 14:16,22
15:18 69:8
71:6 83:5,8
114:19,21
121:21 138:18
140:11 141:14
142:5,10,17
145:13,20,20
147:4,12,17
154:6 161:23
162:2,22
163:18 167:3,5
168:10 173:6,7
174:16 182:24
187:16 188:18
189:5 195:10
195:13
**publishing**
164:24
**pulmonary**
38:18 39:3,6
39:22,25
**pulmonologist**
41:1
**pure** 97:5

**purely** 132:2
**purpose** 11:3,18
12:5 63:13
**purposes** 8:6
12:8 15:11
25:16 33:16
57:14 128:6
**pursuant** 2:10
7:5
**put** 14:9 21:1
23:17,19 27:7
58:18 62:12
63:8 64:11,13
64:20 70:17
83:2 91:3,6
93:10 98:6
142:4 144:6
147:14 157:16
159:17,18,19
170:10
**putting** 6:11
22:21 171:17

## Q

**qualified** 41:4
**quantification**
113:8 114:3
**quantified**
115:19
**quantify** 51:25
124:12 131:20
134:19
**quantitative**
85:15,23 86:19
88:18
**quarter** 112:5
**quasilegal** 132:4
**quasimedical**
132:4
**quebec** 97:13
**question** 17:4
18:18 19:7,19
37:24 47:19
48:4 49:16
55:20 96:10
104:21 109:10

110:5,10,18
111:1,11,13,15
111:25 114:16
115:2 129:22
132:7 145:1
167:9 174:10
177:16,17
180:3,25
**questions** 4:20
4:21,25 5:5,15
5:24 8:4 30:6
60:15,21 83:7
93:4 175:2
177:4,8 179:9
**quick** 32:23
**quite** 35:20
154:10
**quote** 117:14
**quoted** 8:19

## R

**r** 3:1 150:15
175:4 191:1
192:1,1
**radiologic** 40:17
**railroad** 59:19
60:4,6 133:18
**railway** 38:21
39:15 132:16
132:19 133:13
133:15,17,20
**rake** 55:25 56:3
56:4 127:1,4
129:3 194:23
**ramazzini**
142:10,13,21
**range** 49:11
61:16 64:13
66:9,22 69:1
96:6 116:23
153:10,20,21
**ranged** 61:7
**ranging** 181:19
**rare** 20:16
**rarely** 87:16
**rate** 6:3 21:21

62:5,13 63:2
63:14,21,25
64:4,7,9,10,11
64:12,18,21
65:1,8,15,18
65:24 66:5,6
66:13,15,21
67:3,5,8 85:2,2
87:6 105:17
119:18 121:14
122:5
**rates** 63:7,18
**rating** 164:25
**ratio** 102:23,25
103:1 104:14
104:16 105:7
117:16,21,22
118:1,1,9
119:1 127:23
128:1 129:18
**ratios** 179:10
188:16
**reacts** 110:11
**read** 167:4
190:8
**reader** 122:24
**readers** 146:1
147:23
**reading** 9:21
115:18 122:20
**reads** 93:11
**ready** 22:21
**real** 17:25 91:18
107:4 157:13
**really** 9:5 36:23
39:7 50:22
59:10 77:17
81:11 91:22
93:13 96:5
104:18,22
107:10 136:19
156:23 162:9
162:14 170:12
173:10 182:8
**reanalysis** 160:3
184:25 185:12

reason 46:3
    77:22 148:3
reasonable
    20:14 104:6
    123:6
reasons 101:24
recall 36:18
    67:23 71:1
    116:19,23
    164:20 169:13
    178:1,19
receive 174:19
received 45:15
    107:15 143:20
    155:4
receiving 169:14
recess 44:10
    82:22 133:23
    177:11
recognize 40:3
    70:9 71:5 83:4
    106:4 141:11
    165:10
recollection
    82:16 157:12
recommend
    28:15
record 4:13
    76:18 154:14
    154:18 190:12
    190:13 191:13
recorded 4:21
records 20:8
    45:24
red 63:6
reduced 42:24
    43:24
refer 74:14
    83:19 125:25
    165:4
reference
    117:24
references 8:12
    9:14 83:22
    167:6
referred 84:9

158:19
refers 97:23
    129:9,18
refinery 161:4
reflect 16:24
    75:10
reflected 107:8
reflects 17:25
    74:21,22
refute 19:9
    48:11
regard 61:23
regardless 53:23
region 97:13
registry 62:10
    70:16
regular 14:2
    54:3
relate 12:24
    91:1,14 111:9
    151:23 160:10
related 15:24
    16:25 20:2
    33:22 34:13
    37:7 42:6
    43:17 53:3
    79:5 89:6,9
    102:18 103:2
    151:12 168:9
    169:22 175:9
    191:16
relates 69:12
    78:4 85:5
    141:5 166:16
    174:11
relating 14:16
    34:2 100:12
    115:14 171:1
    173:7
relationship
    11:1 85:18
    86:2,22 88:19
    173:11
relationships
    159:8,14
relative 37:6

91:1 112:16
    114:2 117:25
    153:8
relatively 97:14
    141:6
relevant 27:16
    108:11,21
    127:14 128:17
    184:21 185:8
rely 45:21 104:2
    104:24 119:24
    121:16
remember 4:10
    8:19,21 14:1
    15:14 19:4
    22:5,7,12
    25:22 26:4
    27:19 28:6
    29:25 33:13,25
    34:10 36:3
    40:15 46:24
    51:20 52:9
    54:12,14,25
    56:17,18 57:6
    57:10 59:17,21
    67:25 69:14
    70:13 75:17
    81:25 82:6
    84:22 100:23
    107:2 113:21
    116:3 126:21
    135:21 137:1,3
    137:14 147:11
    149:4 150:17
    150:20 156:20
    156:21 162:24
    163:11 164:11
    164:12,19
    165:3 169:16
    172:19,22
    175:25 178:22
    178:25 181:3
repeat 54:3
repeated 71:24
repeating 113:1
rephrase 5:1

replied 36:20
    169:17 170:7
    171:16
replies 170:9
reply 99:17
    107:14 144:25
    170:14
replying 170:12
report 6:12 8:19
    9:14 10:18,24
    11:19,24 12:5
    12:16 13:9
    21:22 22:21
    23:6,15,23,25
    24:22 25:10
    37:2 52:8
    62:23 68:1,3
    69:17,20 75:13
    80:21 81:7,14
    81:22,23 82:10
    82:12,13 84:24
    101:12 113:18
    123:5 136:19
    138:14 178:6
    178:17,17
    183:25 193:11
    193:21,23
    194:1,4
reported 1:24
    63:18 136:22
    159:9 187:12
    188:13
reporter 2:12
    4:22
reporting 158:8
reports 67:19
    80:25 81:2
    123:18 126:5
    161:7
represent 4:14
    44:24 82:2
    107:11
representing
    148:20
represents 186:8
reproduced

62:24
request 7:5 11:4
    34:17,21
requested 11:23
require 43:10
requirement
    37:20,22
research 32:15
    68:1,3 80:8
    141:19 143:11
    193:21,23
researcher 32:2
residency 31:17
residential 11:1
    22:18,23 23:8
    130:10,20
    184:7,10,21
    185:3 188:12
    188:14 189:12
respond 112:2
responded
    142:12
responds 110:11
response 85:15
    85:24 86:19
    89:22 90:6,20
    91:7,10,18
    92:14 93:19,21
    94:8,12,20,24
    96:2 111:3
    119:17 122:5
    142:15,17,20
    143:2,3 152:17
    154:22 155:3
    155:13 195:10
    195:19
responsible
    146:18 154:4
    160:18
restrict 80:11
restricted 56:19
result 103:16,17
    123:3 136:13
    166:7
resulted 125:8
resulting 126:7

179:10
**results** 27:14
    47:3 52:8 61:7
    75:10 118:9
    119:14,16
    120:24 129:11
    130:12 135:10
    136:19 154:12
    160:7 183:7
**retained** 148:17
**reverse** 27:5
**review** 9:3 10:25
    13:2 24:18
    36:14 42:14
    86:15 98:23
    128:25 134:16
    146:2 154:8
    166:3 169:24
    182:25 187:2,9
**reviewed** 8:5
    23:23,24,25
    24:22 25:9
    39:13 40:20
    43:6 80:20,24
    82:4 98:4
    138:18,22
    183:4
**reviewing** 6:11
    20:8 30:21
    31:2
**reynolds** 150:15
**rice** 3:3
**right** 4:11 7:9
    17:16 18:2
    40:22 41:16
    48:24 58:16
    61:8 62:20
    71:9 77:1 83:9
    90:4 91:21
    95:21 102:21
    107:18,25
    109:13,24
    116:6 117:14
    124:6,8 127:6
    127:11 128:20
    134:6 143:9

146:8 149:6
153:7 180:12
183:17
**rightoncanada**
    166:21 167:6
    195:22
**rises** 95:14,15
**risk** 14:17 15:15
    16:7 17:13
    35:24 36:17,24
    37:2,4,6,12,15
    37:15,17,21,22
    38:5,9 42:3,24
    43:2,18 49:12
    50:10,12,13,22
    51:15,21,25
    52:4,10,19
    53:12 55:6
    56:10,14 63:11
    79:22 80:16
    83:24 84:12,15
    85:1,17,25
    86:21 87:11,18
    88:1,5,7,19
    91:2 94:5
    96:10 97:18,19
    97:20 98:1,2
    114:2,2 115:19
    116:14,21
    117:6 118:20
    119:9 120:4,22
    122:3 124:3,13
    129:4,18,24
    130:2,11,23,25
    131:4,8 134:11
    134:20 135:12
    135:15,25
    136:17,21
    137:8 138:8,16
    138:17,24
    144:5,18 145:2
    145:8,10,10,11
    146:7 147:6
    151:19 153:8
    164:6,25 166:5
    166:7,18 176:7

178:13,20
179:19 180:8
180:13 184:23
185:3,10,16,21
186:1,13,24
187:6,22 189:5
**robert** 25:8
**rodelsperger**
    114:6,19
    115:10 117:4
    177:15 179:3
    194:16
**role** 18:2 19:14
    22:11 23:7
    38:16 41:5,12
    41:13 42:14
    45:5 53:1
    147:25
**rome** 158:3
**room** 59:20
    139:21,23,25
**rotation** 31:19
**rows** 103:6
**run** 34:25 35:5
    44:8 175:6
**rural** 72:12
    73:14 74:1,8
    75:23 76:3,9
    76:13,21 78:15

---

## S

**s** 3:1 159:11
    160:12
**safety** 32:20
**samples** 181:2
**sampling** 27:14
    27:21 29:4
    68:25 120:12
**saw** 170:10
    173:2
**sawing** 125:7
**saying** 41:2,4
    53:1 75:20
    81:20 95:2
    111:4 113:15
    124:15 125:2

125:22,23
131:4 143:25
158:4
**says** 13:21 64:3
    73:12 84:15
    92:22 107:19
    118:8 147:5
    149:22 158:18
    159:7 181:17
**scale** 66:4
**scandinavian**
    140:11
**scans** 40:12
**school** 30:7
    149:12
**sciences** 75:7
**scientific** 10:8
    43:16 121:11
    123:15 140:1
    169:25 182:15
**scientifically**
    124:1
**scientist** 31:7
**scientists** 165:12
    170:25 172:1
**screening** 61:12
**search** 82:10
**second** 8:23 9:18
    24:5 29:17
    73:7 103:3
    118:2,4 127:15
    139:17 143:15
    148:11 149:3
    152:12 158:9
    171:5 179:22
**secondhand**
    152:6,16,20,25
    154:1
**section** 71:22
    73:8
**sections** 71:18
    71:18
**see** 7:14 18:2
    19:10 20:25
    23:15 27:12,17
    47:6 60:10

61:1 62:18
68:16 72:2,7
72:14 73:10,14
74:3 82:3,7
83:16 88:5,9
90:16 92:18,19
93:13 94:3
97:22 98:24
99:2 105:15
107:9,19,23
117:9,17
122:21 127:24
129:10 130:12
155:12 156:14
156:15 158:18
166:10 177:8
180:25
**seeing** 67:23
**seen** 7:20 45:2
    59:10 67:18,25
    68:10,12 70:11
    70:16 114:17
    115:3,5,9
    125:20
**segal** 2:8 3:17
**selected** 183:4
**selling** 26:11
**send** 6:18,18
    20:21 171:16
**sense** 60:1 93:24
    128:19 186:16
**sent** 7:24 45:8
    46:4 143:18
    171:14,24
**separate** 92:16
    106:23 112:12
    137:17 187:17
**separated**
    136:20
**september** 69:21
    194:5
**series** 30:5 60:15
    60:21 123:4
    124:8 126:5
**serve** 132:22
    133:2

served 184:4
set 99:2 191:11
    191:21
setting 50:2,9
    135:8
settings 54:1
    78:13,24
seven 117:6
    173:3
shape 78:9
    147:15 152:17
sheds 125:8
sheet 90:13
    154:19 194:9
    195:17
shelf 71:13
shield 47:15
short 80:13
    94:19 124:21
    125:15,19,24
    125:24 126:6,8
shorter 16:19
shouldnt 54:3
show 19:25 38:1
    41:9 63:13
    95:5 130:8
    166:17 179:19
    185:2,13 187:4
    189:5
showed 27:25
    51:20 53:9
    124:3 125:15
showing 51:14
    52:12 95:17
    111:13 125:21
shown 16:10
    37:12 61:16
    89:24 152:14
shows 21:18
    23:11 49:9
    85:1 107:21
    118:24 119:8
    120:21 121:22
    121:22 176:20
sic 64:7
sidestream

152:7,12 153:9
153:25 156:13
    156:18
signal 122:16
signature
    192:19
signed 190:19
significant
    37:13,17 43:19
    49:12 51:14
    118:22 119:9
    127:19 128:4
    170:18 176:21
similar 11:25
    18:13 157:10
    160:8
similarly 41:4
    185:6
simple 114:17
simply 121:5
    180:4
sinai 24:16,17
    149:12,15
    150:4 156:9
    158:25 169:1,2
singer 2:9 3:17
sir 48:12 126:7
    142:25 145:18
    167:10
sit 75:14 82:17
    98:12 133:10
    134:8
situation 13:2
    78:15 186:3
situations
    134:21 139:6
    140:2 166:6
six 68:20 126:1
    176:14
size 59:20
slides 31:2
slightly 64:17
    92:3,4
small 43:5 145:3
    145:5,9,11
smelter 35:7

smelters 36:24
    37:5
smelting 35:16
    35:17 36:10
    37:1
smoke 151:3
    152:6,7,12,16
    152:20,25
    153:9 154:1
    156:13,18
smokes 151:9
smoking 14:17
    150:21 151:11
    151:23
sneaky 171:14
societies 122:18
society 31:23
sold 25:25
solve 84:3,4
somebody 41:3
    109:25 125:7
    130:9 150:17
    151:9 157:25
somebodys
    99:17
someones 59:23
son 58:13 60:5
    77:3
sons 55:9
soon 177:16
sorry 15:13 25:1
    51:19 52:15
    72:1 91:21
    96:18 105:20
    109:9 117:20
    130:19 144:22
    165:3
sort 11:24 15:5
    23:4 78:15
    80:14 81:11
    87:8 92:8
    96:25 113:10
    114:3 142:9
    143:16 147:14
    154:12 157:20
    158:3,16 160:5

168:21 171:14
    174:24
sorts 160:23
sounded 183:17
source 17:4
    65:12 77:14,20
    77:21 109:4,17
    110:8 128:2
    131:15 134:25
    162:21 179:22
    186:10 188:7
sources 56:6
    66:8 75:15,20
    111:21 112:11
    113:13 121:2,2
south 124:4
    177:23
southern 38:15
    38:23 40:8
    41:3 133:14,17
span 118:14
spatz 1:11 4:14
    8:7 18:25
    19:20 20:5
    22:4 24:19
    27:16 28:1
    44:14,23 45:11
    57:2 59:14
    60:3,16,24
    61:13 127:15
    128:21 131:15
    193:20
spatzs 57:3,17
    128:7,9
speaking 86:14
    124:1
specialization
    31:17
specific 37:8
    39:8 65:22
    81:5,12 84:18
    151:7,22 153:5
specifically 10:5
    37:25 43:17
    60:24 106:20
    108:19

speed 139:16
    140:4,5
spend 6:17
    100:25 149:18
spent 21:20
    125:7 170:20
spill 160:19
spoken 172:4
springer 9:3
ss 190:4 191:4
st 3:5,12
standard 14:9
    182:20 188:25
    189:2
stands 39:21
starbucks 41:15
    41:20
start 5:15 21:13
    88:13 92:1
    101:2
started 80:4
    93:20 147:13
    154:2,7,7,8
    167:23
starting 168:4,4
    179:15
state 2:12 42:8
    43:9 62:10,15
    62:25 63:2,17
    63:18 64:4,21
    64:24,25 65:7
    65:9 138:7
    145:22,25
    190:3,25 191:3
    191:8
stated 141:16
    145:23
statement 86:4
    105:25 107:17
    113:14 134:5
    143:8 161:12
    161:14
states 1:1 30:11
    30:14 33:3,7
    33:15,17,19
    34:23 69:6,12

70:16,25 72:9
75:22 76:10
132:10 133:9
161:21 168:25
171:18
**statistically**
37:13,17 49:12
51:14 118:21
119:9 128:4
**stay** 60:6 168:25
**stayed** 168:24
**stays** 98:9
**step** 17:24
167:22 188:21
**stepped** 167:21
**steps** 49:25
**stevens** 68:18
**stopped** 80:3
155:15
**stopping** 168:11
**story** 37:6
104:18 123:19
125:14,20
168:18,19
170:4 171:6
186:13
**stratford** 68:18
**strength** 162:9
**strong** 124:3,10
154:10
**stronger** 154:13
**strongly** 38:10
**structure** 155:19
**studied** 47:19
65:14
**studies** 5:16
9:19 12:25
13:1 23:24
32:12 38:10
39:14 42:16,20
43:5 51:20
52:7,11 53:8
78:11,12,17,25
83:20 86:1,12
86:13 89:23
96:14 101:3,15

101:19 102:3
115:4,14,18
116:10,21
119:19,20,22
119:25 120:1
120:11,16
124:11,12
125:15 126:1
126:14 134:17
135:18 137:10
137:15,16,16
139:1,5,20
140:2 145:6
152:15 153:5,8
153:21 154:5
159:22 160:2
166:8 175:11
178:7,23,25
179:1 183:23
187:3,8,10,20
189:4
**study** 13:7 16:15
55:12 65:25
99:23 105:10
116:2,4,5
118:17 119:8
120:20,21,25
121:5,5,7,7,20
121:25 122:6,7
123:8 124:2,6
124:7,7 125:21
127:5 129:4
135:24 143:17
151:7,22 153:4
154:7,12
156:24 157:5,7
157:7,19 158:6
158:14 160:3,5
175:19,21
176:18 178:9,9
178:12,19
180:1,4,10,11
180:14 181:25
182:23 183:4,4
183:8 184:2,3
184:4,9,13

185:1,13,15
187:24
**stuff** 86:11
151:17 171:17
**subject** 33:8
**subjects** 79:1
87:12 135:18
136:3 184:22
184:24 185:8
185:10
**submit** 163:4
**subpoena** 6:24
7:16 193:10
**subpoenas** 7:3
**subscribed**
190:19 192:20
**substances** 31:9
70:15
**substantial**
124:17 131:17
131:23,25
**substantially**
77:12
**substitute** 96:23
**suffice** 121:20
**sufficient** 35:23
41:8 162:11
**sufficiently** 38:6
**suggestive**
176:25
**suggests** 103:13
**suite** 3:5,12,20
**summarize**
45:10
**summarizes**
11:24
**summary** 44:12
44:14,19,22
45:7 71:5,6
73:4,6 141:7
193:19,20
**summer** 160:21
**support** 162:19
**supported** 38:7
38:10 178:17
**suppose** 12:21

45:15 46:1
77:5 163:15
**supposed** 96:23
**supposedly** 34:7
**sure** 13:11 17:15
18:1 25:2 43:1
64:20 84:9
92:7 94:14
109:9,14,23
110:3,9 116:20
124:2 131:7
150:3 151:20
157:22 165:7
173:22 174:9
177:2 183:8
186:12
**surprise** 173:18
173:22 174:1,3
174:8
**surprised** 170:7
**sustained** 48:25
**sworn** 4:3
191:12 192:20
**synthetic** 146:7
**system** 161:13
185:25

—————————
**T**
**t** 4:1,1 89:5
175:4 190:1
191:1,1 192:1
**t0** 89:5
**table** 68:16
99:20 101:8
102:13,21
103:10 105:3,9
117:5,10 118:8
118:23 126:17
126:19 129:11
136:22 179:4
185:1
**tables** 188:13
**take** 4:17 5:9 7:5
12:20 14:21
19:18 32:7,23
38:25 41:20

42:1 43:14
47:12 49:15
102:16 168:2,5
**taken** 4:17 27:20
27:23 44:10
75:3,5 80:4
82:22 133:23
177:11 180:21
190:9
**talc** 175:6,10
176:19
**talk** 22:2 28:19
28:23 78:25
87:2 96:18
112:10 113:5,6
125:23 126:1
131:9 157:4,16
158:14 172:9
**talked** 120:13
185:19
**talking** 33:14
49:17,23 66:24
72:4 84:14
85:10 87:6
88:18 94:22
97:19 103:8
105:16,16
108:19 111:14
112:15,18
116:18 127:5
137:21,23
140:18
**talks** 71:18
96:16
**task** 139:8
**tease** 101:25
129:14,15
**telephone** 24:7
172:5 183:13
**tell** 10:22 14:25
22:10 45:20
52:3 62:21
80:15 83:3
145:18 174:14
185:21
**telling** 88:23

| | | | | |
|---|---|---|---|---|
| temperature | 6:21 11:13 | 24:10 | 86:6,9,13,16 | 64:2,5 65:3 |
| 152:19 | 12:11 15:23 | theres 102:2 | 86:23 88:3 | 67:4 102:18,22 |
| ten 37:7 76:19 | 17:5 20:13 | 139:25 176:3 | 96:13 98:8,21 | 103:2 139:17 |
| 144:23 | 27:11 39:12 | theyre 72:3 | 100:2,16 | 149:2,4 163:8 |
| tend 77:24 78:24 | 43:21 44:7 | 117:5 122:25 | 106:13,22 | 164:9,15 |
| 113:13 | 45:18,25 46:3 | 127:8 160:15 | 110:14 113:23 | 175:22,23,23 |
| tenfold 74:2 | 46:8 52:24 | theyve 71:2 | 119:14,15,19 | 175:24 176:19 |
| term 53:19 89:5 | 53:5 56:8 | 112:23 115:22 | 119:21 129:21 | three 29:24 33:2 |
| 131:17,18 | 62:17 66:11,18 | thick 8:15,23 | 130:14 134:16 | 33:21 43:21 |
| 132:3 167:22 | 67:1 70:1 73:3 | 71:14 | 135:9,13 | 53:16 67:11 |
| terminology | 76:2,21 77:22 | thing 50:23 | 136:25 137:4 | 71:14 97:20,24 |
| 77:18 186:6 | 80:15 81:20 | 59:21 72:20,23 | 137:24 138:25 | 98:2,7,9,10,11 |
| terms 19:13 | 82:16,21 83:14 | 80:14 96:4 | 139:21 141:6 | 98:18,22 |
| 88:22 111:3 | 85:18 87:6,8 | 104:7 132:21 | 143:1 145:10 | 100:19,22 |
| terrible 120:25 | 89:18 90:5,19 | 147:15,21 | 146:22 147:10 | 103:6 106:1 |
| test 25:2 92:24 | 91:20 92:7 | 154:13 168:21 | 147:22 150:3 | 111:21 114:18 |
| testified 4:3 33:1 | 93:13,18,24 | 170:15 171:10 | 150:12,23 | 126:10 131:11 |
| 33:7,18,22 | 94:3 95:4,16 | 171:12 | 151:14 152:3,3 | 174:18 175:2 |
| 34:20 44:4 | 99:19 101:17 | things 8:3,10 | 152:8,14 | threeyear 80:13 |
| 67:12 79:3 | 102:12 103:9 | 10:6 15:6 | 153:15 154:10 | threshold 85:18 |
| 132:9 148:7 | 105:5 107:7 | 38:12 49:17 | 154:16 155:11 | 86:2,22 89:24 |
| 164:13 | 115:22 116:17 | 70:22 79:19 | 156:1,10,21 | 90:3,8,19 |
| testify 172:24 | 117:15 118:8 | 102:15 127:14 | 157:12 158:2 | 92:17 |
| 174:6 | 118:15,23 | 149:21 160:24 | 158:17,19 | threw 168:15 |
| testifying 22:3 | 120:6 121:24 | 168:16 | 159:16 160:23 | thrust 144:3 |
| 132:6 146:10 | 123:17 124:14 | think 5:13,21,23 | 162:12 163:2 | time 5:22 6:17 |
| 146:16,25 | 124:23 125:1 | 6:5 8:2 11:20 | 164:17 166:2 | 6:20 10:13 |
| testimony 6:4 | 129:16 130:2,7 | 13:25 18:4,14 | 169:5,17,22 | 14:20 22:6 |
| 8:7 11:22 12:9 | 132:12 135:2 | 18:19 20:13,14 | 171:4,12,19 | 23:14 24:5 |
| 21:6,12 32:24 | 137:22,24 | 20:16 21:3 | 172:11,15 | 26:7,19,23 |
| 33:15 35:25 | 138:17 141:15 | 24:5,25 25:7 | 174:14 175:7 | 29:21 31:2,22 |
| 36:18 38:25 | 142:20 143:3 | 27:22 28:5 | 178:3,5 179:25 | 34:12 46:9,18 |
| 44:2 48:1,6,12 | 147:17 149:25 | 33:10,13,17,21 | 180:10,12,14 | 46:22 49:1 |
| 81:16,23 132:1 | 157:10 158:19 | 33:25 34:13 | 181:4 186:19 | 51:9 52:22 |
| 135:23 137:5 | 162:4,12,13,17 | 35:1,10 37:6 | thinks 155:18 | 53:9,10,12,17 |
| 144:13 147:21 | 163:10,20 | 37:25 49:15,16 | third 2:9 3:20 | 54:11 56:13 |
| 148:4 164:14 | 164:10 166:8 | 50:12 52:13 | 7:10,10 8:17 | 57:4,25 58:17 |
| 190:9,12 | 166:19 170:13 | 54:19 56:1 | 76:25 114:22 | 58:19 59:12 |
| 191:14 193:16 | 174:25 177:3 | 57:10,22 58:3 | 144:10 | 60:17 61:6 |
| testing 28:25 | 177:16 178:16 | 58:5 59:1,16 | thirds 73:11 | 71:7 78:20 |
| 31:9 47:3,5 | 180:24 181:4 | 60:13 65:13 | thorax 114:11 | 87:23 88:8 |
| 93:2 | 181:22 182:12 | 66:11 68:11,23 | 114:21 194:20 | 89:3 98:23 |
| tests 25:5 | 183:25 184:10 | 70:4 74:13,14 | thoroclast 18:10 | 100:25 112:24 |
| textile 15:17,23 | 186:19,25 | 75:13 77:2 | thorough 147:16 | 117:5 123:25 |
| thank 189:15 | 188:1 189:14 | 82:5,5 83:21 | thought 183:16 | 124:1 143:21 |
| thats 5:10 6:13 | thereabouts | 84:21,24 85:12 | thousand 8:15 | 146:15,20,24 |

Case: 3:16-cv-00726-wmc   Document #: 311   Filed: 06/20/18   Page 77 of 81
Paolo Boffetta, M.D.

Page 222

147:11 149:2,3
149:17 153:17
153:23 154:9
155:4,8,11,14
156:19 157:5
158:1,20
176:21 177:4
178:23 189:16
**times** 4:18 24:2
27:15 33:2,21
33:22 34:2
51:9 52:4
66:15 67:7
70:12 71:3
72:10,18,20,25
75:24 76:19,20
97:20 98:2,15
98:15,16
103:15,16
106:1 112:22
118:2 158:4
**tisch** 149:23
150:2,5,18
169:1
**tissue** 110:20
**title** 8:16,22
**tm** 181:3
**tobacco** 150:14
150:19 151:25
155:6 156:14
156:17,23
157:3,15,20
158:8,10,16
**today** 7:5 12:17
13:10,11 24:1
28:16 74:24
75:14 79:3
82:18 86:4
98:7,12 105:23
133:10 134:8
152:11 162:25
164:15 177:20
180:20
**todays** 6:16
**told** 6:21 22:13
40:5 45:18

131:16 132:16
**tongue** 5:10
**top** 14:10,11
179:17
**topic** 39:7 152:9
154:5
**tort** 34:22 44:5
**total** 21:20
89:17 91:2
148:25
**totally** 121:3
125:22 174:20
**toxic** 34:22 44:5
70:15 79:16
**toxicological**
69:7,18 70:2
70:23 71:11
75:2 181:10
194:2
**toxicology** 70:5
70:8
**toxin** 37:10
**training** 28:10
30:24,25 31:20
50:19
**transcript** 93:11
190:8,11
**transfer** 104:17
**transform** 182:3
**transformed**
166:14
**treat** 55:12
**treated** 30:13
**treating** 31:20
32:3,15,16
**treatment** 34:6
**tremolite** 175:10
**trend** 138:8
**trey** 24:13
**trial** 12:14,20
21:5 33:1,7,9
33:18 35:2,3
79:25 80:12
146:5 147:14
148:5,11
193:15

**trials** 34:10,13
79:10,20
148:15,16
149:1
**tried** 12:11 95:4
95:16 105:24
151:15 168:13
**true** 45:22 46:2
59:25 79:13
88:7 102:6
110:14 112:14
120:10 123:17
138:13 187:19
190:11,14
191:13
**try** 4:9 5:1 6:1
32:8 40:12
54:3 102:8
107:3 135:2
161:14 168:16
171:12
**trying** 25:3
27:11 40:23
84:3,4 90:25
93:25 109:1
112:15 124:14
129:17 170:4
186:25 189:11
**tuesday** 1:21
**tumor** 87:15
122:16
**tumors** 16:13
**turn** 73:7 91:11
107:13 181:13
181:14 183:24
183:25
**turned** 155:7
**turning** 57:1
179:2
**twice** 33:18
**two** 8:10,11,24
9:13 10:16
15:24 22:14
23:5 29:11,17
33:22 34:2,9
37:7 38:6,9,12

39:5 41:14
49:17 53:6
57:10 62:25
63:15 65:19
66:3,9 73:11
76:16,19 87:5
98:14 99:15
103:6 115:1,5
121:1,2 127:13
129:1 131:11
140:16 144:25
145:10 148:14
148:15,16,25
151:9 157:18
159:15 172:20
172:25 175:23
186:4 187:8,13
187:17,18
188:4,13,24
189:8
**twofold** 35:24
**twoyear** 80:13
**type** 25:15 42:3
49:4 70:12
84:18 85:4,5,6
89:10 97:1
102:10,10,16
103:7 107:4
108:22 110:22
111:19 112:9
129:23 132:20
159:24 174:19
178:1
**types** 99:25
102:20 104:23
108:9,21
110:20 134:20
134:25 151:25
152:1 174:12
**typical** 72:10
74:1 76:3,3
77:18,19 78:15
**typically** 50:15
55:23 73:13,25
76:9 79:21
80:13 110:21

137:17

---

**U**

**umbrella** 143:16
**unclear** 152:18
**understand** 4:19
4:23,24 5:18
11:14,16,18
25:3 26:6,15
26:17 40:23
41:5 52:17
59:13,18 70:14
70:21 94:17,21
105:21 109:9
110:9 152:6
166:11 171:8
173:24 176:17
**understandable**
5:2 173:25
**understanding**
6:14,20 7:21
11:8,13 12:4
12:10 16:9
17:16,21 18:7
18:24 20:7
25:14,18 26:22
27:10 45:9
46:8,19,20
53:13 63:24
82:18 95:6
153:7 179:24
185:23
**understood** 5:6
**unexposed**
79:14
**unit** 155:10
**united** 1:1 30:11
30:14 33:2,7
33:14,17,19
34:23 69:6,12
70:16,25 75:22
76:10 132:10
133:8 160:20
161:21 168:25
**universe** 101:1
**unknown**

102:11 107:1
**unpack** 53:7
  63:20
**update** 14:2
  134:15 175:19
  175:20
**updated** 13:25
**updates** 100:13
  100:19,21
**upstate** 175:5
**urban** 72:13
  74:17,25 75:24
  76:3
**use** 9:22 34:5
  37:10 64:23
  74:19 104:16
  107:1,5 117:13
  117:21 119:20
  119:21 131:18
  131:22 132:8
  182:11 183:18
**user** 48:3 61:13
  73:6
**usually** 6:8,13

──────────
          **V**
**vacuum** 139:16
**vaguely** 169:16
**val** 175:14,16,17
**valid** 86:4 108:9
  119:14,16
  122:2
**value** 119:13
**values** 97:4
**vanderbilt** 175:5
**variable** 52:18
  53:10 72:5
  87:14 181:19
**variables** 84:6
**various** 27:15
  61:6 62:14
  67:22 83:20
  89:23 96:24
  99:25 102:16
  104:4 115:20
  116:14 117:7

122:3 134:20
  161:24 180:21
**vast** 12:23 42:19
**vecchia** 141:8,14
  142:15 143:14
  143:15,25
  168:10 195:8
**vegas** 34:12
**version** 13:23
  15:2,8 140:19
**versions** 140:16
**versus** 22:23
  38:14 40:8,10
  44:7 111:15
  112:4,6 114:5
  130:17 185:20
**victim** 36:16
**view** 40:11
  52:18 55:6
  95:7 97:25
  151:21 152:5
**virginia** 4:11
**visits** 157:1
**vitae** 13:12
  149:9 193:13
  195:16
**voluminous** 9:17
**voluntarily**
  28:15 61:24
**vs** 1:6,13 34:24

──────────
          **W**
**w** 190:1
**wagner** 123:23
  177:22 178:5,9
**wagners** 123:16
**wait** 88:14
**want** 14:25 22:9
  48:5,15 49:5
  88:9 91:13
  94:16,17
  107:17 111:18
  124:12 126:23
  131:20 133:12
  157:21 168:20
  180:24

**wanted** 38:1
  49:22 101:2
  165:22 172:12
  185:18
**war** 125:17
**washed** 54:16
**washing** 54:20
**washington** 3:6
**wasnt** 39:1
  111:15 123:25
  132:20 169:20
  170:16
**watch** 146:19
**watkins** 3:10
  11:6,7 24:13
  28:19 29:16
**way** 5:25 9:22
  17:17 18:2
  36:19 37:14
  43:19 48:4
  51:25 52:13
  53:14 58:12
  62:17 64:21
  72:6,24 73:12
  78:9 79:2
  88:16 89:22
  91:18,19,21
  92:23,23,24
  110:12 111:6
  112:12 122:2
  130:24 139:2
  139:19 140:24
  142:4 144:7,17
  147:13 159:2
  161:18 165:14
  170:24 171:14
  171:21,25
  173:8 175:13
  180:13 186:15
  186:19 187:12
  188:16 191:18
**ways** 144:25
**weak** 43:2
**wealthy** 150:7
**wearer** 47:22
  48:9

**website** 63:1
  155:6 158:25
  159:5
**week** 8:2
**weeks** 14:1
**wendlick** 28:24
  68:4 77:11
  193:24
**went** 30:7 68:24
  104:11 176:14
**western** 1:2 87:4
**weyerhaeuser**
  1:7,14 3:11
  4:15 6:15 7:23
  7:24 8:1,9
  11:10,10 14:5
  15:8 20:22
  22:2 24:4
  25:15 28:20
  29:21 45:1,13
  45:14 60:24
  67:19 132:15
  133:10 177:7
  180:21
**weyerhaeusers**
  29:12
**whats** 7:15 8:16
  21:10 42:6
  66:6 83:2
**whereof** 191:20
**widely** 85:14,23
  86:5 87:3
  106:7
**widespread** 66:1
**willing** 168:5
**wing** 114:24
**wisconsin** 1:2
  62:14,25 64:18
  65:2,9,16,22
  66:14 67:6,14
  67:23 180:22
**withdraw**
  167:17,25
  168:22
**withdrawing**
  167:24

**withdraws**
  167:7
**withdrew**
  167:21 168:22
**witness** 4:2 6:12
  7:19 11:19
  12:5,15 25:6
  132:23 133:3,8
  134:5 146:4
  191:10,14,20
**women** 63:3,10
  63:12 66:20
  67:3,6 125:16
**wont** 6:1
**wood** 62:5 63:14
  63:21 64:1,9
  64:10,13 66:13
  67:5,14
**word** 7:17 17:16
  39:13 73:5
  82:10 96:22
  132:8 141:23
**words** 62:21
  64:23
**wore** 46:21
  60:16
**work** 6:10 23:12
  23:13 24:3
  27:17 33:16
  34:21 35:19,20
  57:19 67:24
  70:18 71:4
  81:17 82:8
  110:1 113:16
  132:13 136:9
  140:12 141:17
  143:22 147:24
  149:23 154:3,7
  159:24 160:8,9
  160:25 164:9
  164:16 165:15
  168:20 169:25
  170:25 173:9
  173:24 174:21
  175:15 182:22
  183:11

Paolo Boffetta, M.D.

35:18 45:13
46:15 54:10,13
55:10 56:12,21
57:3,6,24
125:18 128:15
176:13,15
178:15
**worker** 35:6
56:11 127:21
128:10 129:6
**workers** 15:17
16:17 32:21
35:11,12 42:16
55:9 61:24
89:15 99:24
133:20,20
146:13,21
147:3 178:7
184:8
**working** 10:9
11:9 22:1
31:25 34:14,17
35:6 38:22
41:22 46:22
54:18 57:24
58:16 59:2,15
60:17 124:19
150:17 158:10
161:6 168:25
176:8 178:13
**workplace**
137:12
**works** 128:14
**world** 17:6
123:15 125:17
**wouldnt** 19:8,25
48:11 88:6
164:14
**write** 10:1 12:6
22:21 85:9
97:17 107:18
127:19 173:7
**writing** 9:21
97:3
**written** 5:17
65:17 102:12

147:20 148:23
**wrong** 7:8 137:4
159:1
**wrote** 8:20 10:6
85:19 86:7,10
97:16 98:17
100:2 108:13
134:15 138:6
142:15,21
148:2 155:9
157:11

**X**

**x** 1:3,10,17
37:10 84:18
93:6 97:4,5,7
193:1
**xrays** 40:12

**Y**

**y** 37:11
**yeah** 35:19 36:6
65:21 78:24
80:9 88:12
93:23 97:1
100:24 105:12
109:22 112:10
123:17 126:17
128:14 133:19
142:22 151:20
157:22 159:22
164:22 165:8
168:12 169:11
174:18 176:16
177:1 186:25
187:24
**year** 21:16 23:17
46:7 51:2,2
52:3,10 96:12
119:3 120:23
126:2 159:15
159:18,19
172:20
**years** 9:2,22
27:1 32:25
33:1 49:11,19

51:5,6,16,22
55:3,4 65:20
66:10 68:21
83:6 84:23
87:17,19 88:3
88:10,12,14
91:25 92:19
94:9,23 105:13
115:2 116:13
116:13,23
118:6,20
119:12 124:19
125:10 127:22
128:3,23 129:7
129:19 131:13
142:23 144:14
144:16 151:10
156:5,8 157:25
158:11 165:21
169:4 172:8,18
172:20 173:1,4
174:5,18
179:16,21
180:6,8
**yellow** 63:5
**yesterday** 29:13
29:18
**york** 1:20,20
2:10,10,13
3:21 24:14
169:6 175:5
190:3,25 191:3
191:5,8
**youll** 6:18
**youre** 5:11,14
11:11 31:4
32:5 66:23
84:3,4 85:10
88:18,23 94:10
95:13,21 97:3
97:19 105:15
105:16 108:23
112:15 113:15
131:3
**youve** 33:1,17
56:1 68:9

70:16 93:22
115:9 126:15
137:20 169:3

**Z**

**zero** 89:16 92:5
94:13 96:3
118:6,19
119:11 179:11
179:20
**zone** 48:21

**0**

**0** 48:23 51:16
66:4,4 73:1,25
118:6,19
119:12 120:23
131:10
**000001** 76:25
**00001** 73:1,25
75:22
**001** 131:10
**003** 69:2 76:24
**008** 69:2
**0210** 44:10
**0611** 82:22

**1**

**1** 6:22 7:1 21:3
28:7 49:11
62:19,22,24
64:1,5,14 65:2
66:4 67:3
68:16 71:22
72:10,18,20,25
73:8 89:24
97:4,5 99:20
101:8 105:3,21
108:5 118:13
120:23 126:17
126:19 131:11
153:10,11,19
153:19,19
162:10 175:1
177:11 181:19
189:16 193:9
**10** 27:1 28:4

44:10 48:2,8
48:17,21 61:15
61:16,20,22
68:3,6,12
72:10,19,20,25
73:12 75:24
88:3 97:4,6,7
123:8 127:16
131:11 144:14
144:24 149:2
193:11,23
**100** 64:2,5 65:2
67:4
**1001** 3:5
**10022** 3:21
**11** 14:15,18
69:17,24 70:1
71:7,7 82:22
117:19,20
166:24 194:1
195:24
**1100** 3:20
**114** 194:16,19
194:21
**115** 153:10
**1178** 127:16
**12** 15:3,11 68:2
69:20,25 70:4
71:5,24 133:23
166:24 193:22
194:4 195:24
**127** 194:23
**12th** 191:21
**13** 82:24 83:3
193:13 194:6
**133** 195:1
**138** 195:4
**13a** 90:12,13,16
194:9
**14** 61:1,15 99:4
99:10,12,15,16
101:4 107:16
126:16 194:11
**140** 195:6
**141** 195:8
**142** 195:10

Paolo Boffetta, M.D.

**145** 195:13
**149** 71:22 72:2,6
  181:15 195:16
**15** 2:4 99:7,10
  99:12,15,17
  107:13 118:6
  118:19 119:2
  119:12 149:4
  174:5 179:12
  179:15,21
  180:5,7 194:14
**154** 195:17,19
**16** 44:10 114:6
  114:18 116:10
  177:14 184:1
  194:16
**166** 195:21,23
**16cv000515** 1:9
**16cv000726** 1:16
**17** 114:10,20
  116:11 184:1
  194:19
**18** 114:13
  194:21
**186** 139:16
**188** 193:5
**19** 126:25 127:1
  194:23
**1960** 123:16
  177:22
**1975** 47:4
**1977** 26:20
**1978** 26:20
  100:7
**1984** 68:14,20
  75:7 77:11
**1985** 68:4
  193:25
**1998** 82:25
  85:19,20 96:9
  97:3 98:17
  100:5 105:25
  194:7

———————
**2**
**2** 6:24 7:1,15

21:3 28:7 47:5
  64:2,8,14 66:4
  67:3 118:13
  126:17,19
  129:18 185:1
  193:10
**20** 61:7 66:15
  83:6 84:23
  87:17 88:3,14
  88:14 91:25
  92:19 98:16
  103:14 120:13
  121:15 133:25
  134:3 144:16
  144:24 151:10
  156:5 163:8
  164:8,15
  165:21 175:1
  195:1
**2000** 74:23
  154:23 155:4
  195:20
**20004** 3:6
**2001** 69:8,21
  70:3,7,22 71:3
  75:2,11,16,19
  115:10 194:5
**2007** 184:3,11
  184:12 188:14
**2009** 56:1,4
  156:1
**2010** 63:4
  149:16
**2011** 100:2
  101:5 162:23
  172:19
**2012** 99:4 108:5
  108:13 141:14
  162:23 172:18
  194:11
**2013** 99:7
  108:14 194:14
**2014** 63:4
  114:21 115:10
  140:18
**2015** 46:7

137:23 138:2
  145:15,21
  165:15 166:24
  174:17 182:23
  195:5,15,24
**2016** 159:16,19
  188:14
**2017** 13:22
  21:19 22:7
  115:2 159:9
**2018** 1:21 2:3
  21:9,16,20
  115:2 159:10
  190:10,21
  191:22 192:21
  193:18
**20a** 137:22
  138:1 195:4
**21** 82:22 140:21
  140:23 193:15
  193:17 195:6
**210** 3:12
**2112** 133:23
**22** 141:8,11
  143:5,9 144:2
  195:8
**2200** 3:12
**221** 177:11
**22a** 142:17,25
  195:10
**23** 145:13,17,18
  149:6,7 158:22
  159:1 195:13
**24** 145:15 149:8
  149:9 158:25
  159:4 195:15
  195:16
**24a** 154:15,19
  195:17
**25** 103:15
  153:19,19
  154:22,25
  156:11 195:19
**26** 166:20 167:2
  177:11 195:21
**269** 179:4

**27** 166:23
  169:13 184:19
  195:23
**28** 184:20

———————
**3**
**3** 1:9,16 10:18
  10:22 21:3
  47:3 48:22
  49:11,18 50:1
  51:1,5,6,16,21
  52:5,10 53:25
  61:7 62:16
  72:6 73:8 82:9
  82:15 89:6
  97:6 102:21
  116:22 126:20
  153:19 183:24
  193:11
**30** 48:2,8 56:13
  88:14 118:14
  127:21 128:3
  128:23 129:7
  129:19 170:21
**34** 133:23
**350** 7:10
**37** 48:23 49:2
**38** 153:11
**39201** 3:13
**3m** 3:19 4:15
  11:11 46:21
  47:14,20 48:1
  48:7 60:16
  61:11

———————
**4**
**4** 13:12,15,18,20
  14:15,18 21:1
  21:3 47:5 72:6
  193:4,13
**40** 87:18 88:10
  88:12,14 94:23
  122:14
**401** 3:5
**43** 21:21 23:12
  62:22

**44** 193:19,20
**45** 189:16
**450** 6:5,9,10
  21:21
**471480** 83:1
  194:8
**474** 83:15 84:7
**475** 85:8
**476** 87:3
**477** 88:17,24
  96:17,19
**478** 97:12

———————
**5**
**5** 21:5,11,12,14
  32:24 68:2
  97:5 116:22
  118:2 127:16
  193:15,22
**50** 152:8
**50s** 26:7 57:11
**54** 89:6
**5th** 23:16

———————
**6**
**6** 1:21 2:3 13:21
  21:8,11,13,14
  21:15 71:22
  83:1 129:11
  190:10 193:9
  193:10,17
  194:8
**60** 122:6 153:6
**60s** 27:2 28:21
  35:7
**61** 121:14
**65** 42:6
**68** 145:15
  193:21,23
  195:15
**69** 194:1,4

———————
**7**
**7** 44:12,17,18
  47:2,3 48:22
  57:2 68:21
  117:10 118:2

Paolo Boffetta, M.D.

118:10 179:4
193:19
**70s** 26:8 28:21
29:1 35:7 61:9
75:6
**73** 64:2,8,14
**78** 27:2

---

**8**

**8** 21:9 44:14,17
44:21 60:23
97:5,6,7
154:23 193:18
193:20 195:20
**80s** 29:2 53:9
75:6
**82** 194:6
**83** 46:7 61:1,15
**84** 68:2 193:22
**850** 2:9 3:20
7:10
**8710** 47:20
**89** 64:1,14 82:25
194:7
**8th** 21:15 23:12

---

**9**

**9** 2:4 66:14 68:1
68:6,11,13
118:10 180:24
193:21
**90** 48:16 61:11
61:20 194:9
**90s** 74:14 75:4
**95** 64:5 65:2
127:23
**9798** 86:10
**98** 154:6
**99** 194:11,14
**9th** 3:5